BARBARA A. BLACKBURN, Bar No. 253731
DOUGLAS L. ROPEL, Bar No. 300486
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Fax No.: 916.561.0828

Attorneys for Defendant
ENLOE MEDICAL CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DAN BAILEY, | Case No. |
|---|---|
| Plaintiff, | **DECLARATION OF DOUGLAS L. ROPEL IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT FROM STATE COURT** |
| v. | |
| ENLOE MEDICAL CENTER; and DOES 1 through 50, inclusive, | [28 U.S.C. §§ 1331, 1441, 1446] |
| Defendants. | |

Firmwide:152057285.1 054681.1044

I, Douglas L. Ropel, do hereby declare and state as follows:

1. I am an attorney with Littler Mendelson, P.C., attorneys of record for Defendant ENLOE MEDICAL CENTER ("Defendant" or "Enloe"). I am duly licensed to practice law before the courts of the State of California and have been admitted to practice in the United States District Court for the Eastern District of California. I have personal knowledge of the facts set forth below and, if called upon to testify regarding the matters contained in this Declaration, I could and would competently do so.

2. True and correct copies of the following documents are attached to Defendant's Notice of Removal of Civil Action to Federal Court from State Court as <u>Exhibit A</u>: (1) the Summons; (2) Complaint; (3) Civil Case Cover Sheet; (4) Notice of Assignment and Case Management Conference; (5) Case Management Conference Statement (blank form); and (5) Alternative Dispute Resolution Packet. These documents were served upon Defendant on December 14, 2017.

3. A true and correct copy of Defendant's Answer to Plaintiff's Complaint is attached to Defendant's Notice of Removal of Civil Action to Federal Court from State Court as <u>Exhibit B</u>. Defendant filed the Answer in Butte County Superior Court on January 10, 2018.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed at Sacramento, California on this 10th day of January 2018.

_____
DOUGLAS L. ROPEL

Firmwide:152057285.1 054681.1044    2.
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

DECLARATION OF DOUGLAS L. ROPEL IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT FROM STATE COURT