BARBARA A. BLACKBURN, Bar No. 253731
DOUGLAS L. ROPEL, Bar No. 300486
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Fax No.: 916.561.0828

Attorneys for Defendant
ENLOE MEDICAL CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DAN BAILEY, | Case No. |
|---|---|
| Plaintiff, | **DECLARATION OF CAROL LINSCHEID IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT FROM STATE COURT** |
| v. | |
| ENLOE MEDICAL CENTER; and DOES 1 through 50, inclusive, | [28 U.S.C. §§ 1331, 1441, 1446] |
| Defendants. | |

Firmwide:152058605.1 054681.1044

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

DECLARATION OF CAROL LINSCHEID IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT FROM STATE COURT

I, Carol Linscheid, do hereby declare and state as follows:

1. I am a resident of the State of California and am currently employed by Enloe Medical Center as its Vice President of Human Resources and Chief Compliance Officer. I have worked for Enloe Medical Center in this capacity for 13 years. Except where otherwise indicated, all of the information set forth herein is based on my personal knowledge, and if called to testify and sworn as a witness, I could and would competently testify thereto.

2. I am familiar with Plaintiff Daniel Bailey ("Plaintiff"). Plaintiff worked at Enloe Medical Center as a Computerized Tomography (CT) Technologist Assistant for approximately 10 years. Plaintiff held this position at the time his employment with Enloe Medical Center ended.

3. In 2015 and 2016, Plaintiff was a unionized employee represented by Service Employees International Union, United Healthcare Workers – West (the "Union"). Attached hereto as Exhibit 1 is a true and correct copy of the Collective Bargaining Agreement between the Union and Enloe Medical Center that covered the time period of July 1, 2015, through June 30, 2018.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed in Chico, California on this eighth day of January 2018.

*[signature]*
CAROL LINSCHEID

Firmwide:152058605.1 054681.1044

2.

DECLARATION OF CAROL LINSCHEID IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT FROM STATE COURT