1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200



United Healthcare Workers West

# United Healthcare Workers – West
## Service Employees International Union
## CTW, CLC

560 Thomas L. Berkley Wy.
Oakland, CA 94612

510-251-1250 ☐ 800-585-4250

www.seiu-uhw.org
Quality Healthcare for All

## Collective Bargaining Agreement with

# Enloe Medical Center

## July 1, 2015 – June 30, 2018

# Table of Contents

PREAMBLE ........................................................................................................ 1

AGREEMENT ................................................................................................... 1

ARTICLE 1   RECOGNITION OF THE UNION AND EXCLUSIONS............................. 1

ARTICLE 2   SHARED VISION AND RESPONSIBILITY................................................. 1

ARTICLE 3   UNION MEMBERSHIP........................................................................ 2

ARTICLE 4   MANAGEMENT RIGHTS.................................................................... 3

ARTICLE 5   EQUAL EMPLOYMENT OPPORTUNITIES.......................................... 3

ARTICLE 6   JOB SECURITY .................................................................................. 4

ARTICLE 7   NEW EMPLOYEES, ORIENTATION, EMPLOYEE LISTS......................... 4

ARTICLE 8   PROBATIONARY PERIOD .................................................................. 5

ARTICLE 9   CATEGORIES OF EMPLOYEES........................................................... 5

ARTICLE 10  SENIORITY AND JOB VACANCIES..................................................... 8

ARTICLE 11  WORKWEEK.................................................................................... 11

ARTICLE 12  FLOATING ...................................................................................... 16

ARTICLE 13  DAILY CANCELLATION/LOW CENSUS ............................................ 18

ARTICLE 14  LAYOFF AND RECALL ...................................................................... 21

ARTICLE 15  SUBCONTRACTING ........................................................................ 23

ARTICLE 16  PAID TIME OFF (PTO) AND EXTENDED SICK LEAVE (ESL).............. 24

ARTICLE 17  LEAVES OF ABSENCE ...................................................................... 29

ARTICLE 18  BEREAVEMENT LEAVE..................................................................... 34

ARTICLE 19  JURY DUTY, WITNESS PAY AND VOTING TIME.................................. 34

ARTICLE 20  JOB RELATED EDUCATIONAL ASSISTANCE AND EDUCATION
            LEAVE AND IN-SERVICE TRAINING ................................................. 35

ARTICLE 21  PHYSICAL EXAMINATIONS............................................................... 38

i

ARTICLE 22    CLASSIFICATION AND WAGES ............................................................. 39

ARTICLE 23    MEDICAL, DENTAL, VISION AND VOLUNTARY SHORT-TERM
DISABILITY BENEFITS ........................................................................... 44

ARTICLE 24    RETIREMENT PLAN ................................................................................ 46

ARTICLE 25    GROUP LIFE INSURANCE ...................................................................... 47

ARTICLE 26    BULLETIN BOARDS ................................................................................ 47

ARTICLE 27    SUPERVISORS AND BARGAINING UNIT WORK ................................ 48

ARTICLE 28    NO STRIKE/NO LOCKOUT .................................................................... 48

ARTICLE 29    GRIEVANCE AND ARBITRATION ......................................................... 50

ARTICLE 30    DISCIPLINE AND DISCHARGE ............................................................. 54

ARTICLE 31    FIELD REPRESENTATIVES' VISITS AND SHOP STEWARDS ............. 56

ARTICLE 32    JOINT LABOR MANAGEMENT COMMITTEE ....................................... 58

ARTICLE 33    SEPARABILITY AND SAVINGS CLAUSE ............................................... 59

ARTICLE 34    CHANGE OF OWNERSHIP, MERGERS, SALES, CLOSURES AND
TRANSFERS ............................................................................................. 59

ARTICLE 35    COPE CHECK OFF ................................................................................... 60

ARTICLE 36    SKILLS VALIDATION PAY ...................................................................... 60

ARTICLE 37    MINIMUM TERMS .................................................................................. 60

ARTICLE 38    COMPLETE AGREEMENT ...................................................................... 61

ARTICLE 39    TERM OF AGREEMENT ......................................................................... 62

APPENDIX A   2015 WAGE SCALE .............................................................................. 65

APPENDIX B   2016 WAGE SCALE .............................................................................. 68

APPENDIX C   2017 WAGE SCALE .............................................................................. 71

APPENDIX D   BENEFIT PREMIUMS .......................................................................... 74

APPENDIX E   DEPARTMENT STRUCTURE ............................................................... 75

ii

APPENDIX F   LEAVE OF ABSENCE POLICY ................................................. 77

APPENDIX G  SIDE LETTER re: FLOATING ................................................... 94

APPENDIX H  SIDE LETTER re: PERSONAL VEHICLE USE ........................... 95

APPENDIX I    HOSPITAL GRIEVANCE FORM .............................................. 96

APPENDIX J   SIDE LETTER re: Clinical Technician I (Job Description) ......................... 97

APPENDIX K  SIDE LETTER re: Clinical Technician II (Job Description)...................... 101

APPENDIX L  SIDE LETTER re: Unit Secretary (Job Description)................................. 106

# PREAMBLE

It is the mutual intent of the parties that all the Employer's employees and managers, and Union Representatives treat each other with dignity, respect, courtesy and trust, and that these principles shall also apply in all dealings with patients and visitors. It is the intent of the parties that the provisions of this Agreement further these goals.

# AGREEMENT

This Agreement is between SEIU United Healthcare Workers-West (hereinafter "the Union") and Enloe Medical Center (hereinafter "the Employer"). This Agreement is the embodiment of the understanding between the parties for the term that it shall be effective; and as such, it represents a compromise of all interests resulting from collective bargaining negotiations. The Employer and the Union, and each of the officers thereof executing this Agreement, jointly and severally represent that they are duly authorized to execute this Agreement.

# ARTICLE 1     RECOGNITION OF THE UNION AND EXCLUSIONS

A.   The Employer recognizes the Union as the exclusive representative of employees covered by this Agreement. Included are employees working in job classifications set forth in the Certification by the National Labor Relations Board in Case 20-RC-17938. The current classifications in the bargaining unit are listed in Appendices A-C, Wage Scales.

This Agreement shall not apply to executive or professional employees, or to employees presently represented by any other labor organization recognized by the Employer, nor to guards and supervisory personnel as defined by Section 2 (11) of the National Labor Relations Act.

B.   This Agreement shall also apply to any other classification(s) which may be established within the scope of duties now included within this bargaining unit.

C.   Per Diem, Casual, and Temporary employees on the payroll of the Employer are included in this bargaining unit.

# ARTICLE 2     SHARED VISION AND RESPONSIBILITY

The Employer and the Union share a commitment to provide high-quality, therapeutic, accessible, affordable healthcare to the communities they serve. The Employer and Union further agree that they will use their best efforts to provide the highest level of patient care and that they will work together to improve the lives of the people and

1

communities they serve, as well as to maintain a constructive working relationship by: recognizing our own values and the values of others; providing excellent care with gentleness and kindness; acting with integrity, clarity and honesty; supporting those who lack resources for a healthy life and full human development; and being continuously resourceful and creative. All parties recognize that it is also to their mutual advantage to have efficient and continuous operations of the Hospital in order to provide quality patient care.

## ARTICLE 3    UNION MEMBERSHIP

A.    **Union Membership Requirements**

1.    During the life of this Agreement, employees of the Employer who are subject to this Agreement shall be required as a condition of employment to maintain membership in the Union in good standing, subject to Federal law. Compliance is required by the 31st day after employment or the 31st day after the date of this Agreement, whichever is later.

2.    An employee who fails to comply with this requirement shall be replaced within forty-five (45) days after written notice to the Employer by the Union concerning the delinquency, unless the employee has remedied the delinquency within said forty-five (45) day period. The Union will hold the Employer harmless from any claims or liability arising out of this Section, including the expense of defending against such claims.

B.    **Notice to New Employees**
At the time a new employee, who will be subject to this Agreement is hired, the Employer shall deliver to the employee a written notice stating that the Employer recognize the Union as the collective bargaining agent for the employees covered by the Agreement. This written notice shall quote or paraphrase the provisions of this Article of the Agreement. The Employer will also provide each new employee with a list, prepared by the Union, of current Shop Stewards, their departments and/or work areas and telephone numbers. The Employer and the Union shall maintain standard forms and routines for the handling and processing of such notices to employees and to the Union.

C.    **Deduction of Union Membership Fees**

1.    The Employer will honor written assignments of wages to the Union for the payment of Union membership fees when such assignments are submitted in a form agreed to by the Employer and the Union.

2.    The Employer will promptly remit the membership fees deducted pursuant to such assignments together with a list on hard copy and a copy submitted via email showing the following information for Union

members: their name, home address, home phone number, classification, department status (e.g. Regular Full-Time, Regular Part-Time, Per Diem, Temporary), and date of hire. Normally, the deduction will be made on the first pay period of each month for the then current membership fees. However, the Union and the Employer may make other arrangements by mutual consent.

3.   The Union will hold harmless the Employer against any claim which may be made by any person by reason of the deduction of Union membership fees, including the cost of defending against such claim. The Union will have no monetary claim against the Employer by reason of failure to perform under this Section.

# ARTICLE 4     MANAGEMENT RIGHTS

With the objective of carrying out the Medical Center's mission, and in the best interest of the community, the parties to the collective bargaining agreement recognize that management retains the right and obligation to manage the Hospital efficiently and to direct its employees subject to applicable State, Federal and Local laws, as well as the provisions of this collective bargaining agreement, and its own written policies and procedures. Management agrees to exercise this right and to carry out this obligation in a fair, reasonable and consistent manner.

# ARTICLE 5     EQUAL EMPLOYMENT OPPORTUNITIES

A.   <u>Discrimination</u>
Neither the Employer nor the Union will engage in conduct that would constitute unlawful discrimination under the National Labor Relations Act. Union activities shall not interfere with the normal operations of the Employer. Neither the Employer nor the Union shall discriminate for or against any employee because of race, color, religion, age, sex, sexual orientation, national origin, ancestry, disability, medical condition, veteran status (including Vietnam-era or disabled veteran status), political affiliation, marital status or in violation of any City, State or Federal laws.

B.   <u>Equal Pay</u>
The parties agree that within the classifications covered by this Agreement, men and women performing work of substantially equal skill, effort and responsibility and under similar working conditions shall be paid equal wages.

3

## ARTICLE 6      JOB SECURITY

The parties acknowledge a common goal and intent of providing employment and income security to employees. As such, it is the intent of the parties to avoid displacement of employees, but recognize that there are circumstances when avoiding displacement cannot be achieved. The parties acknowledge a mutual intention to make use of attrition, business growth, retraining and/or other mutually agreed upon mechanisms to accomplish this goal. The Employer will make reasonable efforts, subject to the provisions of Article 13, Daily Cancellations/Low Census; and Article 12, Floating, to avoid displacing employees (e.g., reduction in force, reduction in hours, daily cancellation, or job elimination on a temporary, indefinite, or permanent basis) and in so far as it is able, will provide employment security to bargaining unit employees. The parties agree that employees faced with displacement from their position shall be given first consideration for reassignment to bargaining unit positions for which they are qualified or floating whenever possible in lieu of involuntary reduction. Furthermore, if an employee is unavoidably displaced, the Employer will assist such employee in identifying other job opportunities in other departments within Enloe Medical Center, but any dispute concerning job opportunities outside the bargaining unit shall not be subject to the Grievance and Arbitration procedure of this Agreement.

## ARTICLE 7      NEW EMPLOYEES, ORIENTATION, EMPLOYEE LISTS

A.    As part of the new hire orientation for new employees, a representative designated by the Union will be permitted to address those employees who wish to remain after their orientation to discuss the Union and the terms of this Agreement. This time will not be counted as work time for any such employees. The Employer will notify new bargaining unit employees the day and time of this meeting on the first day of orientation and it will be included in any agenda materials.

B.    The Employer will provide a list of all current employees covered by this Agreement, by name, home address, home telephone number, classification, wage rate, social security number, department, shift, status (e.g., Regular Full-Time or Regular Part-Time) and date of hire to the Union no later than thirty-one (31) days after the ratification of this Agreement. Thereafter, the Employer will provide, no later than the 15th of each month, on Excel or other compatible format mutually agreeable to the parties, in a single file if practicable, or separate files if not practicable, the above described information regarding employees hired, transferred into or within the bargaining unit, or terminated the preceding month (including the dates on which such events occurred). For employees transferring out of the bargaining unit, the Employer will only be required to

4

provide the employees' name, former and new department, date of transfer and social security number.

C.   **Use of Social Security Numbers**
The Union represents that it intends to use employee social security numbers for its valid business purposes relating to its record keeping and dues collection functions only, and agrees that it will use its best efforts to keep employee social security numbers secure and confidential. The Union further agrees that it will not disclose employee social security numbers to any other person or organization, for any purpose, and will not post or display such social security numbers under any circumstances. Where social security numbers are required to be provided to the Union under this Agreement, the Employer will provide such social security numbers in a secure, encrypted electronic format separate from employee addresses and telephone numbers.

# ARTICLE 8      PROBATIONARY PERIOD

A.   All employees covered by this Agreement shall be on probationary status from the first day of work through the last day of the calendar month in which they complete ninety (90) calendar days of continuous employment.

B.   During the probationary period the Employer may impose disciplinary action on a probationary employee (verbal and written warnings, suspension and discharge) and such action shall not be subject to the grievance procedure.

C.   The Employer, with proper cause, may extend an individual employee's probationary period for up to a maximum of thirty (30) days. Such extension shall not affect an employee's eligibility for benefits.

# ARTICLE 9      CATEGORIES OF EMPLOYEES

A.   **Employee Categories Described**

There shall be five (5) employee categories:

1.   **Regular Full-Time**
A "Regular Full-Time" employee is one who is regularly scheduled on a predetermined basis for at least seventy-two (72) hours in each two (2) week pay period.

2.   **Regular Part-Time**
A "Regular Part-Time" employee is one who is regularly scheduled on a predetermined basis to work at least forty-eight (48) hours but less than seventy-two (72) hours in each two (2) week pay period.

3.  **<u>Per Diem</u>**
    A Per Diem employee is one who:

    a.  Has made a commitment to work at Enloe Medical Center, and is willing and able to work, if needed, at least four (4) shifts for every four (4) week period, (in the case of twelve (12) hours shifts, three (3) shifts each four (4) week period, including at least two (2) weekend shifts or other critical shifts as identified by the department manager; and

    b.  Has made a commitment to work, if needed, at least two (2) of the Medical Center's recognized holidays per year, with one of the holidays being one of the most requested holidays off (Thanksgiving, Christmas and New Year's Day).

4.  **<u>Casual</u>**
    A Casual employee is one who works intermittently as needed and who has made a commitment to work at Enloe Medical Center, and continues to meet the availability and scheduling needs of the Employer. Failure to do so shall subject the Casual employee to separation from employment. For casual employees, seniority only applies within the casual category itself for purposes of bidding, layoff, and recall.

5.  **<u>Temporary</u>**
    A Temporary employee is one who is hired on the payroll of the Employer either Part-Time or Full-Time on a predetermined work schedule either to work for a limited period of time not to exceed six (6) months or to replace an employee for the duration of an approved leave of absence.

    a.  A Temporary employee shall be eligible for pay raises and benefits on the same basis and in the same manner as Regular Full-Time and Regular Part-Time employees. Benefit eligibility does not change the employee's Temporary status.

    b.  A Temporary employee shall not be terminated solely to prevent his or her advancement to Regular status when the Temporary job continues in effect or for the sole purpose of keeping a job constantly staffed by Temporary employees.

    c.  **<u>Posting Temporary Positions</u>**
        Temporary positions will be posted in accordance with <u>Article 10</u> of this Agreement (concerning <u>Section D - Job Vacancies, Posting and Bidding</u>). Temporary Agencies will only be considered if the temporary position has been posted and, absent qualified candidates, the Union has been notified.

It is the intent of the parties that bargaining unit positions will be staffed predominantly by Regular Full-Time and Regular Part-Time employees based on available hours.

B. **Reclassification**

1. A Part-Time or Per Diem employee who consistently, over a period of twelve (12) out of fifteen (15) consecutive pay periods, works at least seventy-two (72) hours per pay period on a regularly scheduled basis will, upon written request, be reclassified, prospectively only, to Full-Time status (effective on the first day of the pay period following the date the request was filed). A Per Diem employee, who consistently, over a period of twelve (12) out of fifteen (15) consecutive pay periods, works at least forty-eight (48) hours per pay period on a regularly scheduled basis will, upon written request, be reclassified, prospectively only, to the applicable Part-Time status based on the average hours worked per pay period. An employee who voluntarily reduces status from Full-Time to Part-Time or Per Diem or from Part-Time to Per Diem may not be reclassified within six (6) months of such voluntary reduction.

   a. Benefit accruals shall be effective as of the beginning of the pay period concurrent with the date of such reclassification and are subject to any waiting period or other requirements contained in the Agreement.

   b. If retroactive corrections in status are made, health benefits and life insurance shall also be effective retroactively subject to any waiting period or other requirements contained in the Agreement and the employee shall be obligated, through payroll deductions, for any premiums and pay in lieu of benefits received in the interim period provided the employee has executed a written authorization for such deductions.

   c. A Per Diem employee shall not be reduced in hours solely to prevent his or her advancement to Regular Full-Time or Part-Time status when the Per Diem hours continue to be available or for the sole purpose of keeping a regular job constantly staffed by Temporary employees.

2. For the purpose of relative bargaining unit seniority only (and having no application to benefit eligibility or accrual), an employee who is reclassified from Per Diem to Part-Time or Full-Time status in accordance with this section will be credited with a seniority date beginning with their date of hire with the Employer.

3. If an employee requests a permanent reduction in their current regularly scheduled hours, the Employer may, in its sole discretion, grant said request based on its operational needs.

7

# ARTICLE 10      SENIORITY AND JOB VACANCIES

A.    **Seniority Defined**
Seniority shall be defined as the most recent date of hire with the Employer or facilities which were purchased by the Employer prior to the ratification of this Agreement.

B.    **Seniority List**
The Employer shall maintain seniority lists that will be provided to the Union upon request no more than once every six (6) months.

C.    **Loss of Seniority**
Seniority shall be terminated by:

1.      Discharge for cause;

2.      Resignation;

3.      Failure to return from a leave of absence in accordance with the terms of the leave; and

4.      Layoff without recall in excess of eighteen (18) months.

D.    **Job Vacancies, Posting and Bidding**

1.      **Posting of Vacancies**
If a vacancy subject to this Agreement occurs in any department, a notice of that vacancy shall be posted electronically for a minimum period of seven (7) days before the Employer fills the vacancy on a permanent basis. Qualifications for vacant positions shall appear on position postings. Postings shall also include the department, hours, shift, days off (if fixed) and whether the days off are fixed or variable. This does not prevent the Employer from filling the vacancy on a Temporary basis until such position is filled.

2.      **Determination of Vacancies**
The Employer will determine in each case whether a vacancy exists and will determine the number of Regular, Per Diem and Casual positions and its judgment in this regard shall not be subject to the grievance and arbitration procedure.

3.      **Bidding on Posted Vacancies**
Any current employee who has completed his/her probationary period and who meets the Restriction and Bidding below, may apply for a posted vacancy by submitting an electronic application to Human Resources.

4. **Restriction on Bidding**

An employee who applies for and is awarded a posted position may not be awarded another posted vacancy within the next six (6) months. This rule shall not apply if:

a.   If a posted vacancy arises in the same department; or

b.   If the bidding employee is in his/her current position as a direct result of an involuntary job change or layoff.

c.   If the employee was hired into a temporary position.

5. **Preference Order**

Preference among those bidding shall be given in the following order among bidding employees from the same preference level. Among bidding employees from the same preference level, seniority shall govern. The prior sentence is subject to the provisos that (1) the bidding employee must meet all reasonable qualifications of the job established by the Employer (the Union has the burden of establishing that the Employer qualifications are unreasonable), and (2) ability and performance must meet minimum requirements in the Employer's reasonable judgment, and if the Employer's judgment is disputed, the Employer has the burden of establishing that its judgment was reasonable. The term "minimum requirements" as used herein shall mean the employee's ability to perform the job, (which means in the judgement of management, the time it would take to train a transfer employee would not unreasonably negatively impact the department or patient care), past documented performance, attendance history, and documented disciplinary history.

a.   All Regular Full-Time and Regular Part-Time employees from the same department, including such employees on layoff within the recall period.

b.   All Per Diem employees from the same department and all Regular Full-Time and Regular Part-Time employees from other departments, including such employees on layoff within the recall period;

c.   Per Diem employees from other departments.

d.   Casual and Temporary employees (employees, who, previous to a temporary assignment held any of the above categories) will have their transfer status determined by that previous position.

e.   Other applicants. If, however, there are no bids from employees in preference levels a, b or c above within the seven (7) day posting period, the Employer shall be free to fill the vacancy from any source.

6.    **Notification of Selection**
      Employees submitting an electronic application for a posted vacancy under this subsection shall be informed by the Employer whether or not they are awarded the position.

7.    **External Selection**
      For vacancies that are not filled internally (i.e. according to the preference order set forth above), the Employer may employ the person who, in its judgment, will make the best employee. The Employer shall be the sole judge of the fitness of any applicant.

8.    **Seniority Application**
      The seniority of bidding employees shall be determined by the employee's date of hire with the Employer rather than in the particular classification or employee category. If employees have the same hire date, the last three (3) digits of the employee ID number will be used to determine seniority with the lower number being more senior.

9.    **Limitation**
      It is understood that any bid under this Article is limited to vacancies in bargaining unit positions and not to assignments arising from rotation of personnel, paid time off, or sickness relief.

10.   **Evaluation Period after Promotion or Transfer**
      Employees who are promoted to a new position or who transfer to another position through the bidding process, shall have orientation as necessary, and such employees shall have up to the last day of the month in which they complete ninety (90) days of employment to demonstrate satisfactory performance. If, at any time within such period, the employee fails to perform satisfactorily, such employee shall be returned to his/her former position including shift, assignment, and scheduled hours without loss of seniority, provided his/her former position is still available. If the employee's former position is not available, the employee shall be returned to a comparable position in the same classification, if available. If neither of those options are available, then the employee may bid on any existing posted bargaining unit position for which they are qualified, pursuant to the provisions of this Article. An employee who is not placed in another position pursuant to any of the foregoing options shall be placed in a per diem position in the previous department or on indefinite layoff, subject to recall under <u>Article 14, Layoff and Recall</u>, except that the Severance Pay provisions of that Article shall not apply.

E.    **Changes in Shifts**

**Variable Shifts**

The Employer will not involuntarily change an employee from a day, PM, or NOC shift to "Variable" shift. The designation "Variable" shall not be used arbitrarily, but rather may be used in limited circumstances in which the majority of the positions in the given classification have fixed shifts and there is a legitimate purpose for designating a given open position as "Variable." Nothing in this paragraph shall be construed to limit the Employer from temporarily assigning an employee regularly assigned to day, PM or NOC shifts to a variable shift, if staffing and patient care needs require.

F.    **Departmental Structure**

The Employer's current departments for purposes of bidding, layoff, and recall only are set forth in the attached Appendix E. These departments shall not apply to any other section of this Agreement. Should the Employer decide to add to, delete from or combine any of the listed departments, it shall give the Union notice at least thirty (30) days in advance, and, upon request, shall meet with the Union and explain the reasons for such change and the effect on bargaining unit employees. Any such decision by the Employer shall not be subject to the grievance and arbitration provisions of this Agreement.

## ARTICLE 11    WORKWEEK

A.    **Definition of Overtime**

1.    The employee's workday and workweek shall be designated by the Employer. The Employer's workday shall be twenty-four consecutive hours beginning at 12:00am. The Employer's workweek shall be a consecutive period of seven (7) days, beginning at 12:00am on Sunday.

2.    **For employees on eight (8) hour shifts**
Straight-time hourly rates shall apply up to a maximum 80 hours per 14 day period, or eight (8) hours per day. All work in excess of eight (8) hours in a workday or 80 hours in a 14 day pay period shall be paid at the rate of one and one-half times (1-½) the regular straight-time hourly rate. All work in excess of twelve (12) hours per workday shall be paid at the rate of two times (2x) the regular straight-time hourly rate.

3.    **For employees on ten (10) hour shifts**
Straight-time hourly rates shall apply up to a maximum forty (40) hours per workweek, or ten (10) hours per day. All work in excess of forty (40) hours in a workweek shall be paid at the rate of one and one-half times (1-½) the regular straight-time rate. All work in excess of ten (10) hours in a workday, up to twelve (12) hours, shall be paid at the rate of one and one-

11

half times (1-½) the regular straight-time hourly rate. All work in excess of twelve (12) hours in a workday shall be paid at the rate of two times (2x) the regular straight-time rate.

4. **For employees on twelve (12) hour shifts**
Straight-time hourly rates shall apply up to a maximum forty (40) hours per workweek, or twelve (12) hours per workday. All work in excess of forty (40) hours in a workweek shall be paid at the rate of one and one-half times (1-½) the regular straight-time rate. All work in excess of twelve (12) hours per workday, shall be paid at the rate of two times (2x) the regular straight-time hourly rate.

5. **No Pyramiding**
There shall be no pyramiding or compounding of overtime pay, meaning that there shall be no more than one overtime premium rate paid for the same hours worked. As an example, an employee paid at the overtime premium rate for daily overtime worked shall not receive an additional premium for weekly overtime if the daily overtime worked and paid at overtime causes the weekly hours to exceed forty (40).

B. **Consecutive Shifts**

1. When an employee works two (2) full consecutive shifts, totaling fifteen and one-half (15-½) hours, the second shift will be compensated at one and one-half (1-½) the regular straight-time wage rate, up to twelve (12) hours, and at double-time (2x) for all work in excess of twelve (12) consecutive hours. No employee shall be required to work two (2) shifts within a period of twenty-four (24) hours except in cases of emergency. "Emergency" is defined under the "Mandatory Overtime" section of this Agreement.

2. The definition of workweek or workday is not intended to avoid overtime payments for consecutive hours/shifts worked beyond the defined period.

C. **Seventh Consecutive Day**
The parties agree that, in the interest of safety, quality patient care and morale, work schedules involving seven consecutive workdays should be avoided unless the employee has submitted a written request to work such a schedule and the Employer has approved such request. However, in cases of emergencies where staffing and patient care needs require it, employees may work seven or more consecutive days but not to exceed ten (10) consecutive days, so long as the employee receives the equivalent of one (1) day's rest in seven (7) days within each calendar month.

D.   **Alternative Workweeks**
The parties agree to maintain all existing alternative workweek schedules currently in effect unless terminated by the Employer upon forty-five (45) days advance notice to the Union and affected employees, or by the affected employees upon a two-thirds (2/3) vote of the affected employees to terminate such arrangement. Should any new group of employees petition to work either ten (10) or twelve (12) hour shifts, the Employer shall grant due consideration to the feasibility of the request. Should it be determined that the request is feasible, then the parties will meet as soon as possible to agree on schedules and a date to conduct a joint secret ballot election of affected employees. A two-thirds (2/3) vote of the affected employees shall be required to establish the new alternative workweek. In cases of hardship, employees may request, and shall be granted whenever practicable, to continue their same shift in a unit or work area that converts to alternative scheduling, or to transfer to a unit or department that has an available schedule that meets the employee's needs.

Any new alternative workweek schedules require that the Employer first meet and bargain with the Union to arrive at a mutually satisfactory schedule and other issues related to the implementation of the new schedules.

E.   **Posting of Schedules**
Schedules of starting and quitting times and days off will be posted no less than ten (10) days in advance of the schedule, subject to emergency situation changes.

In the event the Employer or employee needs to change the schedule after it has been posted, any such change requires mutual consent by an in-person, direct telephone conversation or e-mail exchange.

