DAN P. BAILEY
1871 Skyway
Chico, California 95928
Telephone: (530) 774-5323
Fax (530) 902-9000 – 24/7
Email: Dan_P_Bailey@hotmail.com
Plaintiff, In Propria Persona

BARBARA A. BLACKBURN, Bar No. 253731
DOUGLAS L. ROPEL, Bar No. 300486
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone:    916.830.7200
Fax No.:        916.561.0828

Attorneys for Defendant
ENLOE MEDICAL CENTER

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL PAUL BAILEY, Individual, | § | Case No. 2:18-cv-00055-KJM-CMK |
| | § § | **PARTIES STIPULATION TO** |
| v. | § | **SERVICE VIA EMAIL; PRO SE** |
| | § | **PLAINTIFF EFILE; PARTIES USE** |
| | § | **OF COURT CALL** |
| ENLOE MEDICAL CENTER, Domestic | § | |
| Nonprofit Corporation | § | |

## PARTIES STIPULATE TO PRO SE PLAINTIFF, EFILE

      Plaintiff and Defendant hereby stipulate to Pro Se Plaintiff Dan Bailey being permitted to use electronic filing via the Court's Case Management/Electronic Case Files system ("CM/ECF"), pursuant to Local Rule 133(b)(3).

## STATEMENT OF FACTS IN SUPPORT OF REQUEST

      1.      Plaintiff Dan P. Bailey (Bailey) lives in Chico, California and is over ninety (90) miles from the Federal Court House in Redding and approximately the same for Sacramento. It is a hardship for plaintiff travel 200 miles to file documents, and / or get copies on short notice.

2.     Furthermore, Plaintiff works in a job requiring many days traveling out of town and thus, cannot regularly check the mail box.  Also, Plaintiff's mail box is on a heavily traveled public road and subject occasionally to vandals or theft.

3.     Plaintiff, believes will be more reliable, convenient and facilitate faster response time.

4.     Further, notices that come through the ECF by email are almost instant and if Plaintiff must rely on hard copy via U.S. Postal mail, the delay in between mailing by the clerk and receipt by plaintiff can take several days to a week.

5.     Plaintiff's Dan P. Bailey current e-mail address is: Dan_P_Bailey@hotmail.com.

6.     Defendant, through its attorneys, also relies on the CM/ECF filing and service through the system.

7.     Plaintiff will necessarily need to handle the matters in the instant action regarding responding timely to the notices of the Court and the defense after normal business hours and on weekends further necessitating the use of the CM/ECF filing system.

8.     Plaintiff and his assistant have read the online Pacer documentation regarding efiling.

9.     Further Plaintiff also has read the EDC Local Rule 133 and agrees to abide by all applicable statues and or rules regarding the use of Case Management/Electronic Case Files (CM/ECF) system.

10.     Plaintiff hereby stipulates and agrees to abide by all Pacer rules.

11.     Defendant does not stipulate to service of process as provided by FRCP 5(b)(2)(E), (b)(3); but has agreed to send to Plaintiff a courtesy copy via email in addition to using the U.S. Mail to serve documents.

12.     Plaintiff understands Defendant has not consented to electronic service of process. However, Defendant's attorney Douglas Ropel has agreed to send a courtesy copy of all communications, summons, notices, by email in addition to the normal use of the U.S. Mail or other FRCP-approved service methods.

///

13.    Plaintiff agrees to send a courtesy copy to Defendant of all communications, summons, notices, and efile documents in addition to the normal use of the U.S. Mail.

Respectfully submitted,

Dated:   May 29, 2018

/s/ Dan P. Bailey (original signature retained by Defendant's counsel Douglas Ropel)
DAN P. BAILEY, Plaintiff
In Propria Persona

Dated:   May 29, 2018

/s/ Douglas L. Ropel
BARBARA A. BLACKBURN
DOUGLAS L. ROPEL
LITTLER MENDELSON, P.C.
Attorneys for Defendant
ENLOE MEDICAL CENTER

## ORDER

Good cause appearing, **IT IS SO ORDERED.**

Dated:  May 30, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE