IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAN BAILEY,  No. 2:18-CV-0055-KJM-CMK

    Plaintiff,

  vs.  ORDER

ENLOE MEDICAL CENTER,

    Defendant.

_____/

    Plaintiff, who is proceeding pro se, brings this civil action. An initial status/scheduling conference was held in this matter on June 6, 2018, at 10:00 a.m. before the undersigned. Plaintiff Dan Bailey appeared pro se. Barbara A. Blackburn, Esq., appeared for defendant(s).

    Upon consideration of the status reports on file in this action, discussion with the parties, and good cause appearing therefor, the court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

    1.    Pursuant to stipulation of the parties, the initial disclosures outlined in Federal Rule of Civil Procedure 26(a)(1) and (f) were exchanged on June 14, 2018, and no further disclosure deadline has been requested;

2. The parties shall exchange lists of expert witnesses no later than January 7, 2019. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e). Failure to comply with these requirements may result in the imposition of appropriate sanctions, which may include the preclusion of testimony or other evidence offered through the expert witness;

3. Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by March 18, 2019;

4. All other pre-trial motions, including dispositive motions, shall be noticed to be heard by May 6, 2019;

5. The pre-trial conference is set for August 9, 2019, at 10:00 a.m. before the Honorable Kimberly J. Mueller in Sacramento, California. Separate pre-trial statements shall be filed pursuant to Local Rule 281. At the pre-trial conference, the court will set deadlines, among others, to file motions in limine, final witness and exhibits lists, objections thereto, and other trial documents; and

6. Jury trial of this matter is set for September 23, 2019, at 1:30 p.m. before the Honorable Kimberly J. Mueller in Sacramento, California. The parties shall file trial briefs pursuant to Local Rule 285.

IT IS SO ORDERED.

DATED: June 15, 2018

                              **CRAIG M. KELLISON**
                              UNITED STATES MAGISTRATE JUDGE