# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN BAILEY,<br><br>    Plaintiff,<br><br>    v.<br><br>ENLOE MEDICAL CENTER,<br><br>    Defendant. | No. 2:18-CV-0055-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action for wrongful termination. Pending before the court is defendant's motion for summary judgment. No opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for September 11, 2019, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

    IT IS SO ORDERED.

Dated: September 4, 2019

                                                DENNIS M. COTA
                                                UNITED STATES MAGISTRATE JUDGE