# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

DAN BAILEY,

    Plaintiff,

    v.

ENLOE MEDICAL CENTER,

    Defendant.

No. 2:18-CV-0055-KJM-DMC

ORDER

Plaintiff, who is proceeding pro se, brings this civil action for wrongful termination. Pending before the court is defendant's motion for summary judgment (ECF No. 32). No opposition to the pending motion had been timely filed and the matter was submitted on the briefs without oral argument pursuant to Eastern District of California Local Rule 230(c). Plaintiff now seeks a 94-day extension of time to file a response to defendant's motion (ECF No. 35). Defendants may file a response to plaintiff's motion for an extension of time on or before October 17, 2019. Thereafter, plaintiff's motion will be submitted without hearing.

    IT IS SO ORDERED.

Dated: October 3, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE