# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN BAILEY, | No. 2:18-CV-0055-KJM-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ENLOE MEDICAL CENTER, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action for wrongful termination. Pending before the court is plaintiff's unopposed motion (ECF Nos. 39 and 40) for an extension of time to December 6, 2019, to respond to defendant's motion for summary judgment. Good cause appearing therefor, plaintiff's motion will be granted

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF Nos. 39 and 40) is granted;
2. Plaintiff may file an opposition on or before December 6, 2019;
3. Defendant may file a reply brief within 15 days after the date of service of any opposition; and

///

///

///

1

4. The Parties will be notified by the Court in the event oral argument is requested. Pending such notice, defendant's motion for summary judgment will stand submitted upon the completion of briefing permitted herein.

Dated: December 4, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE