# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN BAILEY, | No. 2:18-CV-0055-KJM-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ENLOE MEDICAL CENTER, | |
| Defendant. | |

    Plaintiff, who is proceeding pro se, brings this civil action for wrongful termination. Pending before the court is plaintiff's unopposed motion (ECF No. 49) for an extension of time to file objections to the court's January 13, 2020, order. Good cause appearing therefor, the motion will be granted and plaintiff's February 3, 2020, filing (ECF No. 48) is deemed timely.

    A review of the docket reflects that plaintiff submitted a proposed late opposition to defendant's motion for summary judgment (ECF No. 47-1), a declaration in support thereof (ECF No. 47-2), and exhibits (ECF No. 47-3). For the good of the record, the court will direct the Clerk of the Court to file these documents on the docket as plaintiff's opposition to defendant's motion for summary judgment. Defendant may file a reply brief on or before February 18, 2020, after which date no further filings either in support of or opposition to defendant's motion for summary judgment will be permitted and the motion will stand

1

submitted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 49) is granted;

2. Plaintiff's February 3, 2020, filing (ECF No. 48) is deemed timely;

3. The Clerk of the Court is directed to file and docket ECF Nos. 47-1, 47-2, and 47-3 as plaintiff's late opposition to defendant's motion for summary judgment;

4. Defendant may file a reply brief on or before February 21, 2020; and

5. Upon the expiration of the time to file a reply brief, defendant's motion for summary judgment will stand submitted without oral argument.

Dated: February 13, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE