# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN BAILEY, | No. 2:18-CV-0055-KJM-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ENLOE MEDICAL CENTER, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. On March 18, 2020, the Chief District Judge issued General Order 612 in light of the COVID-19 virus outbreak. That order provides in relevant part:

> All of the court's civil matters will be decided on the papers, or if the assigned Judge believes a hearing is necessary, the hearing will be held by telephone or videoconference. This applies to all matters including motion hearings, case management conferences, pretrial conferences, and settlement conferences.

///

///

///

///

///

///

Pursuant to General Order 612, the hearing set for April 1, 2020, before the undersigned in Redding, California, on plaintiff's motion to amend is hereby vacated and plaintiff's motion is submitted on the papers. The Court will address plaintiff's motion as well as defendant's motion for summary judgment separately.

IT IS SO ORDERED.

Dated: March 19, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE