IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN BAILEY, | No. 2:18-CV-0055-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| ENLOE MEDICAL CENTER, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court is defendant's motion to dismiss. See ECF No. 62. Pursuant to the Court's general orders closing the courthouses in this district to the public, the hearing on defendant's motion, set for September 2, 2020, before the undersigned in Redding, California, at 10:00 a.m., is hereby vacated. Plaintiff's opposition to defendant's motion remains due by August 19, 2020. Defendant may file a reply by August 26, 2020. Following completion of briefing the matter will stand submitted unless the Court determines a hearing would be beneficial, in which case a hearing will be re-set by separate order.

IT IS SO ORDERED.

Dated: August 13, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1