IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN BAILEY,<br><br>    Plaintiff,<br><br>    v.<br><br>ENLOE MEDICAL CENTER,<br><br>    Defendant. | No. 2:18-CV-0055-KJM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court are plaintiff's motions for an extension of time. See ECF Nos. 66 and 67. Good cause appearing therefor, plaintiff's motions are granted. While plaintiff has requested additional time to September 12, 2020, to file an opposition to defendant's motion to dismiss, the Court sua sponte grants plaintiff an additional 15 days to September 24, 2020, to file an opposition. Defendant's reply is due by October 1, 2020. Absent a showing of exceptional circumstances, further extensions of time will not be granted.

    IT IS SO ORDERED.

Dated: September 14, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1