IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN BAILEY, | No. 2:18-CV-0055-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| ENLOE MEDICAL CENTER, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's application, ECF No. 71, for leave to file an oversized brief in opposition to Defendant's motion to dismiss. Good cause appearing therefor and no opposition to Plaintiff's application having been filed, Plaintiff's application is granted. Plaintiff's opposition, ECF No. 68, is deemed properly filed. The Court will address Defendant's motion to dismiss by separate findings and recommendations.

IT IS SO ORDERED.

Dated: February 9, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28