# EXHIBIT #01

# EXHIBIT #01

Dan P. Bailey
1871 Skyway
Chico, California 95928
Telephone: (530) 774-5323
Email: Dan_P_Bailey@hotmail.com

In Pro Se

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| DANIEL P. BAILEY, | § | Case No. 2:18-cv-00055-KJM-CMK |
|---|---|---|
| Plaintiff, | § § § | **DAN H. BAILEY'S AFFIDAVIT OF FACTS RE CONTACT WITH ATTORNEY RONDA N. BALDWIN-KENNEY AND HER ASSISTANT GAVIN MEHL** |
| v. | § § § | |
| ENLOE MEDICAL CENTER, and DOES 1 through 50, inclusive, | § § § | |
| Defendants. | § | |

County of Butte

State of California

## AFFIDAVIT OF DAN H. BAILEY

Before me, the undersigned notary, on this day personally appeared Dan H. Bailey, the affiant, or proved by sufficient evidence or a person who known to me. After I administered an oath, the affiant testified as follows:

My name is Dan H. Bailey. I am competent to make this affidavit. The facts stated on this affidavit are within my knowledge and are true, correct, and materially complete.

If called and sworn as a witness, I would testify as follows:

1. I make this affidavit of my own free will.

2. I am not an ATTORNEY.

3. I am the chosen assistant to my son Dan P. Bailey, in his unlawful termination suit against Enloe Medical Center.

4. On February 23, 2021, we received by email "Notice of Electronic Filing" an order (ECF No. 75) signed by Magistrate Judge Dennis M. Cota with his Finding and Recommendations regarding Defendant's partial motion to dismiss ECF No. 62.

5. On February 28, 2021, I sent Gavin via Google Drive the original complaint and the 2nd Amended Complaint. See the Offer of Proof, a true and correct screen capture inserted herein:



6. With a couple of days (not sure exact date) Mr. Mehl informed me he was involved in several other matters and that he would take a look at it as soon as he could.

7. On March 10, 2021, we filed a motion to a 30-day extension of time (mistakenly out of time by one day) to respond to the Magistrate's Findings and Recommendations. (ECF No. 76)

8. Later that evening Dan P. Bailey contacted me after receiving an email to confirm the last day for filing for the extension in time.

9. On March 11, 2021, we filed an amended after deadline motion to extend time. (ECF No. 77)

10. On Friday, March 12, 2021, Dan P Bailey and I had a pre-screening phone conference with Gavin Mehl (assistant to attorney Ronda N. Baldwin-Kennedy) lasting approximately two (2) hours. Dan P. Bailey went into depth about the events that led to his unlawful termination.

11. That phone conference resulted in scheduling a meeting with attorney Ronda N. Baldwin-Kennedy for March 26th, 2021 in Agoura Hills, California.

12. Upon checking I found the date in my phone tickler (calendar) was off by one day the correct day being the (9th) so we had filed after the deadline.

13. On March 11, 2021, we refiled an amended after deadline Motion for a thirty-day extension of time to file a motion for reconsideration. (ECF No. 77)

14. On March 12, 2021, Defendants filed an Opposition to the motion for extension of time which contained a defective (no signature of Defendant's attorney) declaration. (ECF No. 78)

15. On March 12, 2021, (same day) filed an AMENDED DECLARATION adding signature only. (ECF No. 79)

16. On March 15, 2021, we received by email "Notice of Electronic Filing" an order (ECF No. 80) signed by Magistrate Judge Dennis M. Cota DENYING [76] and [77] the Motions for Extension of Time.

SWORN TO and SUBSCRIBED before me by Dan H. Bailey on March 24, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Dan H. Bailey, Affiant

(*See Jurat attached*)