# EXHIBIT #01

# EXHIBIT #01

Ronda Baldwin-Kennedy, SBN #302813
lorblaw@gmail.com
5627 Kanan Rd., Ste 614
Agoura Hills, CA 91301-3358
Telephone: (707) 974-0147

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN BAILEY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ENLOE MEDICAL CENTER; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-00055-KJM-CMK<br><br>**DECLARATION OF RONDA BALDWIN-KENNEDY IN SUPPORT OF MOTION TO REOPEN DISCOVERY** |

## DECLARATION UNDER PENALTY OF PERJURY

I, Ronda Baldwin-Kennedy make this declaration is in support of Plaintiff's Motion to Re-Open Discovery filed separately.

1. I am an attorney licensed in the state of California to practice law.

2. On April 06, 2021, my client who to date had be Pro Se and I signed a consent order substituting me in as the attorney of record in the above captioned matter. (ECF No. 85)

3. On May 20, 2021, the order was approved and filed. (ECF No. 87)

4. In review some documentation furnished by my client and his assistant (father) and consultation with my assistant we are preparing for trial.

5. We find the need to re-open discovery for a short time primarily focused on the taking of depositions as outlined in my clients Motion to Reopen Discovery.

6. We also anticipate some may be simply written deposition while others will be in person scheduled in Chico, for the convenience of the deponents.

7. There appears that there may be need for additional discovery to bolter my client's defamation cause of action.

8. We believe this additional discovery and the testimony of these percipient witnesses are likely to 1) lead to discussion regarding settlement or assist me in focusing for trial on the merits.

    I declare under the penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Dated this 28th, day of June 2021.

Respectfully submitted,

_____
Ronda Baldwin-Kenney
Law Office of Ronda Baldwin-Kennedy
Attorney for Plaintiff, Dan Bailey