# EXHIBIT #02

# EXHIBIT #02

**From:** Shawn Fredricks
**Sent:** Wednesday, November 25, 2015 8:56 PM
**To:** HELPDESK
**Cc:** Jeffrey Crawford
**Subject:** IR150231 - meditech audit trail on employee

D001097

2

Hi,

I am the Lead CT tech and I need to request an audit trail for one of my employees that appears to have possibly made several hipaa violations. His name is Dan Bailey and he is a CT technologist assistant. I am needing to know all of his meditech activity on 11-25-15 from 11am to 530 pm with an additional special focus on patient 103775. I will be in the hospital working 7a-7p on Thanksgiving and can be reached anytime on my cell at 805 636 6166. This employee will also be working with me tomorrow so please only contact me by phone. Thank you

Shawn Fredricks
Lead CT Tech