# EXHIBIT #03

# EXHIBIT #03

# Carol Linscheid

| | |
|---|---|
| From: | Carol Linscheid |
| Sent: | Friday, December 11, 2015 11:40 AM |
| To: | Mike Wiltermood |
| Subject: | Discharge - Dan Bailey |

Hi Mike,

I think you are not here today so letting you know that we finalized our investigation of privacy breach with Dan Bailey, Tech Assistant in CT. The audit covered the dates of Nov 25 – 29. We found consideration for record access on Nov 26 – 29 to reasonably be for purposes of treatment or operations but on Nov 25 Dan was assigned to the front desk with other TAs assigned to the Techs who were working that day. No part of his assignment included patient care. Dan accessed nine patients during that period and these represent reportable privacy breaches. We will report today and I am finalizing his Discharge Counseling and terminate his employment today. I know you were aware it was likely we were terminating him and that you agreed if the investigation turned out the way it appeared to be going. We will likely experience a fine of $250,000 and it is possible Dan will be fined up to $350,000.

Thanks,
Carol

Carol Linscheid, SPHR, SHRM-SCP
Vice President Human Resources
Chief Compliance Officer
Enloe Medical Center
530 332-7035

1