# EXHIBIT #04

# EXHIBIT #04



# CDPH Privacy Reporting Form

**Description of breach:** On 11/25/15 at approximately 10:30 a.m. CT Technologist Assistant D.B. was on duty in CT and reassigned to the Radiology department front office by his supervisor and specifically tasked with answering phones, copying disks if requested, and assisting with outpatients. There were two CT Techs on duty responsible for processing, transporting, scanning and manage inpatients requiring CT scans in the Radiology department and a CT Tech and CT Tech Assistant on duty who were responsible for processing, transporting, scanning and managing patients requiring CT scans in the Emergency Department. While assigned to the Radiology front office, CT Tech Assistant D.B. accessed medical records of patients which he had no patient care responsibilities. He did not access the medical records for purposes of treatment, payment or healthcare operations.

**Breach Occurrence:**
Date: 11/25/15     Time: 10:52 p.m. – 3:12 p.m.

**Breach Identification/Confirmation:**
Date: 12/04/15     Time: 3:15 p.m.

**How Breach was identified:** Via an audit of employee's computer access.

**Specific PHI that was disclosed/viewed:**
Including but not limited to patient EMRs containing visit information, 24 Hour reports, order histories, laboratory results, notes, care trends, care activity and imaging studies.

**Disposition of PHI:** The PHI was accessed and viewed via the computer only. No documents were printed.

**CDPH Notification**
Date: 12/18/15     Time: 0800     By: Kathy Cawthon RN for Julie Martin
Julie Martin, RN Director of QM

**Patient(s) Involved in Breach:**

| MR# | DOS | Name |
|---|---|---|
| 103775 | 11/25/15 | Linda Hidy |
| 369218 | 11/25/15 | Emily Wright |
| 182367 | 11/25/15 | Norma Smyzer |
| 328930 | 11/25/15 | Patricia Lindsey |
| 479376 | 11/25/15 | Richard Healless |
| 250456 | 11/25/15 | Edward Gardiner |
| 769682 | 11/25/15 | Allen Hastings |
| 169083 | 11/25/15 | Sarah Bailey |
| 405363 | 11/25/15 | Fred Pierson |

**Patient Notification of Breach:**
Date: 12/18/15   Time: Breach notification letters were mailed to the patients via USPS 1st class mail
Completed by: Brenda Boggs – Enloe Privacy Officer

**Who was responsible for breach:** Daniel Bailey, CT Technologist Assistant – Radiology Department

**Actions taken to prevent re-occurrence:** The employee's employment was terminated.

D001353