# EXHIBIT #05

# EXHIBIT #05

San Francisco, CA 94103
Phone: (628) 221-8860
E-mail: yasmin.macariola@nlrb.gov<mailto:yasmin.macariola@nlrb.gov>

From: Xochitl A. Lopez [mailto:XLopez@unioncounsel.net]
Sent: Saturday, January 07, 2017 5:33 PM
To: Macariola, Yasmin <Yasmin.Macariola@nlrb.gov<mailto:Yasmin.Macariola@nlrb.gov>>
Cc: Xochitl A. Lopez <XLopez@unioncounsel.net<mailto:XLopez@unioncounsel.net>>
Subject: RE: information request letter for 20-CB-187384

Yasmin, you asked me to clarify whether the Union obtained new information about (b) (6), (b) (7)(C) post-termination conduct at some point during the grievance process. Yes, they did. During the initial grievance steps, (b) (6), (b) (7)(C) acted strangely and it did increasingly concern the Union. For example, (b) (6) tried to go and see (b) (6), (b) (7)(C) several times rather than waiting for the grievance steps. (b) (6) also acted in a counter productive manner during the grievance meetings. Inappropriate conduct such as this gave the union cause to question (b) (6), (b) (7)(C) ability to prevail in an arbitration hearing, however at this time, despite this concerning behavior, the union decided to continue moving forward with the grievance.

The Union appealed it to arbitration. Soon thereafter however, the Union learned from the employer about (b) (6), fraudulent donning of the firefighter's uniform, and unauthorized entry into the hospital. As stated in the Union's letter, when confronted with these facts, (b) (6), (b) (7)(C) did not deny it. This misconduct seemed much more severe, more than just an attitude problem, certainly not the conduct that an arbitrator would expect of a healthcare professional. Moreover the conduct would surely validate the employer's concerns regarding safety and security in the hospital in the eyes of an arbitrator. Therefore, the Union declined to move the grievance forward at that point.

I hope this is helpful.

Xochitl


From: Macariola, Yasmin [mailto:Yasmin.Macariola@nlrb.gov]
Sent: Tuesday, January 03, 2017 8:29 AM
To: Xochitl A. Lopez
Subject: RE: information request letter for 20-CB-187384

Dear Ms. Lopez,

Can you give me an update as to when the Union will be responding to my information request letter that had a deadline of December 30th?

Thanks,

Yasmin Macariola
Field Attorney
NLRB, San Francisco Office, Region 20
901 Market St. Suite 400
San Francisco, CA 94103
Phone: (628) 221-8860
E-mail: yasmin.macariola@nlrb.gov<mailto:yasmin.macariola@nlrb.gov>

From: Macariola, Yasmin
Sent: Friday, December 16, 2016 9:53 AM
To: 'xlopez@unioncounsel.net' <xlopez@unioncounsel.net<mailto:xlopez@unioncounsel.net>>
Subject: information request letter for 20-CB-187384

Dear Ms. Lopez,

Attached please find an information request letter for this case. If you have any questions, please do not hesitate to

D001581

contact me at (628) 221-8860.

Sincerely,

Yasmin Macariola
Field Attorney
NLRB, San Francisco Office, Region 20
901 Market St. Suite 400
San Francisco, CA 94103
Phone: (628) 221-8860
E-mail: yasmin.macariola@nlrb.gov<mailto:yasmin.macariola@nlrb.gov>

D001582