F.   **Rest and Meal Periods**
Employees who work scheduled shifts of five (5) hours or more are entitled to a duty-free, unpaid meal period of at least thirty (30) minutes. Employees who work in excess of five (5) hours but less than six (6) hours may voluntarily waive the meal period. Each employee shall be granted a paid rest period of ten (10) minutes per four (4) hours of work, or major fraction thereof. Employees who work twelve (12) hour shifts will be permitted to take three (3) ten (10) minute rest periods and will be given one (1) uninterrupted unpaid meal period of thirty (30) minutes during the first five (5) hours of the shift, and one (1) additional unpaid meal period of thirty (30) minutes during the second work period thereafter; however either the first or the second unpaid meal period may be waived in writing by the employee.

G.   **Rest Between Shifts**
Each employee working an eight (8) or ten (10) hour shift shall have an unbroken rest period of at least twelve (12) hours between shifts. Each employee working a

twelve (12) hour shift shall have an unbroken rest period of at least eleven and one-half (11-½) hours between shifts. A Per Diem employee shall not be charged with a refusal for declining a shift that starts within eleven and one-half (11-½) hours of the end of the last shift worked. All hours worked within the above rest periods shall be paid at the rate of time and one-half (1-½) the regular straight-time rate. Overtime for which premium pay is given shall count as rest periods for purposes of this Paragraph.

H.    **Weekend Work**
A weekend is defined as two (2) days, which are Saturday and Sunday for the day and evening shifts, and Friday and Saturday for the night shift. The Employer will continue its current practice of making every reasonable effort to grant each Regular Full-Time and Regular Part-Time employee every other weekend off, provided that weekends off shall be rotated equally among all employees within departments or scheduling units. This provision does not apply to employees who hold positions which normally include every weekend scheduling or to employees who elect to work weekend shifts.

I.    **Shift Rotation**
Rotating shifts may be continued, except that any complaint with respect to such rotation may be submitted to the Joint Labor Management Committee.

J.    **Equitable Distribution of Overtime/Additional Hours**

    1.    **Distribution of Additional Hours**
Each department shall keep a sign-up list of those employees who desire to be given additional hours. The employees wishing to work additional hours will communicate their availability in writing or by email during each schedule preparation. Deadlines for submitting availability will be consistent with those for other schedule requests. In the assignment of additional hours, the Employer will first offer such to employees who would not incur overtime in rotating order of seniority within the order of preference provided below. Assignments for working additional hours from the availability list will be made in rotating bargaining unit seniority order within the unit or department except where specialized work, skill, or trained personnel are required as follows:

a.    Regular Part-Time Employees

b.    Per Diem/Casual Employees

c.    Regular Full-Time Employees

d.    Temporary Employees (unless filling in for a Regular Employee on an approved leave of absence, in which case, the Temporary employee will be considered in rotation with other Regular Full-Time and Regular Part-Time Employees, based on the status of the employee being replaced.)

14

e.    Employees receiving time and one-half

f.    Employees receiving double-time

g.    Registry

**2.    <u>Distribution of Overtime</u>**

For the assignment of overtime, Regular Full-time Employees who have signed up as described above in J.1, will be offered overtime first, exclusive of pre- and post-shift overtime of six (6) or fewer hours, by an employee who is currently scheduled to work or on duty. If no such Full-time Employees are available, overtime will be offered in the order described in J.1 above.

The Union and the Employer acknowledge that there may be departments at the Hospital that may have to assign overtime or additional hours in a manner different from the one described above. Notwithstanding what is contained in this section, the Employer has the right to use different methods to assign overtime or additional hours in the departments where the method described herein is not plausible. In the event that the Employer intends to use different methods to assign overtime or additional hours in such departments, it will provide the Union with a written description of such method in advance of implementation. Within fifteen (15) days thereafter, the Union may request and the Employer will meet to discuss said method.

This <u>Subsection 11.J.</u> shall not apply to staffing needs arising after the schedule has been posted, such as (by way of example only) the need to replace sick calls or other unscheduled absences.

K.    **<u>Mandatory Overtime</u>**

The Employer and the Union agree that mandatory overtime is not a desirable way to provide care to patients and can represent a burden on the employee. In recognition of these facts, the parties agree to the procedures and limitations set forth in this Section. These procedures and restrictions are designed to limit the use of mandatory overtime to those extraordinary circumstances where efforts have been made to obtain voluntary or external assistance in providing the care, but additional staffing is still required to provide a safe level of care to the patients, and also to limit the burden imposed upon the individual employee.

1.    Before mandating overtime beyond the end of an employee's shift, or by recall to the facility, the Employer will make all reasonable efforts to obtain voluntary coverage by Regular Full-Time and Part-Time Per Diem or Casual employees; Registry coverage; or voluntary overtime by Regular Full-Time and Part-Time, Per Diem or Casual employees.

2.    If an employee is mandated to work overtime, and other coverage, as described in Paragraph 1 above becomes available, the employee will be relieved at that time.

3.    An employee will not be required to work more than eight (8) hours of mandatory overtime in any calendar month.

4.    For purposes of this Section, if an employee is required to stay beyond his/her shift to complete an already initiated task or procedure, or to care for a patient in an emergency situation, it will not be considered mandatory overtime. In addition, mandated overtime due to an internal disaster or an emergency declared by Federal, State or Local authorities will not be subject to the eight (8) hour limitation in this Section.

## ARTICLE 12      FLOATING

A.    **Definition of Floating**
Floating is the Temporary assignment of an employee from their regularly assigned department, unit or classification to another department, unit or classification to perform duties for which the employee is competent and qualified. Employees may not be involuntarily floated more than once per shift, if such floating requires vehicular transportation (e.g. private auto, bus, bicycle, taxi) between and among campuses. Return to the employee's home unit does not count as a separate float.

B.    **Orientation for Floating**
When an employee floats between departments, units or classifications, he/she shall be given orientation in the department or unit to which he/she is floated as is reasonable, appropriate and necessary. An employee may also be floated in order to receive training that will enable the employee to competently perform duties in the department or unit to which he/she is or may be floated in the future. Prior to floating to perform patient monitor duties, employees will be provided with equivalent training to that provided by the Employer to newly hired Patient Monitors.

C.    **Floating Order**
Employees who float to another department, unit or classification will do so on a rotational basis, starting with the least senior employee, within the department, unit and classification being floated, provided said employee is competent and qualified to perform the assignment in the department or unit to which he/she is floated.

The Employer shall float employees in the following order:

1.   Volunteers, by seniority;

      Temporary Agency Employees

2.   Temporary employees (unless filling in for a Regular employee on an approved leave of absence in which case the Temporary employee will be considered in rotation with other Regular Full-Time and Regular Part-Time employees);

3.   Casual employees;

4.   Per Diem; and

5.   Regular Full-Time and Regular Part-Time employees.

Unit Secretaries will not be floated to perform patient monitor duties during their scheduled shifts, but may sign up for such floating on a voluntary basis at times and on days other than their scheduled shifts. Except as provided in Paragraph D below, employees who float shall be paid at their regular straight-time rate, and shall suffer no reduction of their regular rate of pay when floating to perform duties paid at a lower scheduled rate.

D.   **Float Team: Nursing Departments Only**
The Employer has established a Float Team consisting of both bargaining unit and non-bargaining unit personnel. Bargaining unit employees on the Float Team may include Certified Nursing Assistants, Non-certified Nursing Assistants, Unit Secretaries, and Patient Monitors. The Float Team provides qualified staff to nursing departments on an as-needed basis. For the purpose of this section, nursing departments are those in the Employer's Critical Care (ICU/CCU, NTSICU, DCU), Medical/Surgical, Women's Center, Rehabilitation, Wound Care, Emergency Room and Behavioral Health areas.

Employees assigned to the Float Team shall float as assigned by the Employer, and shall not be subject to the provisions of Sections A-C of this Article. Float Team positions shall be subject to <u>Article 10, Seniority and Job Vacancies; Section D., Posting and Bidding Provisions.</u>

1.   **Float Team Bonus**
Float Team members shall be eligible for a Float Team Bonus, based on consecutive hours worked on the Float Team, as follows:

| <u>Day shift:</u> | | |
|---|---|---|
| | First 468 hours: | $150 |
| | Second 468 hours: | $175 |
| | Third 468 hours: | $200 |
| | Fourth 468 hours: | $225 |

| | | |
|---|---|---|
| __Evening Shift:__ | First 468 hours: | $200 |
| | Second 468 hours: | $225 |
| | Third 468 hours: | $275 |
| | Fourth 468 hours: | $300 |
| __Night Shift:__ | First 468 hours: | $250 |
| | Second 468 hours: | $275 |
| | Third 468 hours: | $325 |
| | Fourth 468 hours: | $400 |

Any additional periods of 468 hours worked consecutively after the Fourth Bonus level has been achieved will be paid at the Fourth Bonus level.

An employee who leaves a Float Team position shall be paid a pro-rata Bonus based on the ratio of hours worked in the applicable level to the 468 hour requirement for a full Bonus at that level. An employee who returns to a Float Team position will begin to accrue Float Team Bonus eligibility starting at the first level upon the effective date of return to the Float Team.

## ARTICLE 13    DAILY CANCELLATION/LOW CENSUS

A.    __Daily Cancellation__
The Employer and the Union agree that it may be necessary for the Employer to require an employee to take time off without pay during temporary periods of low census or other occasions when staffing levels must be adjusted on a temporary basis; this is referred to as "Low Census." Low Census time must be approved by a supervisor or department manager. Eligible employees whose shifts are cancelled, in whole or in part, due to Low Census, either before or after commencing work on the shift, may elect to use accrued Paid Time Off (PTO) in lieu of time off without pay.

B.    __Low Census Time as Time Worked__
If an employee's shift is cancelled, the hours that the employee was scheduled to work shall count as time worked for the following purposes:

1.    PTO and Extended Sick Leave (ESL) accrual;

2.    Vesting and service credit under the Employer's retirement plan; and

3.    Waiting periods under the Employer's group health insurance benefit plans.

C.  **Order of Daily Cancellation/Low Census**

Subject to patient care considerations and staffing needs, when it is necessary to cancel an employee's shift pursuant to this Article, the following procedure shall be followed, and the employees' shifts shall be cancelled in the following order within the job classification provided the remaining employees are qualified and able to perform the work:

1. Volunteers, provided that voluntary cancellations do not result in retaining an employee at premium pay who would have been cancelled if the Employer followed the order set forth herein, unless the Employer permits. Notwithstanding what is contained in this article, if two or more employees volunteer to cancel their shift, such cancellation shall be in rotation, such rotation beginning with the most senior employee, by classification and continuing by order of seniority.

2. Temporary Agency Employees

3. Employees receiving double-time;

4. Employees receiving time and one-half;

5. Temporary employees (unless filling in for a Regular employee and then the Temporary employee will be considered in rotation with other Regular Full-Time and Regular Part-Time employees);

6. Casual employees;

7. Per Diem employees;

8. Regular Part-Time employees and Regular Full-Time employees.

Within each category above, daily cancellations shall be by rotation, such rotation beginning with the least senior employee, by classification, and continuing by reverse order of seniority.

D.  **Notice of Cancellation**

When canceling an employee's shift prior to the start of that shift, the Employer shall give the employee at least one and one-half (1-½) hour notice prior to the commencement of their scheduled shift. The Employer will be considered to have given such notice if (a) it reaches the employee to be cancelled by telephone, or (b) attempts to do so by telephone, leaves a voicemail (where voicemail access is possible) notifying the employee of the cancellation and documents the attempt, the date and time of the call, and the result of the attempt. It is the employee's responsibility to provide the Employer with his/her current telephone number.

19

Failure to provide or attempt to provide such notice, as described above, will result in the employee being eligible for Reporting Pay (Section F) below, of this Article.

For employees working at the time a decision to cancel the remainder of a shift is made, the employee's supervisor or manager shall orally inform the affected employee of the cancellation. When involuntarily canceling an employee's shift when the employee has already reported to work as scheduled, the Employer may only cancel portions of shifts in increments of four (4) hours. No employee shall be cancelled more than once per shift.

E.   **Canceled Employees Off the Schedule**
Once an employee is notified of the cancellation of a shift, in whole or in part, the employee is considered to be off the schedule and shall not be required to maintain contact or be available to work, unless the employee has agreed to accept stand-by status for the shift or a portion thereof, and is compensated accordingly herein, under Article 22.J; Stand-by.

F.   **Reporting Pay**
Any employee who appears for work at the request of the Employer, and has not been canceled under the provisions of Article 13.D; Notice of Cancellation above, and is not provided with work, or with less than half his/her scheduled shift shall be paid for half the regularly scheduled shift for that day, but in no case less than two (2) hours nor more than four (4) hours.

G.   **Short Call**
Any Regular Full-Time or Regular Part-Time employee called in to work when not on paid stand-by status under Article 22.J; Stand-by herein, with less than two (2) hours' notice shall receive one and one-half times (1-½) their regular rate of pay for all hours worked above and beyond scheduled hours for that day. The employee shall be considered to have been given notice by the Employer at the earlier of either (a) the time the Employer actually reaches the employee by telephone, or (b) the time the Employer first attempts to contact the employee by telephone, and documents the date and time of the attempt, and the result of the attempt.

Employees who wish to be offered Short Call work may place their names on a Short Call availability list, and where the Employer decides to call employees in on a Short Call basis, the notification and offer of Short Call shall be by rotation from that list, beginning with the most senior employee on the list and continuing such rotation thereafter on a seniority basis.

Nothing in this provision shall in any way restrict the Employer in deciding whether or not to utilize Short Call to cover its staffing needs, and the Employer

may utilize other reasonable and less costly alternatives before resorting to the Short Call list, if at all.

## ARTICLE 14      LAYOFF AND RECALL

A.    **Layoff Defined**

1.      A layoff is defined as any separation from employment with the Employer on a temporary or indefinite basis as a result of such things as the business or financial condition of the Employer; reorganization of the Employer's operations; elimination of positions, departments, units or services; or other circumstances requiring a reduction in the Employer's workforce.

2.      Temporary layoff is defined as a layoff anticipated by the Employer to be more than one (1) but less than thirty (30) calendar days.

3.      Indefinite layoff is defined as a layoff of uncertain duration but is anticipated by the Employer to be in excess of thirty (30) calendar days.

B.    **Implementation of Indefinite Layoff**

If after exercising reasonable efforts to avoid layoff in conformance with <u>Article 6, Job Security</u>, it is necessary to conduct an indefinite layoff, then such layoff shall be undertaken through the following procedure. It is the intent of the parties in agreeing to the following provisions to protect the most senior employees in case of reductions and to preserve their shift and hours as is practicable under the circumstances.

1.      **Notice**

Prior to implementing an indefinite layoff, the Employer will provide the Union and affected employees with thirty (30) days written notice or two (2) weeks' pay in lieu of notice and sixty (60) days' notice in the case of facility closure.

Employees who do not qualify for placement into a vacant position may displace the least senior employee in his/her current classification, provided minimum requirement are met (including, in the judgement of management, the time it would take to train a transfer employee would not unreasonably negatively impact the department or patient care), in the following order.

i.      Department, by shift and category. If there is no less senior employee in the shift and category, then,

ii.     Department. If there is no less senor employee in the department, then,

iii.    Classification Hospital-Wide (inclusive of clinics)

2.  **Order**
    Indefinite layoffs shall occur in the following order:

    a.      Temporary employees;

    b.      Casual employees;

    c.      Per Diem employees;

    d.      Regular Full-Time and Regular Part-Time employees.

Indefinite layoffs will be in reverse order of seniority by classification within a department, provided that the remaining employees are qualified and able to perform the work with reasonable orientation and/or training.

3.  **Alternative Arrangements**
    Upon mutual agreement, the Union and the Employer may agree to an alternative arrangement regarding reduction in force.

4.  **Transfer Rights**
    Bargaining unit employees who are subject to layoff may submit a bid for an existing vacancy under the job bidding procedure set forth in <u>Article 10, Seniority and Job Vacancies</u>. An employee who is subject to layoff and who requests transfer to a vacant position covered by this Agreement may be transferred to such position provided the employee could qualify for the position after a reasonable orientation and on-the-job training period, not to exceed ninety (90) days. Such bidding rights are in addition to the employee's recall rights as set forth below. An employee transferring to a new classification or department under this section shall retain those recall rights in the former classification which were earned up to the time of transfer and can exercise such rights if a vacancy occurs in such classification in the eighteen (18)  months following the layoff.

5.  **Benefits**
    An employee who has been indefinitely laid off and who is covered by the Employer-sponsored Health Benefits will be covered until the last day of the calendar month in which the employee worked prior to layoff. However, if the employee timely elects continuation of benefits coverage under COBRA and makes the portion of the premium payment he/she was paying prior to layoff, he/she shall continue to be covered under the Employer's Health Benefits through the end of the month in which severance pay as set forth in the chart in <u>Paragraph 6, Severance Pay</u> below, ends.

6.  **Severance Pay**
    When a Regular Full-Time or Regular Part-Time employee is displaced from his or her position as a result of an indefinite layoff, and he or she is unable to identify another comparable position for which he or she is

qualified, eligibility for lump sum severance pay shall be in accordance with the following schedule, provided that the employee has executed a Separation and Release Agreement on the form provided by the Employer:

| Service | Severance |
|---|---|
| Upon completion of 90 days of continuous service | 2 weeks |
| Upon completion of 1-5 years of continuous service | 3 weeks |
| Upon completion of 6 -10 years of continuous service | 5 weeks |
| Upon completion of 11-15 years of continuous service | 9 weeks |
| Upon completion of 16 years or more of continuous service | 12 weeks |

Benefited Part-Time employees will receive severance pay, per the schedule above, prorated in direct proportion to their current scheduled hours as noted on the timecard.

With the consent of the Employer, an employee who otherwise would not have been laid off, may resign. Such an employee shall be entitled to severance pay and benefits if, as a result, another employee in the affected department is not laid off. An employee who resigns in accordance with this section shall not be entitled to recall or other rights under Section 7 below.

7. **Recall**

   a.   For a period of eighteen (18) months from the date of indefinite layoff, employees who are laid off are entitled to recall.

   b.   Recall of employees to regular positions in a particular classification and department from an indefinite layoff shall be by seniority.

   c.   An employee shall remain on the recall list unless he or she is offered and declines a position in the same classification in the same department at the same facility on the same shift with the same number of hours as the position from which he/she was laid off or reduced from.

# ARTICLE 15     SUBCONTRACTING

Before subcontracting work currently performed by employees in bargaining unit classifications, the Employer shall give the Union not less than sixty (60) days advance written notice of its intent to do so, and a reasonable opportunity to bargain over the effects of such subcontracting on bargaining unit employees. Any bargaining unit employee displaced as a result of such subcontracting shall have the same preference

for bidding on and transfer to any open bargaining unit position as employees on layoff status under the provisions of <u>Article 10, D.5.; Seniority and Job Vacancies - Preference Order</u>. Any employee whose position is eliminated as a result of subcontracting bargaining unit work, and who is not offered comparable employment with either Enloe Medical Center or the employer to whom the work is subcontracted, shall be eligible for severance pay in an amount equal to two times (2x) the normal severance pay under <u>Article 14, Layoff and Recall, Section B.6.</u>

The parties have agreed that, during the term of this Agreement, upon request of the Union, the Employer will consider and discuss with the Union the possibility of bringing back work that was subcontracted prior to the effective date of this Agreement, without further obligation.

## ARTICLE 16      PAID TIME OFF (PTO) AND EXTENDED SICK LEAVE (ESL)

The Employer will continue to provide employees with a Paid Time Off (PTO) plan which may be used for vacation, holidays, religious observances, personal or family business, maternity, disability or illness, health or dental appointments, and as supplement pay to State Disability, Family Temporary Disability or Workers' Compensation, or other reasons deemed appropriate by the employee and in compliance with the provisions of this Agreement. In addition, the Employer will continue to provide eligible employees with an Extended Sick Leave (ESL) Plan, to be used in accordance with the provisions of this Agreement for severe or long-term illness or injury.

A.    <u>Eligibility</u>
      All Regular Full-Time and Regular Part-Time benefited employees (i.e., regularly scheduled to work twenty-four (24) hours per week) are eligible to participate in the PTO/ESL plan. The PTO program is in addition to Jury Duty, Bereavement Leave and Continuing Education Opportunities.

B.    <u>Accumulation of PTO/ESL</u>
      PTO/ESL accrues on all of the following paid hours, not to exceed eighty (80) hours in a pay period: all straight-time hours worked, PTO/ESL, Low Census (LC) time (if indicated on the employee's timesheet for the pay period in which LC is incurred), Holiday hours worked, Jury Duty, Bereavement Leave, and Educational Leave.

C.    <u>Unpaid Absences</u>
      PTO/ESL does not accrue on any unpaid time off.

D.    **Use of PTO/ESL**

1.    PTO will be used for all paid time off, including the first 24 scheduled work hours of any illness, unless the absence qualifies for immediate use of ESL as outlined in <u>Section D.6.C. of this Article</u>, and with the exception of Jury Duty, Bereavement Leave, and Paid Educational Leave.

2.    Employees have the option of using PTO for hours of LC Time, Military Leave or Pregnancy Disability Leave. With the exception of the aforementioned time off, employees cannot take a day(s) without pay until PTO has been exhausted. Personal leaves of absences will be governed according to the Leave of Absence section of this Agreement.

3.    PTO and ESL will be paid at the base rate and will include shift differentials.

4.    Employees begin accruing PTO and ESL on the first day of employment or transfer to benefited status, and may use it as it becomes available. No negative balances may occur.

5.    Employees must notify their manager as soon as possible of unscheduled absences, but normally not later than two (2) hours prior to the beginning of their shift. The Employer reserves the right to require reasonable medical or other verification of illness when an employee uses unscheduled PTO if the Employer has a reasonable doubt as to the validity of the claim, or if the employee's use of PTO for illness exceeds three (3) consecutive scheduled workdays.

6.    **Scheduling of PTO/ESL**

a.    PTO may be scheduled at any time during the year, but requires prior approval by the department manager. Managers have the right to deny PTO requests based on staffing requirements or hospital business necessity. However, such requests will not be unreasonably denied, and every reasonable effort will be made to encourage and schedule employees to use earned PTO.

b.    Department managers may use yearly cut-off dates for employees to submit their PTO requests. Employees shall submit their requests for time off during the period from January through June by October 1 of the previous year, and for time off for the period from July through December by April 1 of the same year. Requests received by the applicable cut-off date will be granted by seniority consistent with the needs of the department or unit (except for the recognized major holidays of Thanksgiving Day, Christmas Day and New Year's Day, which will be handled on a rotating basis). Employees who have submitted requests by the applicable cut-off date will be informed of the approval or denial of their requests

within thirty (30) days of the cut-off date. With the exception of PTO requests submitted on yearly cut-off dates, requests for PTO should normally be submitted no later than thirty (30) days prior to the requested dates, and managers will respond within fourteen (14) days of receipt of the PTO request with the approval or denial. Employees will be informed of reasons for denial.

c. ESL may be used under the following circumstances:

1. After missing twenty-four (24) consecutive scheduled work hours due to injury or illness or relapse of a qualifying illness/injury within seven (7) calendar days of a prior absence; or

2. Beginning with the first day of hospitalization; or

3. Beginning with the first day of an approved leave of absence for the employee's own illness or injury in accordance with the medical center's leave of absence policy; or

4. Beginning with the first day of a work-related illness/injury, or for continuing treatment of a workers' compensation-related condition until fully released by the treating practitioner;

5. While on intermittent FMLA leave for the employee's own illness or injury, after using twenty-four (24) hours of PTO.

6. After missing twenty-four consecutive scheduled work hours for a seriously ill dependent child age 19 and under.

7. After missing twenty-four consecutive scheduled work hours when taking a leave to care for a child, spouse, parent, or domestic partner registered with the State of California, the employee may access up to two weeks of ESL in a rolling backwards twelve month period at the employee's current status.

E. **Maximum accrual rates (CAP) for PTO and ESL**

1. **PTO**
   Eligible employees will accrue up to a maximum of three hundred twenty (320) hours. PTO accounts reaching this level do not accrue additional hours until the PTO balance is reduced below three hundred twenty (320) hours.

2. **ESL**

   a. Eligible employees may accrue up to a maximum of four hundred and eighty (480) hours in their ESL account.

26

  b. For employees absent from work who are receiving State Disability, Family Temporary Disability or Workers' Compensation Temporary Disability benefits, the Employer will consider these benefits as primary for the purpose of paying the employee. PTO and ESL benefits may be used to supplement these benefits up to the regular earning level.

F. **PTO and ESL Accrual Rates**

  1. Employees will accrue PTO and ESL at the following hourly rates based on straight-time hours worked not to exceed 40 hours/week:

| Length of Service[1] | Hours Equivalent: PTO | Hourly Accrual Rate: PTO | Annual Accrual Rate: PTO | ESL Accrual Hours/ year |
|---|---|---|---|---|
| 0-4 years | 0-8,319 | .092308 | 192 hours | 56 |
| 5-6 years | 8,320-12,479 | .111538 | 232 hours | 56 |
| 7-10 years | 12,480-20,799 | .130769 | 272 hours | 56 |
| 11-15 years | 20,800-31,199 | .134615 | 280 hours | 56 |
| >15 years | 31,200 | .138462 | 288 hours | 56 |

  2. Annual accrual rates are based on a Full-Time (40 hours worked per week) employee. Eligible Part-Time employees accrue PTO and ESL hours on a pro-rated basis determined by actual straight-time hours paid.

G. **Donation of PTO**
On approval of Human Resources, employees may donate unused PTO hours for the benefit of employees who have exhausted all available PTO and have experienced an unforeseeable medical emergency as defined by the IRS. All such requests shall be submitted in writing, on the Employer's PTO Donation Form. Employees must maintain a minimum PTO balance of forty (40) hours after the donation. Such donations shall be irrevocable.

H. **Requests for PTO and Unpaid Time Off**
Employees may not take unpaid time off if they have PTO in their account, except as provided below:

  1. Employees may elect not to take PTO for a day(s) taken as a daily cancellation (LC Time).

  2. Employees who are on the SEIU Bargaining Team may elect not to use PTO to attend bargaining.

---

[1] For purposes of PTO and ESL accrual, a year is 2080 hours.

3.      Employees who take an approved leave for Union business pursuant to Article 17.F.

I.    **Status Change**

If an employee changes status from benefited to Per Diem or Casual status, all accrued unpaid PTO will be paid out on the regular paycheck for the pay period in which the effective date of the status change occurs. Accrued ESL will be paid to employees at the time of the change of status if the employee became a Regularly scheduled employee of the Employer on or before May 31, 1998, and is continuously employed by the Employer for twenty (20) years as of the date of the change to Per Diem or Casual status. The employee's PTO accrual rate, and ESL account (if not paid) will be frozen and reinstated if the employee subsequently changes back to benefited status within one (1) year.

J.    **Payment of PTO and ESL on Termination or Retirement**

1.      Eligible employees will be paid their accrued, unused PTO through the last day worked at their current rate of pay, including shift differential, and the employee's PTO accrual rate will be reinstated if the employee is rehired into a benefited position within one (1) year.

2.      Accrued ESL will be paid to employees at termination or retirement if the employee became a regularly scheduled employee of the Employer on or before May 31, 1998, and is continuously employed by the Employer for twenty (20) years as of the date of retirement or termination.

3.      Except as provided in J.2. above, ESL will not be paid upon termination of employment. However, if an employee is re-employed in a benefited position within one (1) year, the employee's accrued ESL at the time of the termination will be reinstated.

K.    **The Employer will recognize the following holidays:**

1.     New Year's Day

2.     Martin Luther King, Jr. Birthday

3.     President's Day

4.     Easter Sunday

5.     Memorial Day

6.     Independence Day

7.     Labor Day

8.     Thanksgiving Day

9.     Christmas Day

An employee who works a holiday will be paid one and one-half (1-½) times the straight-time hourly rate plus shift differential, when applicable.

L.    **PTO Cash-Out**
Employees may request to be paid for a portion of PTO at the straight-time rate
of pay, including shift differential subject to the following:

1.    Employees may "cash-out" PTO hours two (2) times in a fiscal year (July 1
- June 30).

2.    A minimum of forty (40) hours and a maximum of sixty (60) hours may be
cashed out per request.

3.    Other than approved hardship distributions as described in Section M.
below, all PTO hours cashed-out will be paid at 95% of the value of the
request consistent with the constructive receipt guidelines of the IRS.

4.    A minimum balance of PTO must be maintained depending on the
employee's schedule status, as follows:

| Schedule | Hours that must remain in bank |
|---|---|
| Full-time | 80 |
| 9 day | 72 |
| 8 day | 64 |
| 7 day | 56 |
| 6 day | 48 |

PTO hours used in this manner will not accrue additional PTO or ESL hours.

M.    **Hardship Distribution**
Subject to the approval of the Employer, employees may receive a distribution
from their own PTO account at 100% of the value of the request to provide for an
unexpected catastrophic event which causes a financial hardship. The amount of
such distribution shall not exceed the amount required to defray the actual
expense of such event. The restrictions on PTO Cash-Out as described in Sections
L.2. and L.4. above shall not apply to approved Hardship Distributions. PTO
hours used in this manner will not accrue additional PTO or ESL hours.
Distributions must comply with the guidelines issued by the IRS.

# ARTICLE 17      LEAVES OF ABSENCE

A.    **Leave of Absence Defined**
A leave of absence is any approved absence from work, whether paid, unpaid, or
a combination of paid and unpaid absence, normally for more than three (3)
consecutive days, other than vacation leave. However, workers' compensation,
family/medical and pregnancy disability leaves of a shorter duration will also be
handled in accordance with this Article and the Employer's leave of absence

policies that are not in conflict with the provisions of this Article or other provisions of this Agreement. A copy of the Employer's current <u>Leave of Absence Policy</u> is attached hereto as <u>Appendix F</u>.

B.   **General Provisions, Procedures and Obligations**

Except to the extent that this Agreement is in conflict, the general provisions, procedures and obligations applicable to leaves of absence will be those set forth in the Employer's policies and procedures regarding such leaves. Should the Employer make substantive and material changes to such policies, it will notify the Union of the changes not less than thirty (30) days in advance of their effective date and, upon the Union's request, will meet to explain and discuss the reasons for such changes and the effects on bargaining unit employees.

C.   **Types and Maximum Duration of Leaves**

1.   **Statutory Family/Medical and Pregnancy Disability Leave**

Employees will be eligible for family/medical and pregnancy disability leaves as provided by applicable Federal and State laws, and in accordance with and subject to the terms of the Employer's policies regarding such leaves. Such leave will be concurrent with other leaves under this Article to the extent permitted under applicable law.

2.   **Workers' Compensation**

When an employee needs to take a leave of absence as a result of a qualifying work-related injury, he/she will be entitled to a workers' compensation leave. The duration of any such leave will be determined on a case-by-case basis, in accordance with the Employer's policy and applicable law. Employees on workers' compensation leave shall be eligible to use, and shall use, their accumulated ESL from the first day of leave.

3.   **Extended Medical Disability Leave**

An employee may be entitled to an extended medical disability leave of absence of up to a maximum of fifty-two (52) weeks of total absence due to disability or illness. Paid time off and unpaid leave will both be considered for purposes of determining the maximum leave available under this paragraph.

4.   **Military Service**

Military leave of absence shall be granted to eligible employees who are absent from employment in order to perform duty, on either a voluntary or involuntary basis, in the uniformed services of the United States. Eligibility for military leave, and all other rights and obligations in connection with such leave, shall be in accordance with, and fully governed by, the Uniformed Service Employment and Reemployment Rights Act of 1994 (USERRA).

5. **Personal Leave**

A leave of absence for personal reasons, or for reasons other than those specified in this Article, may be requested by an eligible employee. Such leaves may be granted for a maximum period of thirty (30) calendar days, but the granting or denial of any such leave, including but not limited to determining the duration of any leave granted, will be made considering such factors as are set forth in the Employer's policies and will be at the discretion of the Employer, consistent with applicable law.

D. **Eligibility for Leave**

Except as provided herein for family/medical, workers' compensation, military and pregnancy disability leaves of absence, and leave for disaster service, or where otherwise required by law, only Regular Full-Time and Regular Part-Time employees who have worked continuously for six (6) months will be eligible for a leave of absence under this Article. Eligibility for statutory family/medical leave will be determined under applicable law.

E. **Use of PTO and ESL During Leave**

Employees are required to use any accumulated ESL and/or accrued PTO, as applicable, in connection with leaves of absence granted pursuant to this Article, except to the extent otherwise provided under applicable law. Payments will be coordinated with State Disability, paid family leave, workers' compensation or any other wage reimbursement for which the employee is eligible. At no time will an employee receive total combined payment greater than the regular straight-time wages the employee would have received if he/she had been working during the leave period.

F. **Union Leave**

No more than one (1) employee at a time who becomes a paid staff member of the Union may be granted an unpaid leave of absence of up to six (6) months for Union business, staffing needs and patient care permitting. During such a leave, the employee shall not be eligible for coverage under any of the Employer's group benefits programs, but shall be eligible for COBRA continuation coverage to the extent consistent with applicable law. Upon completion of the leave of absence, the employee will be returned to his/her former job, if available, or if not, to a comparable position in the same classification, shift, and work hours, if available. An employee who does not return to work at the expiration of the approved leave will be considered to have voluntarily resigned and may re-apply and will be considered for any open position for which the employee is qualified. Except as otherwise provided herein, the employee shall not suffer any loss of seniority as a result of such leave.

An employee wishing to take time off for the purposes of engaging in Union business, including but not limited to Union conventions, meetings, conferences,

and other activities, may request Paid Time Off, and, subject to staffing and patient care needs, if sufficient accrued Paid Time Off is available, such request will not be unreasonably denied. The employee shall not suffer any loss of seniority or other benefits as a result of such leave.

G.   **Voluntary Leaves for Disaster Services**
When a significant disaster occurs, the Employer is committed to providing voluntary assistance to governmental agencies and non-profit agencies that may request our services. Response to all such requests must be approved in advance by the Employer's Chief Executive Officer or designee.   Voluntary leave for disaster service by employees will only be approved if such leave does not unduly impact the Employer's operations, including health care delivery to patients. Denial of such leave shall not be subject to the grievance and arbitration provisions of the Agreement.

1.   **Definition of "Disaster" and "Designated Agency"**
A "disaster" is defined as an event officially declared as such by Federal, State or Local Government or an agency designated by the IRS as a Section 501(c)(3) not-for-profit, charitable organization (e.g. American Red Cross) as an agency that has been delegated authority to declare an emergency.

2.   **Employer-Initiated Requests for Voluntary Disaster Service**
In cases where the Employer requests voluntary disaster service of its employees in response to requests in times of crisis from Federal, State or Local Governmental entities or designated agencies as defined above, the following will apply:

a.   **Eligibility**
Any employee will be considered eligible unless such employee has a documented record of current unsatisfactory job performance.

b.   **Procedures**
Written agreement for leave for voluntary disaster service for up to 30 calendar days in a calendar year may be obtained from the employee's manager provided that the number of employees absent for voluntary disaster service does not unduly impact the Employer's operations. Extension of voluntary service greater than 30 calendar days in a calendar year must be approved by the appropriate vice president or his or her designee. In the case where the number of represented employees responding to an Employer-initiated call for volunteers exceeds demand, selection shall be made in accordance with contract seniority, provided all other provisions of this policy are met.

c.   **Compensation and Benefits**
An employee who volunteers for disaster service in response to a request from the Employer on behalf of a governmental entity or designated agency will be reimbursed for actual hours of volunteer duty up to a maximum of eight (8) hours in a day and forty (40) hours in a week at the employee's regular rate of pay while performing volunteer disaster service. Employees continue to accrue seniority and service credit and continue to be eligible for benefits, subject to existing group insurance provisions including required employee premium contributions, during the time of the approved leave. In order to receive compensation under this policy, the employee shall submit documentation of the hours of volunteer service for each day of volunteer duty.

d.   **Travel Expenses**
Employees who volunteer for duty in response to an Employer-initiated request shall have their reasonable expenses directly related to the travel for the duty reimbursed by the employer.

3.   **Employee-Initiated Requests for Volunteer Disaster Service**
When employees, on their own, wish to volunteer to assist during a disaster, the following will apply:

a.   **Eligibility**
Any employee will be considered eligible unless such employee has a documented record of current unsatisfactory job performance.

b.   **Procedures**
Written application for leave for voluntary disaster service for up to 30 calendar days in a calendar year may be approved by the employee's manager. Requests for voluntary service greater than 30 calendar days in a calendar year must be approved by the appropriate vice president or his or her designee. The Employer will grant time off for short-term leaves of up to 30 calendar days in a calendar year to eligible employees for official volunteer duty as long as the Employer receives reasonable advance notice, provided that the number of employees absent for voluntary disaster service does not unduly impact the Employer's operations. In the case where represented employees' requests for voluntary leave for disaster service exceed demand, selection shall be made in accordance with contract seniority, provided all other provisions of this policy are met.

c.   **Compensation and Benefits**
An employee who requests and receives approval for leaves for voluntary disaster service on his or her own initiative, apart from

33

any request to the Employer from a governmental entity or designated agency, will be on unpaid leave during the period of volunteer service, unless the employee elects to use accrued Paid Time Off other than extended sick leave. While on employee-initiated unpaid voluntary disaster service, employees continue to accrue seniority and service credit and be eligible for benefits, subject to existing group insurance provisions including required employee premium contributions, during the time of the approved leave, provided such leave is for a period of 30 calendar days or less. After voluntary disaster leaves of 30 calendar days or less, the employee will be reinstated into their regular position.

## ARTICLE 18   BEREAVEMENT LEAVE

When a death occurs in the immediate family of a Regular Full-Time or Regular Part-Time employee, he/she shall be entitled to a leave of absence of up to thirty-six (36) hours with pay. Such time off will normally be the next thirty-six (36) scheduled work hours after the death unless funeral or memorial arrangements require other dates. Such exceptions, if requested by the employee, are subject to approval by the employee's immediate supervisor; such approval not to be unreasonably denied. The employee must indicate on their timesheet for which family member leave is taken.

For the purpose of this Agreement, "immediate family" is defined as parents; parents-in-law; son-in-law and daughter-in-law; legal guardian; spouse; children; sister; brother; grandchildren; grandparents; domestic partner registered with the State of California; and step-parents, step-children, step-siblings and step-grandparents.

If a death occurs that does not qualify for bereavement leave, or if the need for bereavement leave exceeds the amount allowed, the employee may request, and if approved, use either PTO or unpaid leave, and such approval shall not be unreasonably denied.

## ARTICLE 19   JURY DUTY, WITNESS PAY AND VOTING TIME

A.   <u>Jury Duty</u>
     The Employer will pay all Regular Full-Time and Part-Time employees who are called to serve on juries up to eighty (80) hours in a calendar year. To protect employees who are called to jury duty from loss of income, employees called to jury duty will receive their regular rate of pay, including any shift differential, up to eight (8) hours on any scheduled workday on which they serve on jury duty, up to a maximum of five (5) days in a week. Employees scheduled to work twelve (12) hour shifts will receive their regular rate of pay, including any shift

differential, up to twelve (12) hours, up to three (3) days in a week. The transportation allowance paid by the court will not be deducted from jury duty pay. In order to receive jury duty pay, an employee called to jury duty must submit their summons to jury duty to the Employer's Human Resources department in advance of the commencement of jury duty.

Should the employee be required to serve on a jury longer than ten (10) working days, such employee may obtain an unpaid leave of absence for those days in court, or may choose to be paid by using accrued Paid Time Off. If not restricted by the court, employees must work their normal schedule on days the court is not in session. On those occasions where an employee returns to work after a partial day in court, the employee shall be paid for the hours worked that day and receive jury duty pay for the difference between the hours worked and the employees normal schedule for that day. In no case will the total number of hours worked exceed the employee's normal work schedule for that day.

B.    **Witness Pay**
An employee subpoenaed by the Employer to appear in a judicial proceeding or arbitration on a regularly scheduled workday will receive the difference between the applicable statutory witness fee and the straight-time earnings for each such day.

C.    **Time Off to Vote**
Employees who are unable to vote before or after working will be permitted up to two (2) hours with pay at the beginning or end of their workday on Election Day in order to vote. If the employee knows or has reason to know that such time off will be needed, he/she must give his/her supervisor at least two (2) working days' advance notice that time off to vote is needed.

# ARTICLE 20    JOB RELATED EDUCATIONAL ASSISTANCE AND EDUCATION LEAVE AND IN-SERVICE TRAINING

The Employer agrees to support opportunities for employees to attend educational activities in the health care field which are consistent with the goals, objectives and action plans of the Employer.

A.    **Educational Assistance**
The Employer will continue the Enloe Medical Center Educational Assistance Program under the terms below and under the additional terms and conditions described in the Guidelines for Applying, Educational Assistance Application and Educational Assistance Program Agreement provided to the Union May 3, 2007. Where there are conflicts between the guidelines document and the below

contractual terms, the Guidelines document will be modified to conform with the Collective Bargaining Agreement.

1.    **Eligibility**

All Regular Full-Time and Regular Part-Time employees, and Per Diem employees who work at least 32 hours a month, who have completed the probationary period and who maintain their status while taking such courses are eligible for Educational Assistance to reimburse expenses incurred for tuition and books for a course or program directly related to the employee's current position and/or professional growth with the Employer.

2.    **Maximum Reimbursement**

In any 12 month period, the maximum reimbursement for an eligible employee is five hundred dollars ($500.00) per semester or quarter, up to a maximum of one thousand five hundred dollars ($1,500.00).

3.    Reimbursement will be limited to tuition and books.

4.    Reimbursement will be provided upon successful completion of the course with at least a C grade, provided that the employee submits proof of satisfactory completion to the Employer's Human Resources Department along with the application for reimbursement, expense receipts and the signed Educational Assistance Program Agreement.

5.    Attendance at approved courses or programs for which an employee receives Educational Assistance Reimbursement must be taken during non-working time and time spent attending such courses or programs shall be without pay.

6.    After completion of the approved course or program, the employee must work two (2) months in the position (or an equivalent position as determined by the Employer) outlined in the Educational Assistance Application for each quarter/semester for which the employee received reimbursement. If the employee fails to meet this requirement, he/she will be required to reimburse the Employer for all assistance paid unless an equivalent position is unavailable with the Employer.

B.    **Educational Leave**

Regular Full-Time and Regular Part-Time employees who must maintain a license or certification for the position held[2] and who have completed the

---

[2] The classifications in which employees are currently eligible for educational leave are:
- Certified nursing assistants
- Lab assistants
- Pharmacy techs
- GI techs
- Cardiovascular techs

probationary period with the Employer shall be entitled to up to twenty-four (24) hours job-related education leave with pay in a twelve month period to attend courses, institutes, workshops or classes of an educational nature provided:

1. The subject matter of the course or program is directly relevant to the position held and/or to the employee's professional growth with the Employer.

2. The employee applies in writing as far in advance as possible, with a preferred minimum notice of four (4) weeks prior to the commencement of the course or program, specifying the course, institute, workshop or class he or she wishes to attend, accompanied by a detailed course description from the provider of the course, program, institute or workshop.

3. The employee obtains permission from his or her manager to attend; the manager will notify the employee as to approval or denial of the request as soon as possible, but in no case more than fourteen (14) days after receipt of the request.

4. Such leave shall not interfere with staffing and patient care needs.

5. In computing said twenty-four (24) hours, the following shall apply:

   a. If an employee attends an approved course or program on a day he/she would otherwise be scheduled to work, the employee may use earned but unused paid Education Leave for the actual number of hours spent attending such course or program, up to the number of hours scheduled to work that day;

   b. If an employee attends an approved course or program, but is able to work at least four (4) hours of the employee's scheduled work shift, the employee may use four (4) hours of paid Education Leave.

   c. If an employee attends an approved course or program outside of his/her normal work schedule, the employee shall have the option of using paid Education Leave for the actual number of hours spent attending such program or course.

6. Approval of requests for job-related education leave will not be unreasonably denied, so long as the employee complies with the requirements of this Article. Where more employees in a department or unit have requested job-related education leave than the Employer can release, such requests shall be granted by rotation, by seniority, unless a less senior employee's request has been previously approved.

---

- Sterile processing tech II

7.     Payment for Educational Leave will occur on the normal payday cycle after the hours are approved on the employee's timesheet. The continuing Education certificate must be submitted to the Manager upon completion of the course or program. Non-mandatory Educational Leave hours granted pursuant to the request of an employee shall not be considered as working time and are not to be included in the calculation of overtime or other premium pay.

8.     An eligible Regular Full-Time or Regular Part-Time employee who requests job-related Educational Leave but is denied by the Employer may carry over their paid job-related Education Leave to the following year, provided that the maximum accumulation of paid Educational Leave in any calendar year shall be forty-eight (48) hours.  If the Employer requests an employee to engage in an outside educational program, the Employer and the employee may mutually agree that this is charged against the employee's job-related Educational Leave. If the employee declines to engage in such job-related Educational Program, the Employer has the option to withdraw the request or to require the employee to engage in such program in which event it is not charged against his or her job-related Educational Leave.

C.   **In-Service Education**
When the Employer provides an In-Service Education Program for employees in a particular classification or classifications under the Agreement, the Employer will use its best efforts to see that the In-Service Education sessions are available to all employees in such classification or classifications on all shifts.  In the event that such best efforts are unsuccessful, the Employer will meet with the Union for the purpose of working out a mutually acceptable solution.

# ARTICLE 21     PHYSICAL EXAMINATIONS

All physical examinations required of employees in connection with their employment, according to the practice of the Employer, shall be given without charge to the employee, and all costs incident to those examinations shall be borne by the Employer. Such examinations shall be without loss of pay, and shall include all laboratory, diagnostic and other clinical tests required by Title XXII or the Department of Health Services and/or the county in which the Employer operates as well as examinations and review of the employee's medical history by a physician or nurse practitioner. Any disclosures to the Employer by the physician or nurse practitioner concerning the results of such physical examination shall be limited to certification that the employee is physically able to safely perform the essential functions of his or her job.

Notwithstanding the foregoing, nothing in this Article shall be construed to obligate the Employer to pay for any treatment which may be required as a result of any disease or condition disclosed during such physical examinations.

# ARTICLE 22     CLASSIFICATION AND WAGES

The minimum straight-time hourly rates of pay shall be shown in the Wage Scales of Appendices A, B, and C (attached hereto and made apart hereof). The Wage Scales shall be implemented as follows:

A.  No later than the payday following the first full pay period following ratification of this Agreement the Employer will pay each Bargaining Unit employee an amount equal to two percent (2%) of their gross compensation paid during the 12 months prior to the pay period ending July 4. 2015. Eligible employees must be an Enloe Medical Center Service Unit employee in the bargaining unit at the time of payment in order to receive said payment.

B.  Effective the beginning of the first full pay period following July 1, 2016, each bargaining unit employee shall receive a wage increase of 2.5%; such wage increase is reflected in the Wage Scale for Year 2 (Appendix B).

C.  Effective the beginning of the first full pay period following July 1, 2017, each bargaining unit employee shall receive a wage increase of 2.5%; such wage increase is reflected in the Wage Scale for Year 3 (Appendix C).

D.  For Regular Full-Time and Regular Part-Time employees, add Step 11 (20 years) at 2.5% over Step 10. The twenty (20) year Step applies to Regular Full-Time and Regular Part-Time employees who have twenty (20) years or more of continuous service with the Employer and who have been at Step 10 for at least two (2) years.

E.  Any employee hired after the date of ratification of this Agreement shall establish their placement on the Wage Scale based on prior experience. Credit for one Step on the applicable Wage Scale for each full calendar year of direct experience within the preceding ten (10) years will be counted for purposes of prior experience credit. Notwithstanding the foregoing, the maximum credit for prior experience for placement on the Wage Scale shall be the Fifth (5th) Step. An employee who disagrees with the Employer's determination of prior experience credit may request reconsideration within fourteen (14) calendar days from the date of his/her acceptance of the Employer's offer of employment. Disputes concerning prior experience credit shall not be subject to the Grievance and Arbitration Procedure, Article 29 of this Agreement.

1.  **Payday**

    a.  All wages shall be paid on the basis of two-week payroll periods.

    b.  The Employer' payday is on a Friday and this shall continue as the designated payday. Direct deposit shall continue to be offered to all employees and shall be deposited by no later than the designated payday and earlier if practicable. For those employees unable to have direct deposit at a bank or credit union, debit cards may also be used to directly deposit their paycheck. All paychecks and paystubs that are mailed shall be deposited in First Class U.S. Mail by 12:00 noon on the Thursday before payday.

    c.  When a holiday recognized by this Agreement falls on a payday, the Employer will make every reasonable effort to provide the employees' checks on the day before the payday.

    d.  If the Employer uses symbols on payroll checks, such symbols shall be explained to an employee upon request. All records of paid time off accounts shall accurately reflect balances through the most recent pay period ending the date of the check.

    e.  **Paycheck Errors**
        Paycheck errors resulting in underpayments of greater than eight hours pay shall be corrected immediately and a new check for the underpayment shall be issued to the employee within twenty-four (24) hours of the error being reported to the payroll department of the Employer, unless the error is reported on a Friday, in which case a new check will be available by noon (12pm) the following Monday.

2.  **Progression Schedule**

    a.  After initial placement on the Wage Scale, Employees shall progress to the next step based on anniversary date of employment, such date to be based upon the most recent date of hire with the Employer.

    b.  No employee shall be discharged or laid off before the date of his or her rate advancement for the purpose of evading such advancement. If the Union feels that an employee has been discharged or laid off for the purpose of evading such advancement, then the dispute shall be handled in accordance with the provisions of Article 29, Grievance and Arbitration.

3.  **Job Description & Job Classification**

    a.  In the event that the Employer establishes a new classification within the bargaining unit, in addition to those now in existence,

40

the Employer will provide to the Union the job description, work schedule and proposed rate of pay prior to implementation. The Union may request, in writing, to meet and bargain with the Employer concerning the new classification, and if such a request is received by the Employer's Vice President of Human Resources within fifteen (15) days of receipt by the Union of the aforementioned information from the Employer, the parties will meet and make a good faith effort to reach a settlement. If the parties are not able to reach agreement, the Employer may implement the proposed rate of pay, work schedule and job duties, to be effective the first day of the pay period in which the affected employee began performing duties in the new classification.

b.  The Employer shall maintain job descriptions for all classifications which will be remitted to the Union upon request. It is recognized that changes of job titles and duties contained in this Agreement may be necessary. In the event the Employer intends to change job titles or job duties, it will send the Union a draft of the changes, with the changes indicated, in advance of implementation. Within fifteen (15) days thereafter, the Union may request and the Employer will meet to negotiate with respect to the proposed change. The parties will make a good faith effort to reach a settlement.

c.  Upon written request to the Vice President of Human Resources or designee, the Employer shall provide the Union or employee with any existing job description for covered employees, which have not previously been provided to the Union. These shall be mailed and made available to the requesting party within five (5) calendar days of any such request.

E.  **Uniforms**
When employees are required to wear uniforms of special types of work clothing while in the employ of the Employer, the cost of laundering (if dry cleaning is required) and furnishing same shall be borne by the Employer; provided, however, that the Employer shall not be required to furnish apparel traditionally worn by such employees in healthcare generally. The term "uniform" includes wearing apparel and accessories of distinctive design or color.

F.  **Reporting Pay**
Any employee who appears for work at the request of the Employer and has not been canceled under the provisions of Article 13.D., Notice of Cancellation, and is not provided with work, or with less than half his/her scheduled shift, shall be paid for half the regularly scheduled shift for that day, but in no case less than two (2) hours, nor more than four (4) hours.

G.    **Evaluations**
      The employee shall be given a copy of any periodic written formal performance evaluation.

H.    **Relief in Higher Paid Classification**
      Any employee directed to relieve another employee in a higher paid classification (other than Charge or Lead as described in I.1. below) will be paid at the rate of pay of the higher paid classification for all hours worked in the higher classification.

I.    **Premium Pay**

      1.    **Charge or Lead Pay**
            Employees in classifications which have job titles that include "lead" and who are regularly scheduled as such and who direct other employees will have a minimum of ten percent (10%) incorporated into their base salary. Employees who are scheduled as "lead," "charge," or "relief" on a sporadic, rotating or temporary basis are not entitled to lead differential but will receive five percent (5%) of their base hourly rate while performing such duties. Charge or Lead duty is generally voluntary; however, if there are no or insufficient number of volunteers, the Employer may assign such duty to the employee who, in the Employer's judgment, is most qualified to perform such duties. Such assignments shall not be subject to the Grievance and Arbitration Procedure, Article 29 of this Agreement.

      2.    **Shift Differentials**

            a.    **Definition of PM and NOC Shifts**
                  An Evening or PM shift shall be defined as any shift in which more than one-half (½) of the shift (not including overtime) is worked after 3pm.

                  A Night ("NOC") shift shall be defined as any shift in which more than one-half (½) of the shift (not including overtime) is worked after 11:00pm.

            b.    **PM & NOC Shift Differentials**
                  **PM Shift:**  $1.00 per hour
                  **Night Shift:** $2.00 per hour.

            c.    **Weekend Shift Differential:**  $.75/hour. The Weekend Shift is any hours worked during the day or PM shifts on Saturday or Sunday and any hours worked on the night shift on Friday or Saturday nights.

42

    d.   **Double Shifts:** An employee who is required to work a full double shift (two eight-hour shifts, back-to-back) is paid the greater of the two shift differentials for both shifts, in addition to overtime pay.

   3.   **In Lieu of Benefits**

All Per Diem employees shall receive a differential of ten percent (10%) above regular straight-time wages. All Casual employees shall receive a differential of five percent (5%) above regular straight-time wages.

**"Opt Off":** Regular benefit eligible employees who have signed an agreement voluntarily waiving health benefits and who are enrolled in another health benefit plan will receive Fifty Dollars ($50)/month. Regular benefit-eligible employees who have signed an agreement voluntarily waiving dental benefits and who are enrolled in another dental benefit plan will receive $7 per pay period.

J.   **Standby**

**Standby generally:** Any employee who has been instructed to be "on standby" but who is not called to work, shall be paid at the rate of $8.00/hour. Such standby pay shall not be paid while the employee is receiving pay for being called in to work or is receiving the guaranteed pay for being called in. An employee who is called in to work while on standby will be paid one and one-half (1-½) times their straight-time hourly rate for all such hours worked, with a minimum guarantee of 2 and ¾ hours. However, if the employee is called in to work, completes the call back duties, leaves work and then is called back to work within the 2 and ¾ hour guarantee period, this will be considered a continuation of the original guaranteed minimum, and will not constitute a new guaranteed minimum period. Premium pay for hours worked while on standby will cease at the commencement of the employee's next regularly scheduled shift. Employees who are on standby during a recognized holiday and who are not called in to work shall be given the option to use PTO for that day in addition to receiving their standby pay.

**Extensions:** Each employee on "standby" who is called in to work and is extended beyond the guarantee set forth above, shall be paid in one-quarter (¼) hour increments.

K.   **Bilingual Services**

No employee shall be required to provide translation and/or interpreting services for the Employer. An employee agreeing to provide such services shall do so only on a voluntary basis and shall be held harmless for any legal or other adverse action arising from an alleged misrepresentation or misinterpretation as a result of translating or interpreting activities.

An employee who has volunteered to provide translating or interpreting services and who has been designated in writing by the Employer as an interpreter or translator pursuant to the provisions of California Health and Safety Code Section 1259(c)(5) shall be paid a Bilingual differential at the rate of sixty dollars ($60.00) per month.

No employee shall act as an interpreter or translator on behalf of the Employer unless he/she has been trained as an interpreter or translator, and specifically assigned as provided above.

L.  **Split Shifts**
A split shift is defined as eight (8) hours completed within a spread in excess of nine (9) hours, which is interrupted by a non-paid non-working period in excess of one (1) hour. When, at the request of the Employer, an employee works a split shift completed within a spread of more than nine (9) hours but less than eleven (11) hours, a split shift premium equal to one (1) hour's pay at the employee's straight-time rate shall be paid in addition to the wages paid for hours worked that day. Any split shift completed beyond a spread of eleven (11) consecutive hours shall be paid at the rate of time and a half for all hours worked beyond the eleven (11) hour spread. No new split shift shall be instituted by the Employer after the effective date of this Agreement without first meeting and bargaining with the Union. Should an employee request in writing a split shift schedule for his or her own convenience and the Employer agrees, no split shift pay as indicated above shall apply.

M.  **Meals**
Employees shall receive a 20% discount on meals.

N.  **Medical Center Discounts**
All employees, including Per Diem employees, as well as their spouse, registered domestic partner, and dependent children, receive a 20% discount on services received at Enloe Medical Center. The discounts will be applied after all applicable insurance payments are received. Deductibles are not eligible for the discount. Also excluded, are any physician charges included in the Medical Center's billing, and any personalized services such as telephone calls, guest trays, and cafeteria services.

# ARTICLE 23    MEDICAL, DENTAL, VISION AND VOLUNTARY SHORT-TERM DISABILITY BENEFITS

A.  **Pursuant to Article 23, A, C, and E**
During the life of the Agreement, the Employer will provide eligible Regular Full-Time and Regular Part-Time employees covered by this Agreement with the

same dental, vision, voluntary short-term disability, and flexible spending accounts; and, on the same terms and conditions, as are provided to its other employees as described in the Employer's current plan descriptions as provided to the Union.

B.   An employee hired into a Regular Full-Time or Regular Part-Time position, and employees who convert to a Regular Full-Time or Regular Part-Time position from a Per Diem or Casual position, will be eligible for the above-described benefits on the first of the month following date of hire in or transfer into a Regular Full-Time or Regular Part-Time status position.

C.   The Employer's obligation to pay for premium coverage for certain of the benefits, for the employee and his/her dependents' will be in accordance with its policy for non-contractual employees (see chart in Appendix D, attached).

D.   An eligible employee participating in one of the Employer's health plans may elect to cover his/her registered domestic partner, upon certification of such registration. Such coverage will be available at the employee plus spouse contribution rate.

E.   The benefits provided under this Article are subject to the terms, conditions, limitations and other provisions of the respective plan documents, and the plans may be altered, amended, discontinued, replaced or augmented; provided, however, that the Employer will notify the Union of such changes in advance, and will, upon request of the Union, meet to explain the changes and the reasons therefore.

F.   **Retiree Coverage**

1.   An employee who retires from active service (the "retiree") with the Employer and, at the time of retirement:

a.   is at least sixty-two (62) years of age and has completed at least ten (10) years of continuous service with the Employer; or

b.   is at least sixty (60) years of age and has completed at least twenty (20) years of continuous service with the Employer;

May, within sixty (60) days of his/her retirement date, elect to continue group medical, dental and vision coverage without interruption for the retiree and eligible dependents. Only those dependents who were covered under the group medical, dental and vision benefits plans on the day immediately prior to the effective date of the employee's retirement will be eligible for continued coverage under this provision.

2.   Later election of continued coverage will not be permitted, and unless a timely election is made as provided in F(1) above, coverage for any such

45

person (retiree or any dependent) may not be continued beyond the retirement date. Coverage for the retiree and any covered dependent may not be continued beyond the date such person attains age sixty-five (65) and/or becomes Medicare eligible, whichever first occurs. Once the retiree attains age sixty-five (65), any covered dependent will be offered COBRA continuation coverage.

3.   Any retiree who elects continued coverage under this provision will be required, as a condition of continued coverage, to pay the full cost of medical, dental and vision coverage at the established COBRA premiums, less the applicable COBRA administrative fee. The retiree will be notified at least thirty (30) days in advance of any increase in the contribution rates. Contributions must be made on a timely basis; such requirement shall be the same as those applied to COBRA participants.

# ARTICLE 24     RETIREMENT PLAN

1.   The Employer shall continue the Enloe Medical Center Retirement Savings Plan (Savings Plan) and the Enloe Medical Center Defined Contribution Retirement Plan (Defined Contribution Plan), as described in the documents provided to the Union on May 3, 2007 (Exhibit 6 thereto). In the event of any conflict between the terms of this Article 25 and the official Plan Documents, including but not limited to the Summary Plan Descriptions previously provided to the Union, the official Plan Documents shall supersede and supplant the conflicting terms in this Article 24.

2.   **Employer Contributions**
The Employer will contribute an amount equal to three percent (3%) of each eligible employee's gross wages each pay period to the Defined Contribution Plan. In addition to the foregoing, the Employer will match fifty percent (50%) of employee contributions to the Savings Plan, up to a maximum employee contribution of six percent (6%) of gross wages. Employees may make contributions to the Savings Plan in excess of six percent (6%) but such excess contributions will not be subject to the Employer match. Employer contributions will begin in the first payroll period after an employee meets the plan eligibility requirements.

3.   Employees who are currently eligible to participate in the Employer's Defined Benefit Plan may continue to participate in such plan under the same terms and conditions as presently apply.

## ARTICLE 25      GROUP LIFE INSURANCE

The current Life Insurance benefit level and terms described in the Plan Description provided to the Union on May 3, 2007 will remain in effect without modification, provided, however, that should the Employer decide to change the insurance carrier that provides this coverage, it may do so after giving the Union thirty (30) days advance written notice of such change, and the reason therefor.

Employees may also continue to purchase additional life insurance, as well as dependent life for spouse and child(ren) at group rates.

## ARTICLE 26      BULLETIN BOARDS

For the purpose of providing general Union information to represented employees only, the Employer agrees to provide the Union with the use of bulletin boards as follows:

One glass-enclosed designated bulletin board measuring at least 24" by 36" at the main Medical Center building at 1531 Esplanade, located inside the 6th Avenue entrance; and

Designated appropriate space on unlocked bulletin boards of at least 8 ½" by 14" in each of the break rooms in departments where covered employees are regularly employed.

The posting of Union notices will be limited to the bulletin boards to which the Union is given use under this Article.

The Union agrees not to post on the designated bulletin boards any political materials, derogatory or inflammatory materials about the Employer, or materials addressing any labor dispute involving the Employer. Should the Employer reasonably object to any posted material, the Employer's Vice President of Human Resources (or designee) will notify the Union Field Representative (or designee) of the objection. Should such objection be made, the parties shall confer in person or by telephone within twenty-four (24) hours in an attempt to resolve the matter. If no agreement is reached, the material in question shall be immediately removed.

The Employer agrees not to post on the bulletin boards under its control any political materials, derogatory or inflammatory materials about the Union, or materials addressing any labor dispute involving the Employer. Should the Union reasonably object to any posted material, the Union's Field Representative (or designee) will notify the Employer's Vice President of Human Resources (or designee) of the objection. Should such objection be made, the parties shall confer in person or by telephone within twenty-four (24) hours in an attempt to resolve the matter. If no agreement is reached, the material in question shall be immediately removed.

Disputes under this provision are subject to the <u>Grievance and Arbitration Provisions of Article 29</u> of the Agreement.

## ARTICLE 27     SUPERVISORS AND BARGAINING UNIT WORK

The parties recognize that bona fide supervisory employees as defined by the NLRA may, on limited occasions, be required to perform duties normally performed by bargaining unit employees. Examples of such limited occasions are: emergency situations requiring immediate action; situations where the delivery of healthcare services or the performance of important operations could otherwise be compromised; training situations where the performance of bargaining unit work is required to accomplish the training; where necessary to maintain competencies; and situations where, for reasons beyond the Employer's control, bargaining unit employees are not available.

Supervisors and other non-bargaining unit worker or person shall not perform bargaining unit work where the purpose or effect is to displace bargaining unit employees or to fill positions previously occupied by bargaining unit employees.

## ARTICLE 28     NO STRIKE/NO LOCKOUT

The Union and the Employer have provided in this Agreement an orderly and rational way of resolving disputes arising during the term of this Agreement, and therefore they have agreed as follows:

A.     <u>No Strikes</u>

    1.     During the term of this Agreement, and any extension thereof, neither the Union nor any employees covered by this Agreement shall engage in any strike, including sympathy strikes, slowdowns, sick-ins or sick-outs, cessations of work, withholding of services, work stoppages, boycotting, or other interference with the Employer's operations at any location where employees covered by this Agreement regularly work. The Union agrees that before issuing any notice of informational picketing during the term of this Agreement, Union Leadership shall discuss any dispute or issue from which such picketing arises with the Employer's Chief Executive Officer.

    2.     In the event that a strike or picket line by another Union occurs at any of the Employer's locations where employees covered by this Agreement regularly work, the Union and employees recognize their obligation to maintain uninterrupted, safe, adequate and customary service to patients.

3.    Any employee covered by this Agreement engaging in any of these activities will not earn, accrue or receive any wages or benefits that would otherwise accrue during that time. The Employer may discharge or otherwise discipline any such employee. In the case of any such discharge or discipline, the sole issue that will be subject to the grievance and arbitration provisions of this Agreement will be whether or not such employee engaged in the conduct prohibited by this Article.

4.    The Union will not cause, encourage, condone or sanction any conduct specifically precluded by this Article and will take affirmative action in the event such conduct occurs to discourage and terminate such activity.

5.    Notwithstanding this or any other provision of this Agreement, picketing at any facility where employees covered by this Agreement regularly work shall not be considered or deemed to be a violation of this Agreement, so long as, prior to the commencement of such picketing, the Union has taken the following affirmative actions:

    a.    At least ten (10) days prior to the commencement of any such picketing, the Union has informed all bargaining unit employees, in writing, mailed to employees' homes and posted on all union bulletin boards in the Employer's facilities, that such picketing will not be and is not directed at Enloe Medical Center, there exists no dispute between the Union and Enloe Medical Center, specifically identifies the employer or entity with whom the dispute actually exists, and reminds the employees of their obligations under, and the consequences of violation of, this Article; and

    b.    Clearly and unambiguously states on any and all picket signs deployed at any Enloe Medical Center facility that such picketing is not directed at Enloe Medical Center, that there exists no dispute between the Union and Enloe Medical Center and identifies the employer or entity with whom the dispute actually exists.

    c.    This language is intended to apply to primary picketing directed at an employer other than Enloe Medical Center. Nothing in this Agreement is intended to prohibit informational picketing.

B. **No Lockouts**

During the term of this Agreement, the Employer agrees that it shall not engage in any lockout of employees covered by this Agreement.

## ARTICLE 29      GRIEVANCE AND ARBITRATION

A.    **Definitions – in this Article the following definitions apply:**

**Definition of Grievance:**  Grievance means a dispute raised by an employee, the Union or the Employer concerning the interpretation or application of any provision in this Agreement. Unless otherwise provided in this Agreement, a violation of this Agreement is subject to this Grievance and Arbitration Procedure set forth below.

**Definition of Days:** Days means calendar days. In this Article, whenever a period of time is specified, the day of the event or action which commences the period, shall not be included calculating the length of the period. If the last day for responding and acting is on a Saturday, Sunday or contract holiday, the period shall be extended to the next day which is not a Saturday, Sunday or contract holiday.

**Limitation on Precedents:** Settlements reached with Shop Stewards in Step 1 and Step 2 of the grievance procedure shall not establish a precedent or a practice for future cases, unless by specific written agreement signed by a Union Field Representative and by the Employer's Vice President of Human Resources.

**Time Limits:** The time periods specified in this Article may be waived or modified at any time, but only by mutual written agreement of the parties, or by oral agreement with subsequent written confirmation (including e-mail) signed by both parties within five (5) days after the oral agreement is reached. Unless waived or modified in accordance with the previous sentence, the time limits contained herein shall be strictly construed and any failure to file a grievance within such time limits and in the manner described at any Step of the grievance procedure shall result in waiver of such grievance and it may not be processed further.

B.    **Informal Resolution or Initiating a Grievance**: The Employer and the Union agree that most disputes can and should be resolved by informal, frank discussions between the employee and his/her immediate supervisor, and the parties recognize that the goal of this procedure is to attempt to resolve the grievance as quickly as possible. Therefore, in the case of an individual grievance other than a discharge grievance, the aggrieved employee must first attempt to initiate such discussion with his/her supervisor before filing a formal grievance, unless the employee and the immediate supervisor agree that it is unnecessary, or the supervisor refuses to discuss the matter, or the grievance is directed at the immediate supervisor (e.g., a claim of Discrimination or Harassment under Article 5). The employee may be accompanied by a Shop Steward or Field

50

Representative. If the matter is not resolved, either the employee or the Union may initiate a grievance pursuant to the following procedure:

**Step 1:** The Union must initiate the grievance by completing and delivering a grievance form to the Human Resources Department within twenty-one (21) days of the date on which the affected employee or the Union first knew, or reasonably should have known, of the events or circumstances giving rise to the grievance; provided, however, that in the case of a discharge of an employee who has completed his/her initial Probation Period as described in Article 8, the grievance must be filed within fourteen (14) days of the date of discharge.

A meeting to resolve the grievance shall take place within fifteen (15) days after the filing of the grievance. In this meeting, the parties shall engage in a full and frank discussion of their respective positions, including the supporting rationale. The Employer's representative shall respond in writing within fifteen (15) days of the conclusion of the meeting.

To be valid, a grievance shall be submitted on the grievance form currently used by the Union, which shall be filled out completely and accurately. A copy of the Union's Grievance Form is attached hereto and incorporated in this Agreement as Appendix H. Should the Union, during the term of this Agreement, wish to use a different form, it may submit such form to the Employer's Vice President, Human Resources, and upon agreement by the Employer, may replace Appendix H as the grievance form to be used.

**Step 2:** If the grievance has not been resolved at Step 1, the Union may proceed by delivering a written statement of intent to proceed to Step 2 to the Employer's Human Resources Department within fifteen (15) days of the receipt of the Employer's written statement at Step 1, or within fifteen (15) days of the date on which the Employer's Step 1 response should have been, but was not, received.

The Employer and the Union shall meet at Step 2 within fifteen (15) days of receipt by the Employer of the Union's statement of intent to proceed to Step 2. The Step 2 meeting will be attended by the Employer's Vice President of Human Resources or his/her designee, and by a Field Representative of the Union, or his/her designee. If the grievance is not resolved at the Step 2 meeting, the Employer's representative will respond with the Employer's position in writing within fifteen (15) days of the meeting.

C.   **Employer Failure to Respond:** If the Employer does not timely respond to a Union or employee grievance, the grievance shall automatically move to the next Step.

D.   **Employer Grievances:** Employer grievances shall be submitted at the Step 2 level in writing directly to the Union's Field Representative. Such Employer

grievances shall be initiated in a written statement delivered to the Union's Field Representative, within fifteen (15) days of the date on which the Employer knew, or reasonably should have known, of the facts giving rise to the grievance. If requested, a Union Representative and a representative of the Employer's Human Resources department shall meet in an effort to resolve the grievance within fifteen (15) days of the date of the written grievance, The Union shall provide an answer, in writing, within fifteen (15) days following the meeting, or, if no meeting is requested, within fifteen (15) days after the date of the Employer's grievance.

If the Union's Step 2 answer is not satisfactory, or if no answer is given within the specified time period, the matter may be submitted to arbitration by written request of the Employer in accordance with the time limits set forth for a Union request for arbitration in Step 2 above and Step 3 (1) below.

E.    **Union Participation:** A designated representative of the Union has the right to prompt notice from the Employer of any grievances filed by individual employees. A Union Representative and/or Shop Steward, designated by the Union, has the right to be present at any grievance meeting called for the purpose of adjusting an employee grievance.

**Step 3: Mediation**: If the parties agree, the services of an agreed upon Mediator may be utilized to resolve the grievance and to avoid the unnecessary use of the arbitration process. If this Step 3 is agreed to in writing or by email by the parties within fourteen (14) days of the Step 2 response, the following shall govern this step:

1.    The period for referring the grievance to arbitration shall be stayed while the parties select a Mediator, arrange a date for mediation, and participate in the mediation.

2.    Neither the Medical Center nor the Union shall be bound by any recommendation of the Mediator.

3.    The costs of mediation, if any, shall be split equally by the parities.

4.    Either the Medical Center or the Union may terminate the mediation process immediately by written or email notice at any time.

**Step 4: Arbitration:**

1.    **Demand for Arbitration:** If mediation is used but resolution not achieved or if mediation is not used and the Employer's written Step 2 response is not satisfactory, or if the Employer does not respond within the fifteen (15) day time period, the Union may then proceed to Step 4 arbitration by submitting a written or email demand for arbitration to the Employer's Vice President of Human Resources (a) within twenty-one (21) days of

receipt of the Employer's Step 2 response (excluding time as specified in Step 3, 1 above), or (b) if no Step 2 response is received, within twenty-one (21) days of the due date of the Step 2 response.

2. **Selection of the Arbitrator:** If the Union and Employer are unable to agree on the selection of a mutually acceptable Arbitrator within sixty (60) days after receipt of the written demand for arbitration, they shall jointly request a panel of seven (7) experienced labor Arbitrators, specifying only those Arbitrators whose principal residence and business address is in Northern California, from the Federal Mediation and Conciliation Service (FMCS). The parties will select an Arbitrator from the panel using the alternating striking method; the order of striking names shall be determined by coin toss. Either party may reject one (1) panel of Arbitrators in its entirety. If no attempt is made by the appealing party to begin the process of selection of an Arbitrator within sixty (60) days of giving notice to appeal to Step 4, then the grievance shall be considered closed; provided that the parties may agree in writing to extend this time.

3. **Arbitration Hearing and Decision:** After the Arbitrator has been selected and notified, the parties and the Arbitrator will make every effort to set a date, time and place for the hearing as expeditiously as possible. Following the hearing and submission of post-hearing briefs, the Arbitrator shall render a decision in writing without undue delay.

4. **Arbitration Fees and Costs:** The fees and expenses of the Arbitrator, the costs of the hearing room, and the cost of the court reporter, which may be requested by either party if not required by the Arbitrator, will be shared jointly by the parties. Each party will bear its own expenses of representation and presentation of its case, including legal fees and witness fees, and including the cost of any transcript for the party's own use.

5. **Arbitrator's Authority:** The Arbitrator shall have no power to add to, subtract from or to change any of the terms or provisions of the Agreement. The Arbitrator's jurisdiction shall extend solely to claims of violation of specific written provisions of the Agreement and shall involve only the interpretation and application of the Agreement.

Further, the Arbitrator has no authority to render an award or decision regarding any act, event, omission or occurrence after the expiration date of this Agreement as expressly provided in Article 37, Term of Agreement, or that arose outside the time limits set forth in this Article.

The Arbitrator's award shall be based upon the joint submission agreement of the parties, or in the absence of such agreement, upon the issues to be decided as stated by the Arbitrator. The Arbitrator's decision and/or award shall be final and binding upon all parties concerned.

F. **Processing Grievances in Good Faith**: Consistent with the Preamble of this Agreement, the parties agree that it is in everyone's best interests to address grievances in a timely, professional and ethical manner. With respect to a particular complaint or grievance of an employee concerning the interpretation or application of this Agreement, the Field Representative of the Union or the Union Steward may inspect relevant materials in the employee's personnel file upon which the Employer is or will be relying. Such information will be provided in a timely manner. The Union may request other information it deems relevant to the processing of a grievance, and if the Employer is in agreement that the information is relevant, the Union will be provided with it. In the event of a disagreement on the appropriateness or relevance of any information requested, such disputes are not subject to the grievance procedure. This does not preclude either party from exercising its rights under any applicable Federal or California State laws.

G. **Employee Participation:** The Employer and the Union agree that employees having direct knowledge of facts giving rise or otherwise relating to a grievance should be free to participate on behalf of any party in all steps of the Grievance and Arbitration Procedure, and should be free from recrimination or retaliation from either party or any employee for so doing.

## ARTICLE 30      DISCIPLINE AND DISCHARGE

A. **Just Cause**
The Employer may only discipline or discharge any employee for just cause.

B. **Progressive Discipline**
Unless extraordinary circumstances warrant otherwise, the Employer will utilize a system of progressive discipline. Progressive steps shall include:

1. verbal counseling and/or warnings,

2. written counseling and/or warnings,

3. disciplinary suspensions without pay and

4. discharge from employment.

C. **Investigatory Suspension**
No employee shall be held in unpaid investigatory suspension for more than seven (7) calendar days. If it is determined by the Employer that disciplinary suspension or discharge is not warranted, the employee will be made whole for any losses incurred.

D. <u>**Written Disciplinary Action**</u>

A written warning is a document designated as such by the Employer. An employee who receives a written warning shall be given a copy of the warning and shall sign a receipt to acknowledge receipt of the document. Such signed acknowledgment shall not constitute agreement by the employee with the substance of the warning; and an employee's failure to acknowledge receipt shall not be cause for disciplinary action. A Union grievance contesting a written warning shall be subject to the requirements of <u>Article 29, Grievance and Arbitration</u>. For the purposes of this provision, the terms "warning" and "counseling" shall have the same meaning.

E. <u>**Disciplinary Notices, Rebuttal and Inspection of Personnel Files**</u>

1.  There shall be one official personnel file for all bargaining unit employees and they shall have the right to inspect and to be provided, on request, with one copy of any document in the employee's personnel file.

2.  Employees will receive copies of all disciplinary notice(s) placed in their personnel files and shall have the right to rebut in writing any disciplinary notice. Such rebuttals, other than grievances, shall be attached to the disciplinary notice and placed in the personnel file.

3.  The Employer will not refer to disciplinary action notices that are older than four (4) years when creating new disciplinary action notices unless, as determined by management, the prior discipline falls into one of the following categories: harassment, aggression, bullying, retaliation, falsification of records, patient safety, patient privacy breach.

4.  In any case where the Employer and the Union agree to revise personnel record materials, the Employer shall, upon request, provide the Union with evidence of the revision.

F. <u>**Weingarten Rights**</u>

The following holding of the United States Supreme Court in NLRB v. Weingarten, Inc., shall apply to investigatory interviews conducted by the Employer when an employee, upon his or her request, is entitled to have a Union Representative (Field Representative or Union Steward) present during an investigatory interview in which the Employee is required to participate where the employee reasonably believes that such investigation will result in disciplinary action. The right to the presence of a Union Representative (Field Representative or Union Steward) is conditioned upon a requirement that the Union Representative (Field Representative or Union Steward) be available for participation in such investigatory interview within twenty-four (24) hours.

## ARTICLE 31     FIELD REPRESENTATIVES' VISITS AND SHOP STEWARDS

A.    **Field Representatives' Visits**

    1.    Duly authorized Union Field Representatives shall be allowed access to visit the Employer's facilities to ensure compliance with this Agreement and to conduct Union business. This right shall be exercised reasonably so as not to interfere with the Employer's operations or the work of any employee. The Union Field Representatives shall advise the Employer's Vice President of Human Resources ("VPHR") or her/his designee immediately, in person or by telephone, upon entering the campus and shall inform the VPHR or his/her designee of the departments and areas the Representative will visit.

    2.    Whenever Union Field Representatives are on the Employer's premises, they shall wear an Employer-issued identification badge.

    3.    Union Field Representatives will not be allowed to enter areas of the Employer's facility where employees covered by this Agreement are not employed (except for those areas to which the general public has customarily had access), or patient units or patient rooms or other patient care and treatment areas, areas which contain Employer and/or patient records, or restricted areas containing medical or pharmacological supplies, controlled substances or medication, without the express prior permission of the VPHR or designee. If the Union Field Representative has a legitimate reason for entering one of the aforementioned areas, he/she shall first notify the VPHR or designee at least twenty-four (24) hours in advance of the need for such visit, and the request shall not be unreasonably denied, although reasonable restrictions may be established.

    4.    The Union Field Representative may confer with an employee covered by this Agreement during the employee's non-working time and in non-working areas, but may not hold meetings with groups of employees on the Employer's premises unless such meetings have been scheduled under the provisions of Paragraph B.9. below. Permitted conferences with an employee inside the Employer's premises may take place in the cafeteria but shall be conducted in a manner so as not to draw the attention of patients and/or visitors.

B.    **Union Shop Stewards**

    1.    The Union shall provide the Employer with a written list of Union Stewards after their designation, and shall notify the Employer of changes as they occur. The Union may designate one or more Stewards as Chief Steward. Designated Union Stewards shall be actively employed by the

Employer in a bargaining unit position and must have completed the probationary period.

2.   The functions of the Union Steward include the authority (1) to settle or assist in settling problems arising in connection with the application or interpretation of the Agreement, (2) to resolve grievances at Step 1 or 2 of the Grievance Procedure, and (3) to serve as a Union Representative for Weingarten meetings.

3.   Except as provided below, Union Stewards shall perform their functions or Union related activities on their own time. However, if a meeting is mutually agreed to between the Union Steward and the Employer during the Union Steward's work shift, that time will be paid for by the Employer. If the Union Steward needs to meet with an employee during the Steward's work time relative to a pending grievance or potential disciplinary action, such release time shall not be unreasonably denied provided reasonable notice is given to the steward's immediate supervisor.

4.   Union Stewards shall not direct any employee how to perform or not perform his/her work, shall not countermand the order of any supervisor, and shall not interfere with the normal operations of the Employer or any other employee.

5.   The Employer's designated representative(s) will meet with two Union Representatives (Field Representative and/or Union Stewards) and any affected employee on any grievance or issue concerning this Agreement. If additional employee(s) or Union Representatives have firsthand facts to present as a witness concerning the Union's grievance issue, however, then such additional person(s) also may attend, by prior mutual agreement with the Employer at the time the meeting is set.

6.   Upon advance written request and subject to patient care, staffing and scheduling needs, the Employer will provide up to three (3) days without pay per calendar year to Union Stewards for the purpose of participating in Union Educational Programs.

7.   Upon proper advance notice, and subject to patient care, staffing and scheduling needs, the Employer shall exercise good faith efforts to release duly recognized Shop Stewards to leave their normal work to attend the monthly Shop Steward Meeting. No more than two (2) hours of such release time per month will be allowed, and no more than one (1) Steward in any one department shall be released at the same time. All such release time shall be without pay, and shall not be treated as time worked for any purpose, including the calculation of overtime or other premium pay. Within thirty days of the ratification of the contract, the Union will provide to the Employer a schedule of the Union Stewards' regularly

scheduled monthly meetings, for the next twelve (12) months, and will further submit a schedule on an annual basis for succeeding years of this Agreement. A maximum of one Steward for every twenty-five (25) bargaining unit employees shall be eligible to receive the aforementioned release time.

8. Time spent attending arbitration hearings by Shop Stewards, grievants and witnesses called by the Union shall be unpaid.

9. Upon proper advance notice to the Employer's designated representative, and subject to availability, the Employer shall make meeting rooms at the Cohasset site available to the Union for meetings. If the Cohasset site meeting rooms should become unavailable for the Union's use, alternate locations shall be offered, subject to availability.

C. **Employee Representatives to Union Negotiation Committee**
Upon proper advance notice, the Employer shall exercise good faith efforts to release employees appointed to the Union's Negotiating Committee, subject to patient care, staffing, and scheduling needs. The Employer will permit members of the Union's Negotiating Committee to use, at the individual member's option, accrued PTO or "Low Census" to replace any wages lost in any pay period as a result of participation in negotiations. The Employer will make every reasonable effort to permit employees to make up shifts to take the place of shifts lost due to participation in negotiations. Nothing in this paragraph is intended to impose a limit on the total number of committee persons that either party can appoint to its committee.

# ARTICLE 32    JOINT LABOR MANAGEMENT COMMITTEE

A. There shall be a Joint Labor-Management Committee consisting of representatives appointed by the Employer and the Union. The Joint Labor-Management Committee will be formed for the purpose of reviewing, discussing, and resolving issues of mutual concern to the parties.

B. Meetings of the Joint Labor-Management Committee shall be held on an as-needed basis for no more than two (2) hours unless mutually agreed otherwise. No more than one (1) Union-appointed representative from any department/unit may be released from work to attend a meeting of the Joint Labor-Management Committee. A maximum of four (4) employees whose names have previously been submitted to the Employer as Union-appointed representatives who attend a Joint Labor-Management Committee meeting during their normal scheduled work hours will be paid straight time pay for time spent at any such meeting not to exceed 12 hours in a calendar year for each of

58

the four employees.  Such pay will not be considered in determining eligibility for overtime or other premium pay.

C.     Disputes within the Joint Labor-Management Committee shall not be subject to <u>Article 29, Grievance and Arbitration Provisions</u> of this Agreement. However, this Paragraph shall not prevent an employee, the Union, or the Employer from subsequently pursuing an otherwise grievable issue through <u>Article 29, Grievance and Arbitration.</u>

## ARTICLE 33     SEPARABILITY AND SAVINGS CLAUSE

In the event that any provision of this Agreement is found to be in conflict with State or Federal law, the remaining provisions of this Agreement shall remain in full force and effect.

If a provision in this Agreement is invalidated by State or Federal law, the Employer and the Union shall meet for the purpose of considering lawful substitute provisions.

## ARTICLE 34     CHANGE OF OWNERSHIP, MERGERS, SALES, CLOSURES AND TRANSFERS

In the event of a merger, sale, closure, leasing assignment, divestiture, or other transfer of ownership and/or management of its operation in whole or in part, the Employer shall comply with the following:

A.     <u>Notification</u>
       The Employer shall notify the Union in writing at least sixty (60) days prior to taking any action described in the preceding paragraph, except for hospital closure for which one hundred twenty (120) days advance notice is required.

B.     <u>Successor</u>
       Prior to the sale or transfer, Enloe shall inform the new owner and/or employer or entity of the existence of this Agreement and of its terms and conditions, and, in the event that the new owner, employer or entity  retains a majority of the bargaining unit employees, of its obligation to recognize the Union as the collective bargaining representative. The parties agree that compliance with this Article shall constitute full satisfaction of any and all obligations to bargain regarding such sale or transfer, and Enloe Medical Center shall have no further obligation to the Union with respect to a sale or transfer of control of the Employer.

C.    **Conditions and Liabilities**
    Prior to taking any action described in this provision, Enloe Medical Center shall
    be liable for all the compensation and payment due and owing to the employees
    or the Union.

## ARTICLE 35    COPE CHECK OFF

A.    The employer hereby agrees to honor contribution deduction authorizations to
    the SEIU-UHW Committee on Political Education from its Employees who are
    Union members on a form provided by the union.

B.    The union will hold the Employer harmless against any claim which may be
    made by any person by reason of the COPE deductions described herein,
    including the cost of defending such claim. The Union will have no monetary
    claim against the Employer by reason of failure to perform under this Article.

## ARTICLE 36    SKILLS VALIDATION PAY

All employees are expected to welcome and assist new employees by demonstrating
Enloe's Core Values, showing new employees where supplies are located or how to
perform routine procedures that all members of the department must know.

However, employees, excluding Leads, who are assigned responsibility by their
leadership to complete instruction and training with an individual employee, newly
hired or transferred into the department and for a specified period of time, for the
purpose of validating and documenting required competencies included in the
Orientation Competency Assessment Tool (OCAT) shall receive $1.00 per hour for
doing so. This will be based on the new employee's experience and skills and level of
training required for the position to be determined by the department leadership.

## ARTICLE 37    MINIMUM TERMS

All wage rates, benefits and other economic provisions of this Agreement establish
minimums, and nothing herein shall be deemed or construed to limit the Employer's
right to increase wage rates, benefits, premiums and differentials, and to pay other extra
compensation at the Employer's discretion in excess of those provided by this
Agreement. Accordingly, it is understood that any such increases shall be over and
above the economic package negotiated in this Agreement. Before taking any such
action, the Employer shall notify the Union and, upon request, shall meet and bargain
over the proposed change.

## ARTICLE 38     COMPLETE AGREEMENT

The parties agree that this Agreement is intended to constitute the entire contract between them governing wages, hours and conditions of employment of bargaining unit Employees during the term hereof, and settles all demands and issues on all matters subject to collective bargaining that were raised, or could have been raised, during the negotiations that resulted in the execution of this Agreement. Notwithstanding the foregoing, the parties understand that issues may arise from time to time during the term of this Agreement that may not have been covered by this Agreement that one party or the other desires to discuss. It is agreed therefore, that during the term of this Agreement, either party may raise such issue(s) and the other agrees to meet and bargain with respect to such issue(s) in an attempt to try to reach a mutual resolution of such issue(s). Should the parties fail to reach agreement on any such issue, then by mutual agreement, the matter may be submitted to mediation, and if not resolved in that manner, the parties may, also by mutual agreement, proceed to arbitration.

## ARTICLE 39    TERM OF AGREEMENT

This Agreement shall be effective as of July 1, 2015, and shall remain in effect until June 30, 2018. July 1 shall be the anniversary date of this Agreement. Beginning on July 1, 2018, this Agreement shall automatically be renewed for one (1) year on each anniversary date thereafter unless it is terminated in accordance with the procedure hereafter set forth. This Agreement may be terminated as of June 30, 2018, or any anniversary date thereafter by written notice of the Employer or the Union to the other, delivered at least ninety (90) days before June 30, 2018, or any anniversary date thereafter.

IN WITNESS WHEREOF, the duly authorized undersigned parties have hereunto fixed

their signatures this_____ day of_____ 20_____.

**For the Employer:**                    **For the Union:**

**ENLOE MEDICAL CENTER**         **SEIU UNITED HEALTHCARE WORKERS-WEST**


Michael Wiltermood                  Dave Regan
Chief Executive Officer              President


Shirley Hansen                       Stan Lyles
Senior Director, Nursing Operations  Vice President


Linda Irvine                         Myriam Escamilla
Director of Human Resources          Hospital Division Bargaining &
                                     Employer Relations Director


Carol Linscheid                      Nancy Barrett
Vice President, Human Resources      Chief Negotiator
                                     Hospital Division

62

Kevin Woodward
Director, Finance

Alfred Jones III
Bargaining Committee Member

Jolene Keillor
Bargaining Committee Member

Hilmar Lassotta
Bargaining Committee Member

Sara Martine
Bargaining Committee Member

Beverly McDonald
Bargaining Committee Member

Daniel Perez Reyez
Bargaining Committee Member

David Sepulveda
Bargaining Committee Member

63

## ADDITIONAL SIGNATURES

For the Union:

SEIU UNITED HEALTHCARE WORKERS-WEST

_____

Henrietta Jayne Wilson
Bargaining Committee Member

# APPENDIX A
## Wage Scale Effective Beginning
## July 5, 2015

| Job Title | Start | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | 20 Year Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anesthesia Tech | $18.65 | $19.11 | $19.58 | $20.06 | $20.56 | $21.07 | $21.60 | $22.15 | $22.69 | $23.26 | $23.83 | $24.43 |
| Back Office Assistant | $14.27 | $14.64 | $15.00 | $15.36 | $15.77 | $16.16 | $16.55 | $16.97 | $17.39 | $17.82 | $18.26 | $18.72 |
| Back Office Tech | $16.20 | $16.60 | $17.01 | $17.44 | $17.87 | $18.31 | $18.78 | $19.25 | $19.73 | $20.25 | $20.76 | $21.28 |
| Billing Specialist | $16.93 | $17.33 | $17.78 | $18.23 | $18.69 | $19.16 | $19.64 | $20.12 | $20.61 | $21.12 | $21.68 | $22.22 |
| Cardiovascular Technologist | $19.89 | $20.37 | $20.88 | $21.40 | $21.93 | $22.48 | $23.06 | $23.62 | $24.21 | $24.81 | $25.45 | $26.09 |
| Case Management Assistant | $16.56 | $16.98 | $17.40 | $17.83 | $18.27 | $18.73 | $19.20 | $19.69 | $20.20 | $20.73 | $21.23 | $21.76 |
| Certified Tumor Registrar | $20.70 | $21.21 | $21.75 | $22.29 | $22.84 | $23.41 | $24.01 | $24.59 | $25.21 | $25.84 | $26.49 | $27.15 |
| Chart Analyst I | $15.59 | $15.97 | $16.37 | $16.78 | $17.22 | $17.64 | $18.08 | $18.53 | $18.99 | $19.46 | $19.95 | $20.45 |
| Chart Analyst II-Data Entry | $15.88 | $16.29 | $16.71 | $17.13 | $17.55 | $17.99 | $18.44 | $18.90 | $19.38 | $19.86 | $20.35 | $20.86 |
| Chart Analyst III-MR Completion | $16.68 | $17.08 | $17.52 | $17.96 | $18.41 | $18.87 | $19.35 | $19.83 | $20.32 | $20.83 | $21.35 | $21.88 |
| Chart Analyst III-ROI | $16.68 | $17.08 | $17.52 | $17.96 | $18.41 | $18.87 | $19.35 | $19.83 | $20.32 | $20.83 | $21.35 | $21.88 |
| Chart Analyst II-Transcription | $15.88 | $16.29 | $16.71 | $17.13 | $17.55 | $17.99 | $18.44 | $18.90 | $19.38 | $19.86 | $20.35 | $20.86 |
| Clerk/Technician | $15.14 | $15.53 | $15.92 | $16.31 | $16.73 | $17.15 | $17.57 | $18.01 | $18.46 | $18.92 | $19.40 | $19.89 |
| Clinic Phlebotomist | $17.01 | $17.44 | $17.87 | $18.31 | $18.78 | $19.25 | $19.73 | $20.25 | $20.76 | $21.29 | $21.80 | $22.35 |
| Clinic Technician I | $15.14 | $15.53 | $15.92 | $16.31 | $16.73 | $17.15 | $17.57 | $18.01 | $18.46 | $18.92 | $19.40 | $19.89 |
| Clinic Technician II | $16.20 | $16.60 | $17.01 | $17.44 | $17.87 | $18.31 | $18.78 | $19.25 | $19.73 | $20.25 | $20.76 | $21.28 |
| CNA | $15.14 | $15.53 | $15.92 | $16.31 | $16.73 | $17.15 | $17.57 | $18.01 | $18.46 | $18.92 | $19.40 | $19.89 |
| CNA-HHA | $14.45 | $14.81 | $15.19 | $15.55 | $15.94 | $16.34 | $16.75 | $17.17 | $17.59 | $18.03 | $18.48 | $18.94 |
| Customer Svc Rep/ Equip Tech | $15.81 | $16.21 | $16.61 | $17.02 | $17.45 | $17.88 | $18.33 | $18.79 | $19.25 | $19.75 | $20.26 | $20.77 |
| Department Clerk | $14.27 | $14.64 | $15.00 | $15.36 | $15.77 | $16.16 | $16.55 | $16.97 | $17.39 | $17.82 | $18.26 | $18.72 |
| Distribution Clk (Driver) | $15.80 | $16.20 | $16.60 | $17.01 | $17.44 | $17.87 | $18.31 | $18.78 | $19.25 | $19.73 | $20.25 | $20.76 |
| Distribution Clk (Non-Driver) | $15.80 | $16.20 | $16.60 | $17.01 | $17.44 | $17.87 | $18.31 | $18.78 | $19.25 | $19.73 | $20.25 | $20.76 |
| ED Tech | $16.20 | $16.60 | $17.01 | $17.44 | $17.87 | $18.31 | $18.78 | $19.25 | $19.73 | $20.25 | $20.76 | $21.28 |
| ED Triage Tech | $20.25 | $20.76 | $21.29 | $21.80 | $22.34 | $22.89 | $23.48 | $24.07 | $24.67 | $25.28 | $25.93 | $26.58 |
| EMS Comm Specialist I | $17.38 | $17.80 | $18.25 | $18.71 | $19.18 | $19.67 | $20.17 | $20.70 | $21.21 | $21.75 | $22.29 | $22.85 |
| EMS Comm Specialist II | $18.25 | $18.71 | $19.18 | $19.67 | $20.17 | $20.70 | $21.21 | $21.75 | $22.29 | $22.84 | $23.41 | $24.00 |
| EMS Support Clerk | $15.92 | $16.31 | $16.73 | $17.15 | $17.57 | $18.01 | $18.46 | $18.92 | $19.40 | $19.89 | $20.37 | $20.88 |
| GI Technician | $21.78 | $22.32 | $22.87 | $23.45 | $24.04 | $24.65 | $25.26 | $25.91 | $26.53 | $27.21 | $27.88 | $28.58 |
| Guest Services Representative | $12.63 | $12.94 | $13.28 | $13.60 | $13.93 | $14.28 | $14.65 | $15.01 | $15.37 | $15.78 | $16.17 | $16.57 |
| Lab Assistant I | $17.01 | $17.44 | $17.87 | $18.31 | $18.78 | $19.25 | $19.73 | $20.25 | $20.76 | $21.29 | $21.80 | $22.35 |
| Lab Assistant II | $18.38 | $18.84 | $19.32 | $19.80 | $20.30 | $20.81 | $21.33 | $21.86 | $22.39 | $22.96 | $23.54 | $24.13 |
| Lab Assistant III | $19.29 | $19.78 | $20.29 | $20.80 | $21.32 | $21.85 | $22.38 | $22.94 | $23.53 | $24.10 | $24.70 | $25.32 |
| Lead Anesthesia Tech | $20.52 | $21.03 | $21.55 | $22.07 | $22.63 | $23.20 | $23.78 | $24.37 | $24.99 | $25.60 | $26.24 | $26.90 |

65

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lead Chart Analyst III-ROI | $18.38 | $18.84 | $19.32 | $19.80 | $20.30 | $20.81 | $21.33 | $21.86 | $22.39 | $22.96 | $23.54 | $24.13 |
| Lead Distribution Clerk | $17.38 | $17.80 | $18.25 | $18.71 | $19.18 | $19.67 | $20.17 | $20.70 | $21.21 | $21.75 | $22.29 | $22.85 |
| Lead Distribution Clerk-C.S. | $17.38 | $17.80 | $18.25 | $18.71 | $19.18 | $19.67 | $20.17 | $20.70 | $21.21 | $21.75 | $22.29 | $22.85 |
| Lead EMS Comm Specialist | $20.08 | $20.58 | $21.10 | $21.64 | $22.19 | $22.77 | $23.33 | $23.93 | $24.52 | $25.12 | $25.75 | $26.40 |
| Lead Lab Assistant | $21.23 | $21.76 | $22.82 | $23.39 | $23.98 | $24.58 | $25.19 | $25.83 | $26.47 | $27.14 | $27.81 | $28.51 |
| Lead Sterile Processing Tech | $18.14 | $18.59 | $19.05 | $19.52 | $20.00 | $20.50 | $21.02 | $21.54 | $22.06 | $22.62 | $23.19 | $23.77 |
| Lead Transcriptionist | $21.88 | $22.42 | $22.99 | $23.56 | $24.15 | $24.75 | $25.38 | $26.01 | $26.66 | $27.34 | $28.01 | $28.71 |
| Liaison | $14.10 | $14.45 | $14.81 | $15.20 | $15.57 | $15.95 | $16.35 | $16.76 | $17.19 | $17.62 | $18.05 | $18.50 |
| Lift Technician | $15.14 | $15.53 | $15.92 | $16.31 | $16.73 | $17.15 | $17.57 | $18.01 | $18.46 | $18.92 | $19.40 | $19.89 |
| Med Asst/Lab Asst I | $17.38 | $17.80 | $18.25 | $18.71 | $19.18 | $19.67 | $20.17 | $20.70 | $21.21 | $21.75 | $22.29 | $22.85 |
| Med Office Transcriptionist | $16.20 | $16.60 | $17.01 | $17.44 | $17.87 | $18.31 | $18.78 | $19.25 | $19.73 | $20.25 | $20.76 | $21.28 |
| Medical Assistant | $17.38 | $17.80 | $18.25 | $18.71 | $19.18 | $19.67 | $20.17 | $20.70 | $21.21 | $21.75 | $22.29 | $22.85 |
| Medical Assistant-Clinic | $15.14 | $15.53 | $15.92 | $16.31 | $16.73 | $17.15 | $17.57 | $18.01 | $18.46 | $18.92 | $19.40 | $19.89 |
| Medical Office Receptionist | $13.40 | $13.77 | $14.10 | $14.45 | $14.81 | $15.19 | $15.55 | $15.94 | $16.34 | $16.75 | $17.18 | $17.61 |
| Medical Records Clerk | $11.84 | $12.14 | $12.43 | $12.75 | $13.06 | $13.38 | $13.74 | $14.08 | $14.42 | $14.79 | $15.14 | $15.52 |
| Mental Health Worker | $15.14 | $15.53 | $15.92 | $16.31 | $16.73 | $17.15 | $17.57 | $18.01 | $18.46 | $18.92 | $19.40 | $19.89 |
| Mental Health Worker/CNA | $15.14 | $15.53 | $15.92 | $16.31 | $16.73 | $17.15 | $17.57 | $18.01 | $18.46 | $18.92 | $19.40 | $19.89 |
| Monitor Tech | $16.68 | $17.08 | $17.52 | $17.96 | $18.41 | $18.87 | $19.35 | $19.83 | $20.32 | $20.83 | $21.35 | $21.86 |
| Monitor Tech/CNA | $16.68 | $17.08 | $17.52 | $17.96 | $18.41 | $18.87 | $19.35 | $19.83 | $20.32 | $20.83 | $21.35 | $21.86 |
| Monitor Tech/Nurse Assistant | $16.68 | $17.08 | $17.52 | $17.96 | $18.41 | $18.87 | $19.35 | $19.83 | $20.32 | $20.83 | $21.35 | $21.88 |
| Nurse Assistant | $15.14 | $15.53 | $15.92 | $16.31 | $16.73 | $17.15 | $17.57 | $18.01 | $18.46 | $18.92 | $19.40 | $19.89 |
| Ortho Tech I | $16.20 | $16.60 | $17.01 | $17.44 | $17.87 | $18.31 | $18.78 | $19.25 | $19.73 | $20.25 | $20.76 | $21.28 |
| Ortho Tech II | $23.50 | $24.08 | $24.68 | $25.30 | $25.94 | $26.57 | $27.24 | $27.92 | $28.62 | $29.34 | $30.06 | $30.81 |
| Patient Monitor | $11.84 | $12.14 | $12.43 | $12.75 | $13.06 | $13.38 | $13.74 | $14.08 | $14.42 | $14.79 | $15.14 | $15.52 |
| Patient Supp Clk-Inpatient Rhb | $15.37 | $15.78 | $16.17 | $16.56 | $16.98 | $17.40 | $17.83 | $18.27 | $18.73 | $19.20 | $19.69 | $20.18 |
| Patient Support Clerk | $15.37 | $15.78 | $16.17 | $16.56 | $16.98 | $17.40 | $17.83 | $18.27 | $18.73 | $19.20 | $19.69 | $20.18 |
| Perinatal Clerk | $15.64 | $16.04 | $16.44 | $16.84 | $17.27 | $17.71 | $18.15 | $18.60 | $19.07 | $19.53 | $20.01 | $20.51 |
| Perinatal Tech | $17.38 | $17.80 | $18.25 | $18.71 | $19.18 | $19.67 | $20.17 | $20.70 | $21.21 | $21.75 | $22.29 | $22.85 |
| Pharmacy Tech | $20.25 | $20.76 | $21.29 | $21.80 | $22.34 | $22.89 | $23.48 | $24.07 | $24.67 | $25.28 | $25.93 | $26.58 |
| Pharmacy Tech-Buyer | $22.29 | $22.84 | $23.41 | $24.01 | $24.59 | $25.21 | $25.84 | $26.49 | $27.16 | $27.84 | $28.54 | $29.25 |
| Pharmacy Tech-Cancer Center | $21.76 | $22.30 | $22.85 | $23.43 | $24.02 | $24.61 | $25.23 | $25.86 | $26.50 | $27.17 | $27.85 | $28.55 |
| Pharmacy Tech-IV Room | $20.25 | $20.76 | $21.29 | $21.80 | $22.34 | $22.89 | $23.48 | $24.07 | $24.67 | $25.28 | $25.93 | $26.58 |
| Pharmacy Tech-Medication Reconciliation | $20.25 | $20.76 | $21.29 | $21.80 | $22.34 | $22.89 | $23.48 | $24.07 | $24.67 | $25.28 | $25.93 | $26.58 |
| Pharmacy Tech-Medication Safety | $21.76 | $22.30 | $22.85 | $23.43 | $24.02 | $24.61 | $25.23 | $25.86 | $26.50 | $27.17 | $27.85 | $28.55 |
| Printing Courier | $14.27 | $14.64 | $15.00 | $15.36 | $15.77 | $16.16 | $16.55 | $16.97 | $17.39 | $17.82 | $18.26 | $18.72 |
| Rehab Aide | $15.14 | $15.53 | $15.92 | $16.31 | $16.73 | $17.15 | $17.57 | $18.01 | $18.46 | $18.92 | $19.40 | $19.89 |
| Resource Lab Assistant | $20.25 | $20.76 | $21.29 | $21.80 | $22.34 | $22.89 | $23.48 | $24.07 | $24.67 | $25.28 | $25.93 | $26.58 |
| RT Equipment Tech | $13.40 | $13.77 | $14.10 | $14.45 | $14.81 | $15.19 | $15.55 | $15.94 | $16.34 | $16.75 | $17.18 | $17.61 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduler | $16.61 | $17.02 | $17.45 | $17.88 | $18.33 | $18.79 | $19.26 | $19.75 | $20.26 | $20.78 | $21.30 | $21.83 |
| Scheduler/ Equipment Tech | $16.61 | $17.02 | $17.45 | $17.88 | $18.33 | $18.79 | $19.26 | $19.75 | $20.26 | $20.78 | $21.30 | $21.83 |
| SPD Decontamination Tech | $15.70 | $16.09 | $16.48 | $16.90 | $17.31 | $17.75 | $18.21 | $18.67 | $19.13 | $19.61 | $20.09 | $20.59 |
| Sterile Processing Tech I | $15.70 | $16.09 | $16.48 | $16.90 | $17.31 | $17.75 | $18.21 | $18.67 | $19.13 | $19.61 | $20.09 | $20.59 |
| Sterile Processing Tech II | $16.48 | $16.90 | $17.31 | $17.75 | $18.21 | $18.67 | $19.13 | $19.61 | $20.09 | $20.58 | $21.09 | $21.62 |
| Surgical Supply Technician | $20.70 | $21.21 | $21.75 | $22.29 | $22.84 | $23.41 | $24.01 | $24.59 | $25.21 | $25.84 | $26.49 | $27.15 |
| Switchboard Operator | $15.12 | $15.51 | $15.88 | $16.29 | $16.71 | $17.13 | $17.55 | $17.99 | $18.44 | $18.90 | $19.38 | $19.86 |
| Technologist Assistant | $16.68 | $17.08 | $17.52 | $17.96 | $18.41 | $18.87 | $19.35 | $19.83 | $20.32 | $20.83 | $21.35 | $21.88 |
| Transcriptionist I | $18.51 | $18.97 | $19.44 | $19.93 | $20.42 | $20.92 | $21.44 | $21.98 | $22.53 | $23.10 | $23.68 | $24.27 |
| Transcriptionist II | $19.90 | $20.39 | $20.89 | $21.41 | $21.94 | $22.50 | $23.07 | $23.63 | $24.22 | $24.82 | $25.46 | $26.10 |
| Unit Secretary | $15.64 | $16.04 | $16.44 | $16.84 | $17.27 | $17.71 | $18.15 | $18.60 | $19.07 | $19.53 | $20.01 | $20.55 |
| Unit Secretary (Tech) | $15.64 | $16.04 | $16.44 | $16.84 | $17.27 | $17.71 | $18.15 | $18.60 | $19.07 | $19.53 | $20.01 | $20.55 |
| Unit Secretary/CNA | $15.64 | $16.04 | $16.44 | $16.84 | $17.27 | $17.71 | $18.15 | $18.60 | $19.07 | $19.53 | $20.01 | $20.55 |
| Unit Secretary/Mental Health Worker | $15.64 | $16.04 | $16.44 | $16.84 | $17.27 | $17.71 | $18.15 | $18.60 | $19.07 | $19.53 | $20.01 | $20.55 |
| Unit Secretary/Nurse Asst | $16.20 | $16.60 | $17.01 | $17.44 | $17.87 | $18.31 | $18.78 | $19.25 | $19.73 | $20.25 | $20.76 | $21.28 |
| Unit Secretary-Emergency | $16.20 | $16.60 | $17.01 | $17.44 | $17.87 | $18.31 | $18.78 | $19.25 | $19.73 | $20.25 | $20.76 | $21.28 |
| Van Driver | $14.27 | $14.64 | $15.00 | $15.36 | $15.77 | $16.16 | $16.55 | $16.97 | $17.39 | $17.82 | $18.26 | $18.72 |
| Warehouse Technician | $14.27 | $14.64 | $15.00 | $15.36 | $15.77 | $16.16 | $16.55 | $16.97 | $17.39 | $17.82 | $18.26 | $18.72 |

# APPENDIX B
## Wage Scale Effective Beginning
### July 3, 2016

| Job Title | Start | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | 20 Year Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anesthesia Tech | $19.12 | $19.59 | $20.07 | $20.56 | $21.07 | $21.60 | $22.14 | $22.70 | $23.26 | $23.84 | $24.43 | $25.04 |
| Back Office Assistant | $14.63 | $15.01 | $15.38 | $15.74 | $16.16 | $16.56 | $16.96 | $17.39 | $17.82 | $18.27 | $18.72 | $19.19 |
| Back Office Tech | $16.61 | $17.02 | $17.44 | $17.88 | $18.32 | $18.77 | $19.25 | $19.73 | $20.22 | $20.76 | $21.28 | $21.81 |
| Billing Specialist | $17.35 | $17.76 | $18.22 | $18.69 | $19.16 | $19.64 | $20.13 | $20.62 | $21.13 | $21.65 | $22.22 | $22.78 |
| Cardiovascular Technologist | $20.39 | $20.88 | $21.40 | $21.94 | $22.48 | $23.04 | $23.64 | $24.21 | $24.82 | $25.43 | $26.09 | $26.74 |
| Case Management Assistant | $16.97 | $17.40 | $17.84 | $18.28 | $18.73 | $19.20 | $19.68 | $20.18 | $20.71 | $21.25 | $21.76 | $22.30 |
| Certified Tumor Registrar | $21.22 | $21.74 | $22.29 | $22.85 | $23.41 | $24.00 | $24.61 | $25.20 | $25.84 | $26.49 | $27.15 | $27.83 |
| Chart Analyst I | $15.98 | $16.37 | $16.78 | $17.20 | $17.65 | $18.08 | $18.53 | $18.99 | $19.46 | $19.95 | $20.45 | $20.96 |
| Chart Analyst II-Data Entry | $16.28 | $16.70 | $17.13 | $17.56 | $17.99 | $18.44 | $18.90 | $19.37 | $19.86 | $20.36 | $20.86 | $21.38 |
| Chart Analyst III-MR Completion | $17.10 | $17.51 | $17.96 | $18.41 | $18.87 | $19.34 | $19.83 | $20.33 | $20.83 | $21.35 | $21.88 | $22.43 |
| Chart Analyst III-ROI | $17.10 | $17.51 | $17.96 | $18.41 | $18.87 | $19.34 | $19.83 | $20.33 | $20.83 | $21.35 | $21.88 | $22.43 |
| Chart Analyst II-Transcription | $16.28 | $16.70 | $17.13 | $17.56 | $17.99 | $18.44 | $18.90 | $19.37 | $19.86 | $20.36 | $20.86 | $21.38 |
| Clerk/Technician | $15.52 | $15.92 | $16.32 | $16.72 | $17.15 | $17.58 | $18.01 | $18.46 | $18.92 | $19.39 | $19.89 | $20.39 |
| Clinic Phlebotomist | $17.44 | $17.88 | $18.32 | $18.77 | $19.25 | $19.73 | $20.22 | $20.76 | $21.28 | $21.82 | $22.35 | $22.91 |
| Clinic Technician I | $15.52 | $15.92 | $16.32 | $16.72 | $17.15 | $17.58 | $18.01 | $18.46 | $18.92 | $19.39 | $19.89 | $20.39 |
| Clinic Technician II | $16.61 | $17.02 | $17.44 | $17.88 | $18.32 | $18.77 | $19.25 | $19.73 | $20.22 | $20.76 | $21.28 | $21.81 |
| CNA | $15.52 | $15.92 | $16.32 | $16.72 | $17.15 | $17.58 | $18.01 | $18.46 | $18.92 | $19.39 | $19.89 | $20.39 |
| CNA-HHA | $14.81 | $15.18 | $15.57 | $15.94 | $16.34 | $16.75 | $17.17 | $17.60 | $18.03 | $18.48 | $18.94 | $19.41 |
| Customer Svc Rep/Equip Tech | $16.21 | $16.62 | $17.03 | $17.45 | $17.89 | $18.33 | $18.79 | $19.26 | $19.74 | $20.24 | $20.77 | $21.29 |
| Department Clerk | $14.63 | $15.01 | $15.38 | $15.74 | $16.16 | $16.56 | $16.96 | $17.39 | $17.82 | $18.27 | $18.72 | $19.19 |
| Distribution Clk (Driver) | $16.20 | $16.61 | $17.02 | $17.44 | $17.88 | $18.32 | $18.77 | $19.25 | $19.73 | $20.22 | $20.76 | $21.28 |
| Distribution Clk (Non-Driver) | $16.20 | $16.61 | $17.02 | $17.44 | $17.88 | $18.32 | $18.77 | $19.25 | $19.73 | $20.22 | $20.76 | $21.28 |
| ED Tech | $16.61 | $17.02 | $17.44 | $17.88 | $18.32 | $18.77 | $19.25 | $19.73 | $20.22 | $20.76 | $21.28 | $21.81 |
| ED Triage Tech | $20.76 | $21.28 | $21.82 | $22.35 | $22.90 | $23.46 | $24.07 | $24.67 | $25.29 | $25.91 | $26.58 | $27.24 |
| EMS Comm Specialist I | $17.81 | $18.25 | $18.71 | $19.18 | $19.66 | $20.16 | $20.67 | $21.22 | $21.74 | $22.29 | $22.85 | $23.29 |
| EMS Comm Specialist II | $18.71 | $19.18 | $19.66 | $20.16 | $20.67 | $21.22 | $21.74 | $22.29 | $22.85 | $23.41 | $24.00 | $24.60 |
| EMS Support Clerk | $16.32 | $16.72 | $17.15 | $17.58 | $18.01 | $18.46 | $18.92 | $19.39 | $19.89 | $20.39 | $20.88 | $21.40 |
| GI Technician | $22.32 | $22.88 | $23.44 | $24.04 | $24.64 | $25.27 | $25.89 | $26.56 | $27.19 | $27.89 | $28.58 | $29.29 |
| Guest Services Representative | $12.95 | $13.26 | $13.61 | $13.94 | $14.28 | $14.64 | $15.02 | $15.35 | $15.75 | $16.17 | $16.57 | $16.98 |
| Lab Assistant I | $17.44 | $17.88 | $18.32 | $18.77 | $19.25 | $19.73 | $20.22 | $20.76 | $21.28 | $21.82 | $22.35 | $22.91 |
| Lab Assistant II | $18.84 | $19.31 | $19.80 | $20.30 | $20.81 | $21.33 | $21.86 | $22.41 | $22.95 | $23.53 | $24.13 | $24.73 |
| Lab Assistant III | $19.77 | $20.27 | $20.80 | $21.32 | $21.85 | $22.40 | $22.94 | $23.51 | $24.12 | $24.70 | $25.32 | $25.95 |
| Lead Anesthesia Tech | $21.03 | $21.56 | $22.09 | $22.62 | $23.20 | $23.78 | $24.37 | $24.98 | $25.61 | $26.24 | $26.90 | $27.57 |

| Classification | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lead Chart Analyst III-ROI | $18.84 | $19.31 | $19.80 | $20.30 | $20.81 | $21.33 | $21.86 | $22.41 | $22.95 | $23.53 | $24.13 | $24.73 |
| Lead Distribution Clerk | $17.81 | $18.25 | $18.71 | $19.18 | $19.66 | $20.16 | $20.67 | $21.22 | $21.74 | $22.29 | $22.85 | $23.42 |
| Lead Distribution Clerk-C.S. | $17.81 | $18.25 | $18.71 | $19.18 | $19.66 | $20.16 | $20.67 | $21.22 | $21.74 | $22.29 | $22.85 | $23.42 |
| Lead EMS Comm Specialist | $20.58 | $21.09 | $21.63 | $22.18 | $22.74 | $23.34 | $23.91 | $24.53 | $25.13 | $25.75 | $26.39 | $27.06 |
| Lead Lab Assistant | $21.76 | $22.30 | $23.39 | $23.97 | $24.58 | $25.19 | $25.82 | $26.48 | $27.13 | $27.82 | $28.51 | $29.22 |
| Lead Sterile Processing Tech | $18.59 | $19.05 | $19.53 | $20.01 | $20.50 | $21.01 | $21.55 | $22.08 | $22.61 | $23.19 | $23.77 | $24.36 |
| Lead Transcriptionist | $22.43 | $22.98 | $23.56 | $24.15 | $24.75 | $25.37 | $26.01 | $26.66 | $27.33 | $28.02 | $28.71 | $29.41 |
| Liaison | $14.45 | $14.81 | $15.18 | $15.58 | $15.96 | $16.35 | $16.76 | $17.18 | $17.62 | $18.06 | $18.50 | $18.96 |
| Lift Technician | $15.52 | $15.92 | $16.32 | $16.72 | $17.15 | $17.58 | $18.01 | $18.46 | $18.92 | $19.39 | $19.89 | $20.39 |
| Med Asst/Lab Asst I | $17.81 | $18.25 | $18.71 | $19.18 | $19.66 | $20.16 | $20.67 | $21.22 | $21.74 | $22.29 | $22.85 | $23.42 |
| Med Office Transcriptionist | $16.61 | $17.02 | $17.44 | $17.88 | $18.32 | $18.77 | $19.25 | $19.73 | $20.22 | $20.76 | $21.28 | $21.81 |
| Medical Assistant | $17.81 | $18.25 | $18.71 | $18.71 | $19.66 | $20.16 | $18.01 | $18.46 | $18.92 | $19.39 | $19.89 | $23.42 |
| Medical Assistant-Clinic | $15.52 | $15.92 | $16.32 | $16.72 | $17.15 | $17.58 | $15.94 | $16.34 | $16.75 | $17.17 | $17.61 | $20.39 |
| Medical Office Receptionist | $13.74 | $14.11 | $14.45 | $14.81 | $15.18 | $15.57 | $14.08 | $14.43 | $14.78 | $15.16 | $15.52 | $18.05 |
| Medical Records Clerk | $12.14 | $12.44 | $12.74 | $13.07 | $13.39 | $13.71 | $14.08 | $14.43 | $14.78 | $15.16 | $15.52 | $15.91 |
| Mental Health Worker | $15.52 | $15.92 | $16.32 | $16.72 | $17.15 | $17.58 | $18.01 | $18.46 | $18.92 | $19.39 | $19.89 | $20.39 |
| Mental Health Worker/CNA | $15.52 | $15.92 | $16.32 | $16.72 | $17.15 | $17.58 | $18.01 | $18.46 | $18.92 | $19.39 | $19.89 | $20.39 |
| Monitor Tech | $17.10 | $17.51 | $17.96 | $18.41 | $18.87 | $19.34 | $19.83 | $20.33 | $20.83 | $21.35 | $21.88 | $22.43 |
| Monitor Tech/CNA | $17.10 | $17.51 | $17.96 | $18.41 | $18.87 | $19.34 | $19.83 | $20.33 | $20.83 | $21.35 | $21.88 | $22.43 |
| Monitor Tech/Nurse Assistant | $15.52 | $15.92 | $16.32 | $16.72 | $17.15 | $17.58 | $18.01 | $18.46 | $18.92 | $19.39 | $19.89 | $20.39 |
| Nurse Assistant | $16.61 | $17.02 | $17.44 | $17.88 | $18.32 | $18.77 | $19.25 | $19.73 | $20.22 | $20.76 | $21.28 | $21.87 |
| Ortho Tech I | $24.09 | $24.68 | $25.30 | $25.93 | $26.59 | $27.23 | $27.92 | $28.62 | $29.34 | $30.07 | $30.81 | $31.58 |
| Ortho Tech II | $12.14 | $12.44 | $12.74 | $13.07 | $13.39 | $13.71 | $14.08 | $14.43 | $14.78 | $15.16 | $15.52 | $15.91 |
| Patient Monitor | $15.75 | $16.17 | $16.57 | $16.97 | $17.40 | $17.84 | $18.28 | $18.73 | $19.20 | $19.68 | $20.18 | $20.68 |
| Patient Supp Clk-Inpatient Rhb | $15.75 | $16.17 | $16.57 | $16.97 | $17.40 | $17.84 | $18.28 | $18.73 | $19.20 | $19.68 | $20.18 | $20.68 |
| Patient Support Clerk | $16.03 | $16.44 | $16.85 | $17.26 | $17.70 | $18.15 | $18.60 | $19.07 | $19.55 | $20.02 | $20.51 | $21.02 |
| Perinatal Clerk | $17.81 | $18.25 | $18.71 | $19.18 | $19.66 | $20.16 | $20.67 | $21.22 | $21.74 | $22.29 | $22.85 | $23.42 |
| Perinatal Tech | $20.76 | $21.28 | $21.82 | $22.35 | $22.90 | $23.46 | $24.07 | $24.67 | $25.29 | $25.91 | $26.58 | $27.24 |
| Pharmacy Tech | $20.76 | $21.28 | $21.82 | $22.35 | $22.90 | $23.46 | $24.07 | $24.67 | $25.29 | $25.91 | $26.58 | $27.24 |
| Pharmacy Tech-Buyer | $22.85 | $23.41 | $24.00 | $24.61 | $25.20 | $25.84 | $26.49 | $27.15 | $27.84 | $28.54 | $29.25 | $29.98 |
| Pharmacy Tech-Cancer Center | $22.30 | $22.86 | $23.42 | $24.02 | $24.62 | $25.23 | $25.86 | $26.51 | $27.16 | $27.85 | $28.55 | $29.26 |
| Pharmacy Tech-IV Room | $20.76 | $21.28 | $21.82 | $22.35 | $22.90 | $23.46 | $24.07 | $24.67 | $25.29 | $25.91 | $26.58 | $27.24 |
| Pharmacy Tech-Medication Reconciliation | $20.76 | $21.28 | $21.82 | $22.35 | $22.90 | $23.46 | $24.07 | $24.67 | $25.29 | $25.91 | $26.58 | $27.24 |
| Pharmacy Tech-Medication Safety | $22.30 | $22.86 | $23.42 | $24.02 | $24.62 | $25.23 | $25.86 | $26.51 | $27.16 | $27.85 | $28.55 | $29.26 |
| Printing Courier | $14.63 | $15.01 | $15.38 | $15.74 | $16.16 | $16.56 | $16.96 | $17.39 | $17.82 | $18.27 | $18.72 | $19.19 |
| Rehab Aide | $15.52 | $15.92 | $16.32 | $16.72 | $17.15 | $17.58 | $18.01 | $18.46 | $18.92 | $19.39 | $19.89 | $19.89 |
| Resource Lab Assistant | $20.76 | $21.28 | $21.82 | $22.35 | $22.90 | $23.46 | $24.07 | $24.67 | $25.29 | $25.91 | $26.58 | $27.24 |
| RT Equipment Tech | $13.74 | $14.11 | $14.45 | $14.81 | $15.18 | $15.57 | $15.94 | $16.34 | $16.75 | $17.17 | $17.61 | $18.05 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduler | $17.03 | $17.45 | $17.89 | $18.33 | $18.79 | $19.26 | $19.74 | $20.24 | $20.77 | $21.30 | $21.83 | $22.38 |
| Scheduler/ Equipment Tech | $17.03 | $17.45 | $17.89 | $18.33 | $18.79 | $19.26 | $19.74 | $20.24 | $20.77 | $21.30 | $21.83 | $22.38 |
| SPD Decontamination Tech | $16.09 | $16.49 | $16.89 | $17.32 | $17.74 | $18.19 | $18.67 | $19.14 | $19.61 | $20.10 | $20.59 | $21.10 |
| Sterile Processing Tech I | $16.09 | $16.49 | $16.89 | $17.32 | $17.74 | $18.19 | $18.67 | $19.14 | $19.61 | $20.10 | $20.59 | $21.10 |
| Sterile Processing Tech II | $16.89 | $17.32 | $17.74 | $18.19 | $18.67 | $19.14 | $19.61 | $20.10 | $20.59 | $21.09 | $21.62 | $22.16 |
| Surgical Supply Technician | $21.22 | $21.74 | $22.29 | $22.85 | $23.41 | $24.00 | $24.61 | $25.20 | $25.84 | $26.49 | $27.15 | $27.83 |
| Switchboard Operator | $15.50 | $15.90 | $16.28 | $16.70 | $17.13 | $17.56 | $17.99 | $18.44 | $18.90 | $19.37 | $19.86 | $20.36 |
| Technologist Assistant | $17.10 | $17.51 | $17.96 | $18.41 | $18.87 | $19.34 | $19.83 | $20.33 | $20.83 | $21.35 | $21.88 | $22.43 |
| Transcriptionist I | $18.97 | $19.44 | $19.93 | $20.43 | $20.93 | $21.44 | $21.98 | $22.53 | $23.09 | $23.68 | $24.27 | $24.88 |
| Transcriptionist II | $20.40 | $20.90 | $21.41 | $21.95 | $22.49 | $23.06 | $23.65 | $24.22 | $24.83 | $25.44 | $26.10 | $26.75 |
| Unit Secretary | $16.03 | $16.44 | $16.85 | $17.26 | $17.70 | $18.15 | $18.60 | $19.07 | $19.55 | $20.02 | $20.51 | $21.02 |
| Unit Secretary (Tech) | $16.03 | $16.44 | $16.85 | $17.26 | $17.70 | $18.15 | $18.60 | $19.07 | $19.55 | $20.02 | $20.51 | $21.02 |
| Unit Secretary/CNA | $16.03 | $16.44 | $16.85 | $17.26 | $17.70 | $18.15 | $18.60 | $19.07 | $19.55 | $20.02 | $20.51 | $21.02 |
| Unit Secretary/Mental Health Worker | $16.03 | $16.44 | $16.85 | $17.26 | $17.70 | $18.15 | $18.60 | $19.07 | $19.55 | $20.02 | $20.51 | $21.02 |
| Unit Secretary/Nurse Asst | $16.03 | $16.44 | $16.85 | $17.26 | $17.70 | $18.15 | $18.60 | $19.07 | $19.55 | $20.02 | $20.51 | $21.02 |
| Unit Secretary-Emergency | $16.61 | $17.02 | $17.44 | $17.88 | $18.32 | $18.77 | $19.25 | $19.73 | $20.22 | $20.76 | $21.28 | $21.81 |
| Van Driver | $14.63 | $15.01 | $15.38 | $15.74 | $16.16 | $16.56 | $16.96 | $17.39 | $17.82 | $18.27 | $18.72 | $19.19 |
| Warehouse Technician | $14.63 | $15.01 | $15.38 | $15.74 | $16.16 | $16.56 | $16.96 | $17.39 | $17.82 | $18.27 | $18.72 | $19.19 |

70

# APPENDIX C
## Wage Scale Effective Beginning
### July 2, 2017

| Job Title | Start | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | 20 Year Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anesthesia Tech | $19.60 | $20.08 | $20.57 | $21.07 | $21.60 | $22.14 | $22.69 | $23.27 | $23.84 | $24.44 | $25.04 | $25.67 |
| Back Office Assistant | $15.00 | $15.39 | $15.76 | $16.13 | $16.56 | $16.97 | $17.38 | $17.82 | $18.27 | $18.73 | $19.19 | $19.67 |
| Back Office Tech | $17.03 | $17.45 | $17.88 | $18.33 | $18.78 | $19.24 | $19.73 | $20.22 | $20.73 | $21.28 | $21.81 | $22.36 |
| Billing Specialist | $17.78 | $18.20 | $18.68 | $19.16 | $19.64 | $20.13 | $20.63 | $21.14 | $21.66 | $22.19 | $22.78 | $23.35 |
| Cardiovascular Technologist | $20.90 | $21.40 | $21.94 | $22.49 | $23.04 | $23.62 | $24.23 | $24.82 | $25.44 | $26.07 | $26.74 | $27.41 |
| Case Management Assistant | $17.39 | $17.84 | $18.29 | $18.74 | $19.20 | $19.68 | $20.17 | $20.68 | $21.23 | $21.78 | $22.30 | $22.86 |
| Certified Tumor Registrar | $21.75 | $22.28 | $22.85 | $23.42 | $24.00 | $24.60 | $25.23 | $25.83 | $26.49 | $27.15 | $27.83 | $28.53 |
| Chart Analyst I | $16.38 | $16.78 | $17.20 | $17.63 | $18.09 | $18.53 | $18.99 | $19.46 | $19.95 | $20.45 | $20.96 | $21.48 |
| Chart Analyst II-Data Entry | $16.69 | $17.12 | $17.56 | $18.00 | $18.44 | $18.90 | $19.37 | $19.85 | $20.36 | $20.87 | $21.38 | $21.91 |
| Chart Analyst III-MR Completion | $17.53 | $17.95 | $18.41 | $18.87 | $19.34 | $19.82 | $20.33 | $20.84 | $21.35 | $21.88 | $22.43 | $22.99 |
| Chart Analyst III-ROI | $17.53 | $17.95 | $18.41 | $18.87 | $19.34 | $19.82 | $20.33 | $20.84 | $21.35 | $21.88 | $22.43 | $22.99 |
| Chart Analyst II-Transcription | $16.69 | $17.12 | $17.56 | $18.00 | $18.44 | $18.90 | $19.37 | $19.85 | $20.36 | $20.87 | $21.38 | $21.91 |
| Clerk/Technician | $15.91 | $16.32 | $16.73 | $17.14 | $17.58 | $18.02 | $18.46 | $18.92 | $19.39 | $19.87 | $20.39 | $20.90 |
| Clinic Phlebotomist | $17.88 | $18.33 | $18.78 | $19.24 | $19.73 | $20.22 | $20.73 | $21.28 | $21.81 | $22.37 | $22.91 | $23.48 |
| Clinic Technician I | $15.91 | $16.32 | $16.73 | $17.14 | $17.58 | $18.02 | $18.46 | $18.92 | $19.39 | $19.87 | $20.39 | $20.90 |
| Clinic Technician II | $17.03 | $17.45 | $17.88 | $18.33 | $18.78 | $19.24 | $19.73 | $20.22 | $20.73 | $21.28 | $21.81 | $22.36 |
| CNA | $15.91 | $16.32 | $16.73 | $17.14 | $17.58 | $18.02 | $18.46 | $18.92 | $19.39 | $19.87 | $20.39 | $20.90 |
| CNA-HHA | $15.18 | $15.56 | $15.96 | $16.34 | $16.75 | $17.17 | $17.60 | $18.04 | $18.48 | $18.94 | $19.41 | $19.90 |
| Customer Svc Rep/ Equip Tech | $16.62 | $17.04 | $17.46 | $17.89 | $18.34 | $18.79 | $19.26 | $19.74 | $20.23 | $20.75 | $21.29 | $21.91 |
| Department Clerk | $15.00 | $15.39 | $15.76 | $16.13 | $16.56 | $16.97 | $17.38 | $17.82 | $18.27 | $18.73 | $19.19 | $19.67 |
| Distribution Clk (Driver) | $16.61 | $17.03 | $17.45 | $17.88 | $18.33 | $18.78 | $19.24 | $19.73 | $20.22 | $20.73 | $21.28 | $21.81 |
| Distribution Clk (Non-Driver) | $16.61 | $17.03 | $17.45 | $17.88 | $18.33 | $18.78 | $19.24 | $19.73 | $20.22 | $20.73 | $21.28 | $21.81 |
| ED Tech | $17.03 | $17.45 | $17.88 | $18.33 | $18.78 | $19.24 | $19.73 | $20.22 | $20.73 | $21.28 | $21.81 | $22.36 |
| ED Triage Tech | $21.28 | $21.81 | $22.37 | $22.91 | $23.47 | $24.05 | $24.67 | $25.29 | $25.92 | $26.56 | $27.24 | $27.92 |
| EMS Comm Specialist I | $18.26 | $18.71 | $19.18 | $19.66 | $20.15 | $20.66 | $21.19 | $21.75 | $22.28 | $22.85 | $23.42 | $24.01 |
| EMS Comm Specialist II | $19.18 | $19.66 | $20.15 | $20.66 | $21.19 | $21.75 | $22.28 | $22.85 | $23.42 | $24.00 | $24.60 | $25.22 |
| EMS Support Clerk | $16.73 | $17.14 | $17.58 | $18.02 | $18.46 | $18.92 | $19.39 | $19.87 | $20.39 | $20.90 | $21.40 | $21.94 |
| GI Technician | $22.88 | $23.45 | $24.03 | $24.64 | $25.26 | $25.90 | $26.54 | $27.22 | $27.87 | $28.59 | $29.29 | $30.02 |
| Guest Services Representative | $13.27 | $13.59 | $13.95 | $14.29 | $14.64 | $15.01 | $15.40 | $15.77 | $16.14 | $16.57 | $16.98 | $17.40 |
| Lab Assistant I | $17.88 | $18.33 | $18.78 | $19.24 | $19.73 | $20.22 | $20.73 | $21.28 | $21.81 | $22.37 | $22.91 | $23.48 |
| Lab Assistant III | $19.31 | $19.79 | $20.30 | $20.81 | $21.33 | $21.86 | $22.41 | $22.97 | $23.52 | $24.12 | $24.73 | $25.35 |
| | $20.26 | $20.78 | $21.32 | $21.85 | $22.40 | $22.96 | $23.51 | $24.10 | $24.72 | $25.32 | $25.95 | $26.60 |
| Lead Anesthesia Tech | $21.56 | $22.10 | $22.64 | $23.19 | $23.78 | $24.37 | $24.98 | $25.60 | $26.25 | $26.90 | $27.57 | $28.26 |

71

| Position | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lead Chart Analyst III-ROI | $19.31 | $19.79 | $20.30 | $20.81 | $21.33 | $21.86 | $22.41 | $22.97 | $23.52 | $24.12 | $24.73 | $25.35 |
| Lead Distribution Clerk | $18.26 | $18.71 | $19.18 | $19.66 | $20.15 | $20.66 | $21.19 | $21.75 | $22.28 | $22.85 | $23.42 | $24.01 |
| Lead Distribution Clerk-C.S. | $18.26 | $18.71 | $19.18 | $19.66 | $20.15 | $20.66 | $21.19 | $21.75 | $22.28 | $22.85 | $23.42 | $24.01 |
| Lead EMS Comm Specialist | $21.09 | $21.62 | $22.17 | $22.73 | $23.31 | $23.92 | $24.51 | $25.14 | $25.76 | $26.39 | $27.05 | $27.74 |
| Lead Lab Assistant | $22.30 | $22.86 | $23.97 | $24.57 | $25.19 | $25.82 | $26.47 | $27.14 | $27.81 | $28.52 | $29.22 | $29.95 |
| Lead Sterile Processing Tech | $19.05 | $19.53 | $20.02 | $20.51 | $21.01 | $21.54 | $22.09 | $22.63 | $23.18 | $23.77 | $24.36 | $24.97 |
| Lead Transcriptionist | $22.99 | $23.55 | $24.15 | $24.75 | $25.37 | $26.00 | $26.66 | $27.33 | $28.01 | $28.72 | $29.43 | $30.11 |
| Liaison | $14.81 | $15.18 | $15.56 | $15.97 | $16.36 | $16.76 | $17.18 | $17.61 | $18.06 | $18.51 | $18.96 | $19.43 |
| Lift Technician | $15.91 | $16.32 | $16.73 | $17.14 | $17.58 | $18.02 | $18.46 | $18.92 | $19.39 | $19.87 | $20.39 | $20.90 |
| Med Asst/Lab Asst I | $18.26 | $18.71 | $19.18 | $19.66 | $20.15 | $20.66 | $21.19 | $21.75 | $22.28 | $22.85 | $23.42 | $24.01 |
| Med Office Transcriptionist | $17.03 | $17.45 | $17.88 | $18.33 | $18.78 | $19.24 | $19.73 | $20.22 | $20.73 | $21.28 | $21.81 | $22.36 |
| Medical Assistant | $18.26 | $18.71 | $19.18 | $19.66 | $20.15 | $20.66 | $21.19 | $21.75 | $22.28 | $22.85 | $23.42 | $24.01 |
| Medical Assistant-Clinic | $15.91 | $16.32 | $16.73 | $17.14 | $17.58 | $18.02 | $18.46 | $18.92 | $19.39 | $19.87 | $20.39 | $20.90 |
| Medical Office Receptionist | $14.08 | $14.46 | $14.81 | $15.18 | $15.56 | $15.96 | $16.34 | $16.75 | $17.17 | $17.60 | $18.05 | $18.50 |
| Medical Records Clerk | $12.44 | $12.75 | $13.06 | $13.40 | $13.72 | $14.05 | $14.43 | $14.79 | $15.15 | $15.54 | $15.91 | $16.31 |
| Mental Health Worker | $15.91 | $16.32 | $16.73 | $17.14 | $17.58 | $18.02 | $18.46 | $18.92 | $19.39 | $19.87 | $20.39 | $20.90 |
| Mental Health Worker/CNA | $15.91 | $16.32 | $16.73 | $17.14 | $17.58 | $18.02 | $18.46 | $18.92 | $19.39 | $19.87 | $20.39 | $20.90 |
| Monitor Tech | $17.53 | $17.95 | $18.41 | $18.87 | $19.34 | $19.82 | $20.33 | $20.84 | $21.35 | $21.88 | $22.43 | $22.99 |
| Monitor Tech/CNA | $17.53 | $17.95 | $18.41 | $18.87 | $19.34 | $19.82 | $20.33 | $20.84 | $21.35 | $21.88 | $22.43 | $22.99 |
| Monitor Tech/Nurse Assistant | $17.53 | $17.95 | $18.41 | $18.87 | $19.34 | $19.82 | $20.33 | $20.84 | $21.35 | $21.88 | $22.43 | $22.99 |
| Nurse Assistant | $15.91 | $16.32 | $16.73 | $17.14 | $17.58 | $18.02 | $18.46 | $18.92 | $19.39 | $19.87 | $20.39 | $20.90 |
| Ortho Tech I | $17.03 | $17.45 | $17.88 | $18.33 | $18.78 | $19.24 | $19.73 | $20.22 | $20.73 | $21.28 | $21.81 | $22.36 |
| Ortho Tech II | $24.69 | $25.30 | $25.93 | $26.58 | $27.25 | $27.91 | $28.62 | $29.34 | $30.07 | $30.82 | $31.58 | $32.37 |
| Patient Monitor | $12.44 | $12.75 | $13.06 | $13.40 | $13.72 | $14.05 | $14.43 | $14.79 | $15.15 | $15.54 | $15.91 | $16.31 |
| Patient Supp Clk-Inpatient Rhb | $16.14 | $16.57 | $16.98 | $17.39 | $17.84 | $18.29 | $18.74 | $19.20 | $19.68 | $20.17 | $20.68 | $21.20 |
| Patient Support Clerk | $15.76 | $16.14 | $16.57 | $16.98 | $17.39 | $17.84 | $18.29 | $18.74 | $19.20 | $19.68 | $20.17 | $20.68 |
| Perinatal Clerk | $16.43 | $16.85 | $17.27 | $17.69 | $18.14 | $18.60 | $19.07 | $19.55 | $20.04 | $20.52 | $21.02 | $21.55 |
| Perinatal Tech | $18.26 | $18.71 | $19.18 | $19.66 | $20.15 | $20.66 | $21.19 | $21.75 | $22.28 | $22.85 | $23.42 | $24.01 |
| Pharmacy Tech | $21.28 | $21.81 | $22.37 | $22.91 | $23.47 | $24.05 | $24.67 | $25.29 | $25.92 | $26.56 | $27.24 | $27.92 |
| Pharmacy Tech-Buyer | $23.42 | $24.00 | $24.60 | $25.23 | $25.83 | $26.49 | $27.15 | $27.83 | $28.54 | $29.25 | $29.98 | $30.73 |
| Pharmacy Tech-Cancer Center | $22.86 | $23.43 | $24.01 | $24.62 | $25.24 | $25.86 | $26.51 | $27.17 | $27.84 | $28.55 | $29.26 | $29.99 |
| Pharmacy Tech-IV Room | $21.28 | $21.81 | $22.37 | $22.91 | $23.47 | $24.05 | $24.67 | $25.29 | $25.92 | $26.56 | $27.24 | $27.92 |
| Pharmacy Tech-Medication Reconciliation | $21.28 | $21.81 | $22.37 | $22.91 | $23.47 | $24.05 | $24.67 | $25.29 | $25.92 | $26.56 | $27.24 | $27.92 |
| Pharmacy Tech-Medication Safety | $22.86 | $23.43 | $24.01 | $24.62 | $25.24 | $25.86 | $26.51 | $27.17 | $27.84 | $28.55 | $29.26 | $29.99 |
| Printing Courier | $15.00 | $15.39 | $15.76 | $16.13 | $16.56 | $16.97 | $17.38 | $17.82 | $18.27 | $18.73 | $19.19 | $19.67 |
| Rehab Aide | $14.08 | $14.46 | $14.81 | $15.18 | $15.56 | $15.96 | $16.34 | $16.75 | $17.17 | $17.60 | $18.05 | $18.50 |
| Resource Lab Assistant | $15.91 | $16.32 | $16.73 | $17.14 | $17.58 | $18.02 | $18.46 | $18.92 | $19.39 | $19.87 | $20.39 | $20.90 |
| RT Equipment Tech | $14.08 | $14.46 | $14.81 | $15.18 | $15.56 | $15.96 | $16.34 | $16.75 | $17.17 | $17.60 | $18.05 | $18.50 |

| Job Title | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduler | $17.46 | $17.89 | $18.34 | $18.79 | $19.26 | $19.74 | $20.23 | $20.75 | $21.29 | $21.83 | $22.38 | $22.94 |
| Scheduler/ Equipment Tech | $17.46 | $17.89 | $18.34 | $18.79 | $19.26 | $19.74 | $20.23 | $20.75 | $21.29 | $21.83 | $22.38 | $22.94 |
| SPD Decontamination Tech | $16.49 | $16.90 | $17.31 | $17.75 | $18.18 | $18.64 | $19.14 | $19.62 | $20.10 | $20.60 | $21.10 | $21.63 |
| Sterile Processing Tech I | $16.49 | $16.90 | $17.31 | $17.75 | $18.18 | $18.64 | $19.14 | $19.62 | $20.10 | $20.60 | $21.10 | $21.63 |
| Sterile Processing Tech II | $17.31 | $17.75 | $18.18 | $18.64 | $19.14 | $19.62 | $20.10 | $20.60 | $21.10 | $21.62 | $22.16 | $22.70 |
| Surgical Supply Technician | $21.75 | $22.28 | $22.85 | $23.42 | $24.00 | $24.60 | $25.23 | $25.83 | $26.49 | $27.15 | $27.83 | $28.53 |
| Switchboard Operator | $15.89 | $16.30 | $16.69 | $17.12 | $17.56 | $18.00 | $18.44 | $18.90 | $19.37 | $19.85 | $20.36 | $20.87 |
| Technologist Assistant | $17.53 | $17.95 | $18.41 | $18.87 | $19.34 | $19.82 | $20.33 | $20.84 | $21.35 | $21.88 | $22.43 | $22.99 |
| Transcriptionist I | $19.44 | $19.93 | $20.43 | $20.94 | $21.45 | $21.98 | $22.53 | $23.09 | $23.67 | $24.27 | $24.88 | $25.50 |
| Transcriptionist II | $20.91 | $21.42 | $21.95 | $22.50 | $23.05 | $23.64 | $24.24 | $24.83 | $25.45 | $26.08 | $26.75 | $27.42 |
| Unit Secretary | $16.43 | $16.85 | $17.27 | $17.69 | $18.14 | $18.60 | $19.07 | $19.55 | $20.04 | $20.52 | $21.02 | $21.55 |
| Unit Secretary (Tech) | $16.43 | $16.85 | $17.27 | $17.69 | $18.14 | $18.60 | $19.07 | $19.55 | $20.04 | $20.52 | $21.02 | $21.55 |
| Unit Secretary/CNA | $16.43 | $16.85 | $17.27 | $17.69 | $18.14 | $18.60 | $19.07 | $19.55 | $20.04 | $20.52 | $21.02 | $21.55 |
| Unit Secretary/Mental Health Worker | $16.43 | $16.85 | $17.27 | $17.69 | $18.14 | $18.60 | $19.07 | $19.55 | $20.04 | $20.52 | $21.02 | $21.55 |
| Unit Secretary/Nurse Asst | $16.43 | $16.85 | $17.27 | $17.69 | $18.14 | $18.60 | $19.07 | $19.55 | $20.04 | $20.52 | $21.02 | $21.55 |
| Unit Secretary-Emergency | $17.03 | $17.45 | $17.88 | $18.33 | $18.78 | $19.24 | $19.73 | $20.22 | $20.73 | $21.28 | $21.81 | $22.36 |
| Van Driver | $15.00 | $15.39 | $15.76 | $16.13 | $16.56 | $16.97 | $17.38 | $17.82 | $18.27 | $18.73 | $19.19 | $19.67 |
| Warehouse Technician | $15.00 | $15.39 | $15.76 | $16.13 | $16.56 | $16.97 | $17.38 | $17.82 | $18.27 | $18.73 | $19.19 | $19.67 |

73

## APPENDIX D

__Benefit Premiums Effective January 1, 2014__

| Work Status Hrs. Per Pay Period | Medical/Prescription Monthly Premiums | | Dental Monthly Premiums |
|---|---|---|---|
| | Classic Plan | Value Plan | |
| **72 – 80** | | | |
| Employee Only | $45 | $0 | $5 |
| Employee & Spouse | $156 | $48 | $32.56 |
| Employee & Family | $225 | $70 | $39.46 |
| Employee & Children | $135 | $45 | $34.68 |
| Employee & Child | $95 | $36 | $24.80 |
| | | | |
| **64 – 71** | | | |
| Employee Only | $50 | $0 | $10 |
| Employee & Spouse | $176 | $48 | $37.56 |
| Employee & Family | $225 | $70 | $44.46 |
| Employee & Children | $155 | $45 | $39.68 |
| Employee & Child | $115 | $36 | $29.80 |
| | | | |
| **56 – 63** | | | |
| Employee Only | $70 | $0 | $12.00 |
| Employee & Spouse | $196 | $48 | $39.56 |
| Employee & Family | $225 | $70 | $46.46 |
| Employee & Children | $175 | $45 | $41.68 |
| Employee & Child | $135 | $36 | $31.80 |
| | | | |
| **48 – 55** | | | |
| Employee Only | $90 | $0 | $14.00 |
| Employee & Spouse | $200 | $48 | $41.56 |
| Employee & Family | $225 | $70 | $48.46 |
| Employee & Children | $195 | $45 | $43.68 |
| Employee & Child | $155 | $36 | $33.80 |

**APPENDIX E**

<u>**DEPARTMENT STRUCTURE**</u>
(for purposes of bidding, layoff, and recall only)

Medical/Neuro Unit
Ambulance
Anticoagulation Clinic
Behavioral Health
Breast Care Center
Cancer Center
Cardiac Cath Lab
Cardiac Diagnostics
Case Management
Cohasset Prompt Care/EOC-Prompt Care
Colon & Rectal Clinic
ICU/CCU & N/TSICU
CS Distribution/Purchasing
Definitive Care Unit
Digestive Diseases
Dispatch/Tele-Communications
Ear, Nose & Throat Clinic
Emergency Department
Endoscopy/Gastro-Intestinal Lab
EOC-Pharmacy
Enloe Conference Center
F-Hematology Oncology
Oncology/Peds Unit
Home Care Services/Hospice
Home Medical Equipment
Infusion
Laboratory Services
Health Information Management
Neuro & Spine Clinic
Nursing Admin-IP/Team Lift
Mother & Baby Care
Orthopedic Clinic
Orthotrauma Clinic
Pharmacy / Pharmacy-Cancer Ctr
Preoperative Services
Printing Services
Procedural Care Unit
Radiation Therapy
Radiology/CT/MRI/Nuclear Med/Ultra Sound
Rehab Therapies – OP/Rehab Therapies – Rehab
Rehabilitation Care Nursing
Respiratory Therapy
Sterile Processing
Surgery Services / EOC-Surgery/ Perianesthesia
Surgical Care Unit

Transcription Services
Volunteer Services
Wound/Ostomy Services
Women's Services – Esplanade
Women's Services – Magnolia

## APPENDIX F

<u>ENLOE MEDICAL CENTER LEAVE OF ABSENCE POLICY</u>

<u>PURPOSE</u>

The Medical Center recognizes that employees occasionally need to take time away from work to care for important family and medical needs. This policy outlines the conditions under which an employee may take time off, with or without pay, for medical reasons (including work-related injuries and pregnancy disability leaves), or to provide family care, as required by the Family and Medical Leave Act (FMLA) and the California Family Rights Act (CFRA).

Enloe Medical Center intends to administer this policy in accordance with the requirements of the State and Federal laws regulating family and medical leaves. Accordingly, this policy will be interpreted and applied in a manner that conforms to all applicable legal requirements. Any leave of absence that is granted to an employee under this policy, or any other policy for a purpose authorized by the State or Federal Family and Medical Leave Laws, shall be credited against the 12 week limit contained in this policy to the extent permitted by the law.

<u>FAMILY AND MEDICAL LEAVES</u>

<u>Eligibility for Leave</u>: Any employee may request an unpaid Family and Medical Leave of Absence who has:

- Completed at least 12 months of service; and

- Has worked at least 1000 hours of service during the 12 month period preceding the date the leave would begin.

If the eligibility requirements are not met, or the need for absence exceeds that allowed under the Family and Medical Leave section of this policy and the employee is unable to work, an extended medical leave may be granted. In such cases, the employee must have completed at least 6 months of continuous service and elected to use available paid time off and/or extended sick leave benefits during any portion of the leave of absence covered by the Family and Medical Leave Act. The employee's specific position will be held until the employee is no longer receiving a paycheck from the Medical Center in the form of coordinated benefits or for at least half of his/her regular schedule. The maximum duration of any combined leave of absence is one year.

**Note:** *An employee may become eligible for family leave during other types of leave. Human Resources will determine eligibility in accordance with the law.*

**Permissible Purposes of Family and Medical Leaves**: An eligible employee may request a family or medical leave for any of the following reasons:

- The birth of the employee's child;

- The placement of a child with the employee in connection with an adoption or foster care;

- To care for a child, parent, spouse, or registered domestic partner who has a serious health condition; or,

- Due to a serious health condition (may include work-related or pregnancy disability) that prevents the employee from performing one or more of the essential functions of his or her position.

B-III-12

To the maximum extent permitted by law, any leave of absence that is granted to an employee under this policy or any other policy for a purpose specified above, shall be credited against the 12 week limit contained in this policy. (Pregnancy disability leave of absence has a 4 month limit and is not credited against the 12 week limit under the CFRA.)

**Duration of Leave:** Any qualifying absence of more than 3 consecutive calendar days (except for vacations), may constitute a leave of absence. Subject to the conditions of this policy, eligible employees may request up to 12 weeks family and medical leave during a 12 month period. The 12 month period used to measure the 12 week limit will be a rolling 12 month period measured backward from the date an employee uses any leave.

If both parents are employed by the Medical Center, the maximum combined leave for the purpose of the birth, adoption, or placement of the child is 12 weeks in the 12 month period.

**Intermittent Leave:** A leave of absence may be taken on an intermittent or reduced schedule basis if medically necessary.

A leave of absence for the purpose of the birth, adoption, or placement of a foster child must be taken within 12 months of the birth, adoption, or placement of the child. If a leave for this purpose is taken on an intermittent basis, the minimum period of leave is generally two weeks. However, an employee may take a leave for this purpose for less than two weeks duration on two occasions in the 12 month period.

**Benefits During Leave:** Utilization of available PTO and Extended Sick Leave (ESL) and Coordination of Benefits.

An employee who is granted a family and medical leave of absence and is receiving compensation in the form of Worker's Compensation Insurance, State Disability

Insurance, or Family Temporary Disability Insurance may choose to utilize any accrued paid time off and extended sick leave during the period of the leave. These benefits will be coordinated with the appropriate agency.

There is a seven day waiting period for benefits under both the State Disability and the Family Temporary Disability Insurance programs during which time full paid time off and/or extended sick leave time, as applicable, will be used.

Paid time off will be used for the first 24 hours of any absence, unless the employee is hospitalized, or the leave is due to a work-related injury, or the leave is for the employee's own illness or injury, other than an intermittent leave, in which case, extended sick leave may be used from the beginning of the absence.

ESL may be used if the leave is due to the serious health condition of the employee or the employee's dependent child age 19 or under. In the case of a serious health condition of the employee's spouse, registered domestic partner, adult child, or parent, up to two weeks accrued extended sick leave at the employee's current status may be utilized in a rolling backwards 12 month period. Although a serious health condition of an adult child may not qualify for FMLA or CFRA unless he/she is incapable of self-care and has a physical or mental disability, an employee may use two weeks of extended sick leave as described above. See Extended Sick Leave policy.

B-III-12.1

Any portion of a leave that occurs after all paid time off and extended sick leave benefits have been exhausted will be unpaid. For the purposes of this policy's 12 week limitation, any paid and unpaid portions of the leave of absence shall be added together, whether or not they are taken consecutively.

**Continuation of Insurance Benefits:** Health, dental, vision and life insurance benefits ordinarily provided by the Medical Center and for which the employee is otherwise eligible will be continued during the period of the approved leave up to a maximum of 12 weeks, if the employee elects to continue paying his or her share of the premiums for such coverage.

If the employee wishes coverage to continue, the Medical Center will continue to pay its share of the premiums for the period of the leave, up to a maximum of 12 weeks. Additionally, the Medical Center will extend contributions beyond 12 weeks under an extended medical leave as long as the employee is receiving a paycheck from the Medical Center in the form of coordinated benefits or for at least half of his/her regular schedule. The cost of premiums for part-time employees and dependent coverage normally paid by the employee will remain the sole responsibility of the employee.

To continue insurance, the employee must pay his/her share of the premiums for employee and/or dependent coverage, either by:

- Payroll deduction from the available paid time off or extended sick leave; or
- A personal check or money order made payable to Enloe Medical Center, in care of the Human Resources Department, by the 20th of the month preceding coverage.

Failure to pay the premium in a timely fashion, within 10 calendar days of the due date, will result in termination of the insurance coverage.

Coverage may stop if the Medical Center learns the employee does not intend to return to employment, or if the employee does not return to active employment after the leave has expired. In these cases, the Medical Center may request the employee to reimburse it for any premiums it has paid on the employee's behalf during the leave, unless the reason the employee did not return was due to a continued serious health condition or other reasons beyond the employee's control as identified in the FMLA.

Those employees wishing to add a newborn child or an adopted or foster child as a dependent to the health and/or dental insurance plan, must complete an enrollment form and submit the form to Human Resources within 31 days of the birth or placement of the child. If the employee fails to enroll the child by this deadline, he/she will not be eligible for plan enrollment until an open enrollment period.

**Notification and Reporting Requirements:** An employee must provide proper notification as a condition of eligibility for a leave.

B-III-12.2

The employee must notify the Human Resources department in writing of the need for such a leave (Leave of Absence Request Form) stating:

- The date the leave will commence;
- The estimated duration of the leave;
- And the date on which it is expected that the employee will be able to return to work.

If this is an elective surgery, the time away from work must be arranged with the manager to accommodate the department's scheduling needs.

If the employee knows of the event that necessitates the leave more than 30 calendar days in advance of the date the leave is needed, the employee must provide such notice in writing a minimum of 30 days before the leave will begin. If the employee learns of the event less than 30 days before the date the leave must begin, the employee must provide as much advance notice as practicable, preferably as soon as the employee learns of the need for the leave.

A failure to comply with these notice rules may result in a denial or postponement of the requested leave until the employee complies with these rules. However, if the need for a family or medical leave results from an emergency or is otherwise unforeseeable, the leave will not be denied simply because an employee fails to provide advance notice.

The employee on leave will be required to report periodically on his or her status and intention to return to work. At a minimum, reporting to Human Resources will be required after each physician visit, if the employee's disability status changes, and when the current certification by the health care provider expires. Requests for an extension of a leave must be made as far in advance of the expiration of the leave as possible, and no less than five calendar days in advance, except where the employee can demonstrate that the need for an extension could not reasonably have been known that far in advance. If an employee is absent more than three working days without notifying the Employer, the employee may be considered to have voluntarily resigned.

**Certification by Health Care Provider:** If an employee requests a leave due to a serious health condition of the employee or a family member, the employee must support the request with a certification issued by the health care provider of the individual with the serious health condition.

The certification form must be obtained from Human Resources and must include the following information:

- The date, if known, on which the serious health condition commenced;

- The probable duration of the condition;

- An estimate of the amount of time that the health care provider believes the employee needs to care for him/herself or the family member requiring the care.

And, if the leave is for the care of an eligible family member:

- A statement that the serious health condition warrants the participation of a family member to provide care during a period of the treatment or supervision of the individual requiring care.

B-III-12.3

If an employee requests intermittent leave for planned medical treatment, the certification must specify the dates on which such treatment is expected to be given and the duration of such treatment. If the time estimated by the health care provider in the original certification expires, the employee must submit a re-certification if the employee desires additional leave. In addition, extensions will not be granted that cause the total period of the leave to exceed the 12 week limitation identified above. If additional leave is desired, see the Extended Medical Leave section of this policy.

If the Medical Center has reason to doubt the validity of the medical certification provided for an employee or family member's serious health condition, the employee may be required to obtain an opinion of a second health care provider designated by the Medical Center at the Medical Center's expense. If the second opinion conflicts with the original certification provided by the employee, the Medical Center will, at its own expense, require a third opinion from a health care provider approved jointly by the employee and the Medical Center. In such cases, the opinion of the third health care provider will be considered final and binding on both parties.

The health care provider certification does not apply to a leave for the birth, adoption, or placement of a foster child, as these are not serious health conditions; however, it does apply to a pregnancy disability leave.

**Employee Status:** Employees will retain their employee status during the period of an approved family or medical leave. Moreover, their absence shall not be considered a break in service for purposes of determining their longevity or seniority.

**Reemployment Privileges:** Except where the law authorizes a different result, an employee who complies with the provisions of this policy will be reemployed upon expiration of an approved leave, provided that the total period of the leave does not exceed 12 weeks (in some cases longer – see Extended Medical Leave section of this policy).

The employee will be reemployed in the same or an equivalent position as that which he or she occupied when the leave commenced. However, an employee has no greater right to reinstatement than if he or she had been actively working during the leave period.

If a restructuring of the position, or position elimination were to occur, the employee on leave would be subject to these circumstances in the same manner as if he/she were actively working.

An employee who takes a leave due to his or her own serious health condition must provide a medical certification verifying that he or she is able to return to work. If the health care provider determines the employee is unable to return to full duty, the possibility of a modified duty position will be evaluated through an interactive process in coordination with the department manager, Human Resources, the health care provider, and the employee.

B-III-12.4

If an employee fails to return to work immediately after the approved leave expires, the employee will be considered to have voluntarily separated from the Medical Center's employ. An employee must not work for another employer while on leave with the Medical Center without written approval of the Vice President or Director, Human

82

Resources of Enloe Medical Center. An employee who accepts employment elsewhere while on a family or medical leave of absence, shall be considered to have voluntarily resigned as of the original date the leave was granted.

## PREGNANCY DISABILITY LEAVES

**Eligibility for Leave**: Any employee may request an unpaid leave for pregnancy-related disability as determined by the health care provider. There is no length of service requirement or specified hours requirement for a pregnancy-related disability leave. Please refer to the Fair Employment Housing Act handout or poster for further information.

**Duration of Leave:** Subject to the conditions of this policy, eligible employees may request up to 4 months pregnancy disability leave. Leave may be taken intermittently or on a reduced schedule basis if medically necessary. The health care provider determines the disability status of the employee.

Any leave of absence that is granted to an employee under this policy shall be credited against the 12 week limit provided for under the Federal Family and Medical Leave Act (FMLA) to the extent permitted by the law. A leave of absence granted under this policy for pregnancy-related disability shall not be credited against the 12 week limit provided for under the California Family Rights Act (CFRA).

**Benefits During Leave**: Utilization of available PTO and ESL and Coordination of Benefits.

An employee who is granted a pregnancy disability leave and is receiving compensation in the form of State Disability Insurance may utilize any accrued PTO and/or ESL during the period of the leave. ESL may be used from the beginning of the leave, other than an intermittent leave. These benefits will be coordinated with the appropriate agency, such as the State Disability Insurance program. During the seven day waiting period required by State Disability, the employee must use ESL and may choose to use PTO. Any portion of a leave that occurs after all paid time off and ESL have been exhausted, or if the employee chooses not to utilize paid time off or ESL, will be unpaid by Enloe. For the purposes of this policy's 4 month limitation, any paid and unpaid portions of the leave of absence shall be added together whether or not they are taken consecutively.

**Continuation of Insurance Benefits:** Health, dental, vision and life insurance benefits ordinarily provided by the Medical Center and for which the employee is otherwise eligible (FMLA eligible) will be continued during the period of the approved leave up to a maximum of 4 months, if the employee elects to continue paying his or her share of the premiums for such coverage.

B-III-12.5

If the employee wishes coverage to continue, the Medical Center will continue to pay its share of the premiums for the period of the leave, up to a maximum of 4 months (if FMLA eligible). Additionally, the Medical Center will extend contributions beyond 4 months, as long as the employee is receiving a paycheck from the Medical Center in the form of coordinated benefits or for at least half of his/her regular schedule. The cost of premiums for part-time employees and dependent coverage normally paid by the employee will remain the sole responsibility of the employee.

To continue insurance, the employee must pay his/her share of the premiums for employee and/or dependent coverage, either by:

- Payroll deduction from the available paid time off or extended sick leave; or

- A personal check or money order made payable to Enloe Medical Center, in care of the Human Resources Department, by the 20th of the month preceding coverage.

Failure to pay the premium in a timely fashion, within 10 calendar days of the due date, will result in termination of the insurance coverage.

Coverage may stop if the Medical Center learns the employee does not intend to return to employment, or if the employee does not return to active employment after the leave has expired. In these cases, the Medical Center may request the employee to reimburse it for any premiums it has paid on the employee's behalf during the leave, unless the reason the employee did not return was due to a continued serious health condition or other reasons beyond the employees control as identified in the FMLA.

Those employees wishing to add a newborn child as a dependent to the health and/or dental insurance plan, must complete an enrollment form and submit the form to Human Resources within 31 days of the birth of the child. If the employee fails to enroll the child by this deadline, he/she will not be eligible for plan enrollment until an open enrollment period.

**Notification and Reporting Requirements:** An employee must provide proper notification as a condition of eligibility for a leave.

The employee must notify his/her manager and the Human Resources Department in writing, of the need for such a leave (Leave of Absence Request Form) stating:

- The date the leave will commence;

- The estimated duration of the leave;

- And the date on which it is expected that the employee will be able to return to work.

If the employee knows of the event that necessitates the leave more than 30 calendar days in advance of the date the leave is needed, the employee must provide such notice in writing a minimum of 30 days before the leave will begin.

B-III-12.6

If the employee learns of the event less than 30 days before the date the leave must begin, the employee must provide as much advance notice as practicable, preferably as soon as the employee learns of the need for the leave. A failure to comply with these notice rules may result in a denial or postponement of the requested leave until the employee complies with these rules. However, if the need for a leave results from an emergency or is otherwise unforeseeable, the leave will not be denied simply because an employee fails to provide advance notice.

The employee on leave will be required to report periodically to his/her manager and Human Resources on her status and intention to return to work.

At a minimum, reporting to the manager and Human Resources will be required if the employee's disability status changes, and when the current certification by the health care provider expires.

Requests for an extension of a leave must be made as far in advance of the expiration of the leave as possible, and no less than five calendar days in advance, except where the employee can demonstrate that the need for an extension could not reasonably have been known that far in advance.

If an employee is absent more than three working days without notifying the Employer, the employee may be considered to have voluntarily resigned.

**Certification by Health Care Provider**: If an employee requests a leave due to a pregnancy-related disability, the employee must support the request with a certification issued by the health care provider. The certification form must be obtained from Human Resources and must include the following information:

- The date, if known, on which the pregnancy-related disability will commence;

- The probable duration of the disability;

- An explanatory statement that, due to the disability, the employee is unable to work at all or is unable to perform any one or more of the essential functions of her position without undue risk to herself, the successful completion of her pregnancy, or to other individuals.

If an employee requests intermittent leave, the certification should specify this need. If the time estimated by the health care provider in the original certification expires, the employee must submit a re-certification if the employee desires additional leave.

Extensions may be granted that cause the total period of the leave to exceed the 4 month limitation identified above if the employee is eligible for leave under the CFRA.

**Employee Status**: Employees will retain their employee status during the period of a pregnancy-related disability leave. Moreover, their absence shall not be considered a break in service for purposes of determining their longevity or seniority.

B-III-12.7

**Reemployment Privileges:** Except where the law authorizes a different result, an employee who complies with the provisions of this policy will be guaranteed reemployment upon expiration of an approved leave, provided that the total period of the leave does not exceed 4 months. The employee will be reemployed in the same position as that which she occupied when the leave commenced, or in some instances to a comparable position. However, an employee has no greater right to reinstatement than if she had been actively working during the leave period.

If a restructuring of the position, or position elimination were to occur, the employee on leave would be subject to these circumstances in the same manner as if he/she were actively working. An employee who takes a leave due to a pregnancy-related disability must provide a medical certification verifying that she is able to return to work.

If an employee fails to return to work immediately after the period of the approved leave expires, the employee will be considered to have voluntarily separated from the Medical Center's employ. An employee must not work for another employer while on leave with the Medical Center without written approval of the Vice President or Director, Human Resources of Enloe Medical Center. An employee who accepts employment elsewhere while on a pregnancy-related disability leave of absence, shall be considered to have voluntarily resigned as of the original date the leave was granted.

Those employees that are eligible for Family Medical Leave Act time while on pregnancy disability will count that time against the 12 week limit. This does not detract from the available California Family Rights Act leave to care for a newborn child and the applicable reemployment privileges.

## WORK-RELATED DISABILITY LEAVE

**Eligibility for Leave:** Any employee may request a work-related disability leave as determined by the health care provider. There is no length of service requirement or specified hours requirement for a work-related disability leave.

**Duration of Leave:** Subject to the conditions of this policy and limitations permitted by law, a leave of absence for a work-related disability will be extended to the employee for the duration of the work-related disability.

Leave may be taken intermittently or on a reduced schedule basis if medically necessary. The health care provider determines the disability status of the employee. Where practical, if the employee is released to modified/restricted work, the employee will be returned to work with modifications to accommodate his/her physical restrictions. Any leave of absence that is granted to an employee under this policy shall be credited against the 12 week limit provided for under the Federal Family and Medical Leave Act (FMLA) and the California Family Rights Act (CFRA) to the extent permitted by law.

**Benefits During Leave**: Utilization of available PTO and ESL and Coordination of Benefits.

B-III-12.8

An employee who is granted a work-related disability leave and receives compensation in the form of Workers' Compensation Insurance may utilize any accrued paid time off and extended sick leave during the period of the leave. Paid time off and/or ESL will be utilized for the 3 day waiting period. Extended sick leave may be used from the beginning of the absence for a work-related injury and may be used for physician and physical therapy appointments related to the injury. These benefits will be coordinated with workers' compensation insurance. Any portion of a leave that occurs after all paid time off and extended sick leave benefits have been exhausted will be unpaid. Any paid and unpaid portions of the leave of absence shall be added together whether or not they are taken consecutively.

**Continuation of Insurance Benefits**: Health, dental, vision and life insurance benefits ordinarily provided by the Medical Center and for which the employee is otherwise eligible (FMLA eligible) will be continued during the period of the approved leave, up to a maximum of 12 weeks, if the employee elects to continue paying his or her share of the premiums for such coverage.

If the employee wishes coverage to continue, the Medical Center will continue to pay its share of the premiums for the period of the leave, up to a maximum of 12 weeks (if FMLA eligible). Additionally, the Medical Center will extend contributions beyond 12 weeks as long as the employee is receiving a paycheck from the Medical Center in the form of coordinated benefits or for at least half of his/her regular schedule. The cost of premiums for part-time employees and dependent coverage normally paid by the employee will remain the sole responsibility of the employee.

To continue insurance, the employee must pay his/her share of the premiums for employee and/or dependent coverage, either by:

- Payroll deduction from the available paid time off or extended sick leave; or

- A personal check made payable to Enloe Medical Center, in care of the Human Resources Department, by the 20th of the month preceding coverage.

Failure to pay the premium in a timely fashion, within 10 calendar days of the due date, will result in termination of the insurance coverage.

Coverage may stop if the Medical Center learns the employee does not intend to return to employment, or if the employee does not return to active employment after the leave has expired. In these cases, the Medical Center may request the employee to reimburse it for any premiums it has paid on the employee's behalf during the leave, unless the reason the employee did not return was because of a continued serious health condition or other reasons beyond the employees control as identified in the FMLA.

**Notification and Reporting Requirements:** An employee must provide proper notification as a condition of eligibility for a leave as soon as he/she becomes aware of the need for a leave of absence.

The employee must notify his/her manager and the Environmental Health and Safety Department of the need for such a leave.

B-III-12.9

The Environmental Health and Safety Department will refer the employee to Human Resources as needed.

The employee on leave will be required to report periodically on his/her status and intention to return to work. At a minimum, reporting to the Environmental Health and Safety Department will be required after each physician visit, if the employee's disability status changes, and when the current certification by the health care provider expires.

If an employee is absent more than three working days without notifying the Employer, the employee may be considered to have voluntarily resigned.

**Certification by Health Care Provider**: If an employee requests a leave due to a work-related disability, the employee must support the request with a certification issued by the health care provider. The certification form can be obtained from Human Resources or if the employee is treated at Enloe's Occupational Health Center, the Return to Work Prescription form may be used. The following information should be included:

- The date, if known, on which the work-related disability will commence;

- The probable duration of the disability;

- An explanatory statement that, due to the disability, the employee is unable to work at all or is unable to perform any one or more of the essential functions of his/her position;

- If an employee requests intermittent or reduced schedule leave, the certification should specify this need. If the time estimated by the health care provider in the

original certification expires, the employee must submit a re-certification if the employee desires additional leave.

**Employee Status:** Employees will retain their employee status during the period of a work-related disability leave. Moreover, their absence shall not be considered a break in service for purposes of determining their longevity or seniority.

**Reemployment Privileges:** Except where the law authorizes a different result, an employee who complies with the provisions of this policy will be guaranteed reemployment upon expiration of an approved leave unless one of the following situations takes place:

- The Medical Center receives medical evidence satisfactory to it that the employee will be unable to return to work;

- The employee resigns or actually or constructively informs the Medical Center that he/she does not intend to return to the Medical Center's employ.

B-III-12.10

The employee will be reemployed in the same position as that which he/she occupied when the leave commenced, or in some instances to a comparable position. However, an employee has no greater right to reinstatement than if he/she had been actively working during the leave period. If a restructuring of the position or position elimination were to occur, the employee on leave would be subject to these circumstances in the same manner as if he/she were actively working.

An employee who takes a leave due to a work-related disability must provide a medical certification verifying that he/she is able to return to work. If the health care provider determines the employee is unable to return to full duty, the possibility of a modified duty position will be evaluated through an interactive process in coordination with the manager, Human Resources, the health care provider, and the employee.

If an employee fails to return to work immediately after the approved leave expires, the employee will be considered to have voluntarily separated from the Medical Center's employ.

An employee must not work for another employer while on leave with the Medical Center without written approval of the Vice President or Director, Human Resources of Enloe Medical Center. An employee, who accepts employment elsewhere while on a work-related disability leave of absence, shall be considered to have voluntarily resigned as of the original date the leave was granted.

Those employees who are eligible for Family Medical Leave Act or California Family Rights Act time while on work-related disability leave, will count that time against the 12 week limit.

**EXTENDED MEDICAL LEAVE**

A leave of absence other than an intermittent leave, for the employee's own serious health condition may be granted beyond the time limitations or eligibility requirements outlined in the Family and Medical Leave section of this policy in either of the following circumstances: 1) If the leave of absence has exceeded the 12 week limit for Family and Medical Leave or, 2) the employee has completed at least 6 months of continuous service, but does not meet the eligibility requirements under the Family and Medical Leave section of this policy and the employee chooses to use accrued paid time off and extended sick leave benefits in the form of coordination with State Disability Insurance during the entire absence. In these cases, the employee may be placed in inactive status up to a combined maximum of 52 weeks (one year) under the extended medical leave section of this policy.

**Benefits During Leave**: Utilization of available PTO and ESL and Coordination of Benefits.

An employee who is granted an extended medical leave must utilize any accrued paid time off and extended sick leave during the period of the leave. Extended sick leave may be used from the beginning of the absence. These benefits will be coordinated with the appropriate agency, such as the State Disability Insurance program.

B-III-12.11

**Continuation of Insurance Benefits**: If the employee wishes health, dental, vision and life insurance coverage to continue, the Medical Center will continue to pay its share of the premiums for the period of the leave as long as the employee is receiving a paycheck from the Medical Center in the form of coordinated benefits or for at least half of his/her regular schedule. The cost of premiums for part-time employees and dependent coverage normally paid by the employee will remain the sole responsibility of the employee.

To continue insurance, the employee must pay his/her share of the premiums for employee and/or dependent coverage, either by:

- Payroll deduction from the available PTO or ESL; or

- A personal check made payable to Enloe Medical Center, in care of the Human Resources department, by the 20th of the month preceding coverage.

Failure to pay the premium in a timely fashion, within 10 calendar days of the due date, will result in termination of the insurance coverage.

If the employee is no longer receiving a paycheck from the Medical Center in the form of coordinated benefits or for at least half of his/her regular schedule, and therefore not eligible for Medical Center paid premiums, the employee will be notified of his/her eligibility for continuation of insurance under COBRA.

If the employee returns to a benefit eligible position after the leave and had previously met the benefit eligibility requirements, he/she will be eligible for Medical Center paid benefits the first of the month following return from leave.

**Notification and Reporting Requirements and Certification by Health Care Provider**: The notification and reporting requirements and the certification by health care provider aspects of the family and medical leave section of this policy apply to an extended medical leave.

**Reemployment Privileges**: An employee returning from an extended medical leave will be reemployed in the same or an equivalent position (may include a different shift) as that which he or she occupied when the leave commenced as long as the employee is receiving a paycheck from the Medical Center in the form of coordinated benefits or for at least half of his/her regular schedule in the pay period prior to his/her return from the leave.

Once the employee on extended medical leave is no longer receiving a paycheck from the Medical Center in the form of coordinated benefits or for at least half of his/her regular schedule, he/she is not guaranteed reemployment in the same or similar position upon expiration of the leave. In this case, the employee will be given 4 weeks from the time a medical certification verifying that he/she is able to return to work is provided by the health care provider to obtain a position at the Medical Center for which the employee is qualified. If the employee is unable to obtain a position at the end of 4 weeks, the employee's employment with the medical center may be separated.

B-III-12.12

## PERSONAL LEAVE

**Eligibility**: Employees employed by the Medical Center on a regularly scheduled part-time or full-time basis may request a personal leave of absence without pay for a reasonable period of time up to thirty days.

Requests for a personal leave of absence will be considered on the basis of many factors including, but not limited to the employee's length of service, performance, responsibility level, the reason for the request, whether other individuals are already out on leave, and the expected impact of the leave on the Employer.

Requests for a personal leave of absence must be submitted in writing and approved in writing by the employee's department manager and the Vice President or Director, Human Resources before the leave begins. It is the employee's responsibility to report to work at the end of the approved leave. An employee who fails to report to work promptly on the day after the leave expires will be considered to have voluntarily resigned.

**Benefits During Leave**: Utilization of available PTO.

An employee who is granted a personal leave must utilize any accrued paid time off during the period of the leave.

**Continuation of Insurance Benefits**: The Medical Center does not continue to pay group health, dental, vision, or life insurance premiums on behalf of the employee during a personal leave of absence, unless the employee continues to receive a full paycheck from the Medical Center through the use of paid time off. Accordingly, the premiums for such coverage are the complete responsibility of the employee. The employee will be notified of his/her eligibility for continuation of insurance under COBRA.

The employee will be eligible for reinstatement of insurance benefits during the next open enrollment period which is the first of January following the date the employee returns from the leave.

## OTHER STATUTORY LEAVES OF ABSENCE

The following reasons for unpaid leaves are applicable under State and/or Federal law. Paid time off and extended sick leave will be applied in accordance with policy and State and/or Federal law.

- Military Caregivers Leave

- Military Exigency Leave

- Performing military service

- Performing jury service

- Voting

- Performing emergency service as a volunteer fire fighter

- Participating in adult literacy education

- Participating in school activities as a parent, guardian, or custodial grandparent

- Victims and family members who are victims of crime

For questions regarding any leave of absence, please contact Human Resources.

B-III-12.13

---

## MANAGER/SUPERVISOR PROCEDURES

---

Whenever an employee informs you of a need, or potential need, for a leave of absence (any absence greater than 3 scheduled days other than an approved vacation/holidays), including intermittent leaves, refer them to Human Resources.

**NOTE:** Due to the legal nature of any family or medical leave, all supervisors and managers must refer all family or medical leave requests AND any family or medical absences longer than 3 scheduled days, immediately to Human Resources.

Communicate any questions or concerns to Human Resources for follow up.

---

### EMPLOYEE PROCEDURES

Set an appointment with Human Resources preceding the expected date of your leave. If the leave is unforeseeable, immediately call your supervisor then Human Resources.

Provide the "Certification of Physician Health Care Provider" form, if applicable, to your health care provider.

Attend your appointment with Human Resources to receive detailed information about your leave of absence.

Communicate to your manager and Human Resources any extensions of your leave and provide any extensions to the health care provider certification to Human Resources.

Notify Human Resources when you are returning to work and, if applicable, provide the release to return to work from the health care provider to Human Resources.

B-III-12.14

# APPENDIX G

## SIDE LETTER re:   FLOATING

The Employer and Union agree to meet and confer within sixty (60) days of ratification of this Agreement to resolve problems and issues that arise from the current practice of floating.  It is understood and agreed that such discussions will normally take place in the Joint Labor-Management Committee.  It is further understood and agreed that any disputes arising in connection with such discussions shall be resolved in the manner provided in Article 32 (Joint Labor Management Committee).  However, this shall not prevent an Employee, the Union, or the Employer from subsequently pursuing an otherwise grievable issue through Article 29 Grievance and Arbitration.

## APPENDIX H

### SIDE LETTER re:   PERSONAL VEHICLE USE

For Employees who drive their personal vehicles on hospital business, if the Employee does not carry "business use" coverage and is involved in an accident involving property damage or personal injury, Enloe's liability insurer will cover as long as the driving is for hospital business and on working time.  If an Employee deviates from hospital business for personal business, such as to shop, visit friends, eat lunch, etc., Enloe's insurance does not cover property damage or personal injury arising from such activities.

# APPENDIX I

| SEIU United Healthcare Workers-West | |
|---|---|
| **Hospital Division Grievance** | |
| Name of Grievant: | Facility: |
| Dept.: | Job Classification: |
| Address: | Cell Phone: |
| Steward: | Steward Phone: |
| Date Filed: | Supervisor: |
| Step 1 Meeting Date: | Skelly Hearing Date: |

Statement of Grievance:

Applicable contract provisions include, but are not limited to, Paragraphs:

Requested Resolution:

Grievant:

Pursuant to the Employer's duty to bargain in good faith, the Union hereby requests the following information and/or documents which are necessary and relevant to process this grievance:

| Recv'd by Employer Rep: | Title: | Date Recv'd: |
|---|---|---|

Step 2 Answer:

|  |  | Date of Step 2 Meeting: |
|---|---|---|
| Answer Recv'd by Union Rep: | Date Recv'd: | Satisfactory?  ☐ Yes   ☐ No |

| Recv'd by Administrator: | | Date Recv'd: |
|---|---|---|

Step 3 Answer:

| Answer Recv'd by Union Rep: | Date Recv'd: | Satisfactory?  ☐ Yes   ☐ No |
|---|---|---|

| Request for Arbitration Submitted by Division Director: | | Date: |
|---|---|---|
| Date Closed? | Precedent-Setting: | Non-Precedent-Setting: |

ORIGINAL – Supervisor                    COPY – Steward                    COPY – Union Field Rep

\\Uhwfileserver\OAKLAND-FS\Public\Forms-UHW\Representation\Grievance & Arbitration\Hospital Division Grievance & Arbitration\Hospital Division Grievance.docx

96

# APPENDIX J

## SIDE LETTER re:   Clinical Technician I (Job Description)

| | | |
|---|---|---|
| POSITION TITLE: | Clinical Technician I | DEPARTMENT: Women's Services Esplanade, Digestive Disease, Wound Ostomy, Ortho-trauma Clinic |
| SUPERVISES: | No | EXEMPT/NON: Non-Exempt |
| Date Written: | 6/15 | Revised: |

POSITION SUMMARY:

The Clinic Technician is an unlicensed individual with limited training who performs basic administrative, clerical (front office) tasks and routine medical (back office) tasks and procedures under direct supervision of a licensed physician or designated mid-level providers in a physician office practice. He/she assists the medical providers and may perform within the scope of practice of a medical assistant to include: placing patients in exam rooms, collect and record patient data including height, weight and vital signs, prepare patients for clinician evaluation, apply and remove dressings and other similar procedures.

EDUCATION/TRAINING/EXPERIENCE:

Minimum:
Previous medical training such as (EMT, Certified Nurse Assistant, Military Corpsman, Medical Assistant, or Nursing student (one semester completed in nursing program) or Six months previous back office physician's / clinic experience.

Desired:
Previous hospital, back office, or non-emergency clinic services experience.

LICENSES/CERTIFICATIONS:

Minimum:
Current CPR Certification

SKILLS/KNOWLEDGE/ABILITIES:

Must be able to interact professionally and effectively communicate with physicians, staff, patients, and public. Must demonstrate basic medical / technical competence, a general knowledge of point of care laboratory equipment and capable of utilizing clerical and computer skills for a variety of medical office support functions. Must show sensitivity for the patient and their family and maintain strict confidentiality. Must be

able to follow instructions, work quickly and accurately in a fast paced environment. Analytical and grammatical skills are necessary to communicate effectively verbally and in writing. Organizational and multi-tasking skills are essential. Must be able to fulfill the essential functions of the position.

PATIENTS SERVED:

This position is responsible for age-related physiological, emotional and cognitive needs of the following age groups of patients: pediatric, adolescent, adult, and geriatric.

Revisions to the job description, accountabilities and measures may be required due to patient care needs and /or efficient operation of the Medical Center. You will be advised in writing of any changes. It is also understood that the job description is not all-inclusive and you may be required to perform other related duties.

*I have read and understand this job description and agree to fulfill the accountabilities and performance measures as described.*

- Attach Core Values for full Job Description –

| Employee's Printed Name: | Employee's Signature: | Date: |
|---|---|---|
|  |  |  |

| POSITION:  Clinical Technician I | DEPARTMENT:     Women's     Services Esplanade,   Digestive   Disease,   Wound Ostomy, Ortho-trauma Clinic |
|---|---|

### SUMMARY OF DUTIES

| 1. | COLLECTS, DOCUMENTS, AND REPORTS APPROPRIATE AGE-RELATED PATIENT INFORMAITION |
|---|---|

- Takes vital signs and documents information appropriately to include chief complaint.

- Documents medication reconciliation.

- Communicates effectively with patients and family considering age-specific and cultural needs.

- Identifies urgent situation and takes appropriate measures.

| 2. | PROVIDES BASIC PATIENT CARE |
|---|---|

- Provision of direct care is provided at the direction of the medical provider, according to age-related needs in accordance with hospital policies and procedures and with-in scope of practice for CMA.

- Prepares patient for medical provider evaluation.

- Technical skills reflect knowledge of and safe use of equipment. Ensures quality control testing is done daily or according to policy and documented.

- Performs safe treatments and documents appropriately.

- Calls in medications to the Pharmacy that are exact and according to the provider's orders.

- Remains calm, professional, and effective in emergency situations.

| 3. | CLERICAL AND OTHER RESPONSIBILITES |
|---|---|

- Completes referrals and authorizations. Working with insurance company and codes visits and procedures appropriately.

- Communications with physician and patients regarding patient condition in a timely manner.

- Ability to identify urgent situations and communicate the appropriate person.

- Completes forms as necessary and forwards them to the correct department or entity.

- Prepares chart at time of patient registration, ensuring appropriate forms needed for scheduled visit.

- Contributes for the cleanliness and orderliness of the clinic; Cleans assigned area, orders and stocks supplies.

- Maintains clinic equipment in working order, reports problems in a timely manner.

- Assists patients as needed

| 4. | MEETS TEACHING NEEDS OF PATIENT AND FAMILY |
|---|---|

- Provides information on specific topic which includes age-specific needs of patient and family.

- Documents teaching and patient/family response, using appropriate teaching tools and techniques.

| 5. | MEETS TEACHING NEEDS OF NEW EMPLOYEES |
|---|---|

- Assists in the orientation of students and new employees.
- Communicates with Clinic Manager or supervising medical provider any concerns regarding students or orientees.
- Intervenes appropriately if unsafe situation occurs.

| 6. | RECOGNIZES LEGAL RESPONSIBILITIES |
|---|---|

- Functions within the scope of practice of a medical assistant as defined by California State regulations and hospital policy.

## APPENDIX K

### SIDE LETTER re:   Clinical Technician II (Job Description)

POSITION TITLE:   Clinical Technician II   DEPARTMENT: Prompt Care

SUPERVISES:        No                    EXEMPT/NON: Non-Exempt

Date Written:      7/15                  Revised:

POSITION SUMMARY:

The Clinic Technician's primary responsibility is to facilitate patient flow. The Clinic Technician provides basic patient care under the supervision of the clinic nurse. He/she may perform selected procedures as defined in the Patient Care Standards Manual. Patient care would include: obtaining, weight, vital signs, placing patients in exam rooms, conducting Point of Care testing, EKGs, applying splints, obtaining specimens, preparing patients for clinician evaluation, and assisting clinician. The Clinic Technician will also see that the area is orderly and well stocked with supplies and equipment that are ready for use. The Clinic Tech will also assist the nursing and medical staff by acting as receptionist, unit liaison, and secretary for the nursing unit.

EDUCATION/TRAINING/EXPERIENCE:

Minimum:
Previous medical training such as (EMT, Certified Nurse Assistant, Military Corpsman, Medical Assistant, or Nursing student (one semester completed in nursing program) OR Six months previous back office physician's / clinic experience.

Desired:
Previous hospital, back office, or non-emergency clinic services experience.
Experience in Ambulatory Care setting

LICENSES/CERTIFICATIONS:

Minimum:
Current CPR Certification

Desired:
Current Phlebotomy Certificate (CPTI or CPT IT) issued by the California Department of Health Services OR Medical Assistant Program graduate with phlebotomy skill training.

SKILLS/KNOWLEDGE/ABILITIES:

Must have medical terminology knowledge. Must be able to interact professionally and effectively communicate with physicians, staff, patients, and public. Must demonstrate technical competence and capable of using computer software programs such as Meditech. General knowledge of point of care laboratory equipment. Must show sensitivity for the patient and their family. Must be able to follow instructions, work quickly and accurately in a fast paced environment. Analytical and grammatical skills are necessary to communicate effectively, verbally and in writing. Organizational and multi-tasking skills are essential. Capable of using Microsoft Word. Excel, Outlook (Microsoft Office Suite) computer skills , as well as clerical skills, for a variety of support functions. Must be able to fulfill the essential functions of the position.

PATIENTS SERVED:

This position is responsible for age-related physiological, emotional and cognitive needs of the following age groups of patients: pediatric, adolescent, adult, and geriatric.

Revisions to the job description, accountabilities and measures may be required due to patient care needs and /or efficient operation of the Medical Center. You will be advised in writing of any changes. It is also understood that the job description is not all-inclusive and you may be required to perform other related duties.

*I have read and understand this job description and agree to fulfill the accountabilities and performance measures as described.*

- Attach Core Values for full Job Description –

| Employee's Printed Name: | Employee's Signature: | Date: |
| --- | --- | --- |

| POSITION:  Clinical Technician II | DEPARTMENT: Prompt Care |
|---|---|

## SUMMARY OF DUTIES

**1.   CONTRIBUTES TO THE CLEANLINESS AND ORDERLINESS OF THE DEPARTMENT**

- Cleans room after each patient.
- Stocks rooms with supplies daily and reorders as needed.
- Stores incoming supplies neatly and timely.
- Contributes to maintaining the cleanliness of the common areas and performs other duties when assigned.

**2.   COLLECTS, DOCUMENTS, AND REPORTS APPROPRIATE AGE-RELATED INFORMATION**

- Takes vital signs and documents information appropriate to chief complaint.
- Measures and documents pediatric height and weight accurately.
- Ensures appropriate patient communication services are accessed and available such as special needs translators and interpreters.
- Communicates effectively with patients and family considering age-specific and cultural needs. Identifies urgent situation and takes appropriate measures.

**3.   PROVIDES BASIC PATIENT CARE**

- Provision of direct care is provided at the direction of MD or NP, according to age-related needs and In accordance with accepted standards and hospital policies and procedures.
- Prepares patient for MD/NP evaluation.
- Technical skills reflect knowledge of and safe use of equipment.
- Ensures specimens are collected as directed.
- Performs safe treatments and point of care testing, documents appropriately.
- Remains calm, professional, and effective in emergency situations.

**4.   OBSERVES, DOCUMENTS, AND REPORTS PATIENT'S RESPONSE TO TREATMENT**

- Assesses pain for location character, frequency, duration, and rating on 0-10 pain scale on admission and at time of discharge with appropriate documentation.
- Continuously monitors progression toward patient goals by noting response to each intervention.
- Informs healthcare team of changes in patient condition.

103

---

**5.     MEETS TEACHING NEEDS OF PATIENT AND FAMILY**

- Provides information on specific topic which includes age-specific needs of patient and family.
- Documents teaching and patient/family response, using appropriate teaching tools and techniques.

---

**6.     MEETS TEACHING NEEDS OF NEW EMPLOYEES**

- Assists m the orientation of students and new employees.
- Communicates with Charge nurse or supervising nurse any concerns regarding students or orientees.
- Intervenes appropriately if unsafe situation occurs.

---

**7.     RECOGNIZES LEGAL RESPONSIBILITIES**

- Functions within scope of practice.

---

**8.     PERFORMS RECEPTIONIST DUTIES**

- Welcomes, answers questions, determines priorities with respect to patient centered care and age groups served, and lends assistance to all who visit Prompt Care.
- Identifies self, using name and title when answering phone.
- Takes messages and delivers them promptly and accurately.
- Routes incoming mail appropriately.
- Appropriately routes questions relating to hospital regulations, procedures, and policy.

---

**9.     AS A UNIT LIASION, MAINTAINS A KNOWLEDGE BASE OF ACTIVITIES OCCURING ON THE UNIT**

- Is familiar with hospital and unit policies and rules.
  - Intervenes appropriately if unsafe situation arises
  - Communicates with unit's charge nurse or supervising nurse regarding concerns
- Prioritizes activities at the desk, promptly informing the charge nurse of coordinator of incoming information.
- Reports equipment, both medical and non-medical, for needed repair to the appropriate department.
- Uses Chart Max & Meditech to correctly disposition charts, look up labs and visit details.

104

**10.    ACTS AS CLERICAL SUPPORT FOR THE UNIT**

- Follows written and oral instructions of the professional nursing staff and physicians on the unit.
- Transcribes doctor's orders accurately.
- Requisitions services from other departments accurately utilizing the Patient Care Information System.
- Orders supplies using Meditech (Materials Management) system, receives, and distributes efficiently.
- Creates unit chart packs correctly and timely.
  - Maintains the charts adding new documents and thinning as needed
  - Assesses chart for completeness: Consent, History and Physical, labs and all required forms to individualize the patient's chart
- Performs various clerical duties needed by individual unit.

# APPENDIX L

## SIDE LETTER re: Unit Secretary (Job Description)

POSITION TITLE: Unit Secretary     DEPARTMENT: Cohasset & EOC Prompt Care

SUPERVISES:     No     EXEMPT/NON: Non-Exempt

Date Written:     7/15     Revised:

POSITION SUMMARY:

The Unit Secretary assists the nursing and medical staff by acting as receptionist, unit liaison, and secretary for the nursing unit.

EDUCATION/TRAINING/EXPERIENCE:

Minimum:
One year experience utilizing clerical, computer and receptionist skills

Desired:
One year experience in Ambulatory Care Setting

LICENSES/CERTIFICATIONS:

Typing certification of 25 wpm (Certificate must be within the last three years.)

SKILLS/KNOWLEDGE/ABILITIES:

Must have medical terminology knowledge. Must be able to interact professionally and effectively communicate with physicians, staff, patients, and public. Must show sensitivity for the hospitalized patient and family. Must be able to follow instructions, work quickly and accurately in a fast paced environment. Analytical and grammatical skills are necessary to communicate effectively, verbally and in writing. Capable of using Microsoft Word, Excel, Outlook (Microsoft Office Suite) computer skills for a variety of support functions. Organizational and multi-tasking skills are essential. Must be able to fulfill the essential functions of the position.

PATIENTS SERVED:
This position is responsible for age-related physiological, emotional and cognitive needs of the following age groups of patients: pediatric, adolescent, adult, and geriatric.

Revisions to the job description, accountabilities and measures may be required due to patient care needs and /or efficient operation of the Medical Center. You will be advised in writing of any changes. It is also understood that the job description is not all-inclusive and you may be required to perform other related duties.

*I have read and understand this job description and agree to fulfill the accountabilities and performance measures as described.*

- Attach Core Values for full Job Description –

| Employee's Printed Name: | Employee's Signature: | Date: |
| --- | --- | --- |
| | | |

| POSITION:  Unit Secretary | DEPARTMENT: Cohasset & EOC Prompt Care |
|---|---|

### SUMMARY OF DUTIES

**1.     PERFORMS RECEPTIONIST DUTIES**

- Welcomes, answers questions, determines priorities with respect to patient centered care and age groups served, and lends assistance to all who visit Prompt Care.
- Identifies self, using name and title when answering phone.
- Takes messages and delivers them promptly and accurately. Routes incoming mail appropriately.
- Appropriately routes questions relating to hospital regulations, procedures, and policy.

**2.     AS A UNIT LIASION, MAINTAINS A KNOWLEDGE BASE OF ACTIVITIES OCCURING ON THE UNIT**

- Is familiar with hospital and unit policies and rules.
  - Intervenes appropriately if unsafe situation arises
  - Communicates with unit's charge nurse or supervising nurse regarding concerns
- Prioritizes activities at the desk, promptly informing the charge nurse or coordinator of incoming information.
- Reports equipment, both medical and non-medical, for needed repair to the appropriate department.
- Uses Chart Max & Meditech to correctly disposition charts, look up labs and visit details.

**3.     ACT AS CLERICAL SUPPORT FOR THE UNIT**

- Follows written and oral instructions of the professional nursing staff and physicians on the unit.
- Transcribes doctor's orders accurately.
- Requisitions services from other departments accurately utilizing the Patient Care Information System.
- Orders supplies using Meditech (Materials Management) system, receives, and distributes efficiently.
- Creates unit chart packs correctly and timely.
  - Maintains the charts adding new documents and thinning as needed
  - Assesses chart for completeness: Consent, History and Physical, labs and all required forms to individualize the patient's chart
- Performs various clerical duties needed by individual unit.