# EXHIBIT #06

# EXHIBIT #06

# Carol Linscheid

| | |
|---|---|
| **From:** | Carol Linscheid |
| **Sent:** | Thursday, May 26, 2016 12:53 PM |
| **To:** | Marcus Hatcher (mhatcher@seiu-uhw.org) |
| **Subject:** | Dan Bailey |
| **Attachments:** | ehrp01mf.enloe.org_ScanToFile_05-24-2016_16-47-54.pdf |

Marcus,

The purpose of this email is to address and describe concerning behaviors of Dan Bailey.

Dan reviewed records of a number of patients for whom he was not involved in treatment, payment, or operations despite repeated training. After an investigatory meeting in which he could not provide any reason related to treatment, payment, or operations for accessing a number of records for nine patients, his employment was terminated on 12/11/15 for unlawful privacy breach. Enloe will be fined for Dan's actions. Probably the fine will be about $250,000. Enloe had every reason to find that Dan did have a lawfully acceptable reason for accessing the records but could find none.

Upon being suspended pending investigation Dan was asked not to return to Enloe premises unless he was seeking medical treatment or unless he had a specific appointment with us regarding the investigation.

After termination of employment, Dan did return, in an effort to conduct his own investigation, to interview people in his department. This occurred on January 11, 2016. I found him after receiving a call that people were very uncomfortable with his presence. I asked him to leave, again explaining the circumstances under which he could be on premises. He agreed to leave.

Around this same timeframe, staff expressed discomfort to management about Dan's attempts to contact them. Several provided a copy of a mass text sent by Dan. The verbatim text and the content of a Senior Team message he asks people to listen to and comment on are attached. The text used capitalization and non-standard language that some staff described as "creepy." Staff also expressed concern that Dan had previously shared that he owned fire arms. No one has ever reported that Dan mentioned this in any other context except hunting and never made a threat but the language of the text and the access to guns made some staff very nervous.

During his first grievance meeting, Dan indicated he had been fired for engaging in whistleblower activity. To this day we aren't certain what that activity was. In addressing his privacy breach, he claimed that the Lead Technologist had provided a treatment to a patient to which the patient was allergic. However, it was proven that the patient had no such allergy and the Lead did an appropriate assessment before administering treatment. There were a number of other complaints Dan had about the Lead and each have been investigated. We find no wrongdoing by the Lead and therefore we have no idea what it was Dan "blew the whistle" about or to whom.

On January 21, Dan presented in the Emergency Department wearing fire fighter clothing and carrying a model of a lighthouse. He wanted someone to accompany him to try to meet with the CEO. Security escorted him out. Later that same day, Dan had an appointment with me and the Compliance Manager and his Union Rep, Sabrina, to continue his prior grievance meeting. At the meeting I provided Dan and Sabrina with a copy of the text mentioned above. I told Dan that it had troubled people. He asked what the problem was and if had spelling errors or something. He did not at all recognize that the use of language was very odd. At the end of the meeting, I told Dan again that he could not come on Enloe premises unless he was seeking medical treatment or had a specific appointment with us regarding his grievance. I repeated myself and Dan said he understood. As the meeting closed, Dan stepped aside with the Compliance Manager and told her he serves on the Enloe team trained by FEMA to help with disaster management

(FEMA HERT certification) and should he rescue someone in such a situation and they became a patient at Enloe he would like to check up on them and would that be ok. She said no. She did not try to address to Dan that he was no longer a member of any Enloe team.

Dan sent a number of lengthy emails to the CEO after the meeting of January 21. He wanted to meet with the CEO stating he could clear himself in five minutes. However, Dan had spent a number of hours over the course of two grievance meetings and had not cleared up his access of records of even the first of nine patients listed on his discharge counseling memo. His signature block on the emails indicated an association with Enloe as being part of "FEMA HERT@ Enloe." The CEO did not reply.

Two or three weeks ago, Dan was seen coming out of Cal Java, a coffee shop directly across the street from the hospital. He was wearing scrubs. He walked up the street and disappeared from view. He doesn't appear to be employed and so why wear scrubs so close to the hospital?

On May 23, 2016, Dan was seen pulling into the parking lot of the Enloe Conference Center – part of Enloe's property. He parked in the lot, apparently to speak with someone. He appears to be disregarding the admonishment to stay off Enloe premises unless seeking medical treatment.

Taken altogether, a rather concerning picture forms.

In an effort to help Dan move forward, on a non-precedent setting basis, Enloe Medical Center can agree to allow Dan to change his current status from involuntarily terminated to resigned in lieu of discharge whereby he can truthfully tell potential future employers that he resigned. In exchange, Dan would need to agree moving forward to
- Never seek employment or volunteer status at Enloe Medical Center
- Never come on Enloe Medical Center property again unless seeking medical treatment
- Never access Enloe Medical Center systems even if working for another employer who has access to Enloe Medical Center systems

Thank you,
Carol

Carol Linscheid, SPHR, SHRM-SCP
Vice President Human Resources
Chief Compliance Officer
Enloe Medical Center
530 332-7035

Text sent by Dan Bailey

☺ Hello my Friend It's Dan, Your Friend! I'd like to ask a Quick little favor, it won't take but a moment and it may Fulfill a lifetime of Helping each other through heart felt commitment of Service to Others. It's a moment To become the Change we all hope to Be. Enloe's and Mine and Your's Mission is to Improve the Quality of Your Life through Patient Centered Care. Vision is to be the First choice for Health Care.
Core Values ;
1• Focus on Patient Safety, an Unwavering focus of Complete, compassionate Safe care of Minds, bodies, and Spirits.
2• Culture of service, Everyone is involved in Creating and Continuing a Culture of Service of Caring for All and Full Engagement by Each.
3• Ownership and Empowerment to Work our Highest personal Potential to advance our Environment.
4• Integrity and Transparency and Sharing those Character attributes with emphasis on Consistent, Honest Reliability to Each Other.
5• Mutual Respect of a healing environment built upon Respect of All above. Our Minds, our Bodies, Our Spirits AND Our Environment.

The favor I ask is soon to follow, I thank you for honoring me with your time so far reading words we all already know well. ▢

We all feel for each other by Nature, we all care for Others in our Choice of Crafts. Healthcare was built simply upon Help Care of Others. The difference seems to be most noticed in the evolution of the current Cooperate structure of servitude lead by leaders in Skill's Title's and Trade. This can and often does result in Conflicts in Communication and Character comparison of Care Providers assigned to rolls of compassion assuming they are compatible in Character and Compliance. I ask on the Day after an Celebrated Anniversary of an Elite gentle Visionary of Grace, Dr. King we Forward a message to Our Own Elite Visionary, CEO Mike Witermood our current mission statement and listen on the Day before Our Own anniversary of Our own received Words of Conflict Resolution by our Own Senior team Counter Parts. The comparison is strikingly similar and our Commander must hear the message to recall his fleet for the ranking Captain risk an avenue of Chief Compliant Catastrophe of Invaluable Human Resources. Our Compassion and commitment to sacrifice our time for service that each of us would do for Free as our Own Non Profit Care Givers and Help Centers within Us matters.
Please forward your personal thoughts of this message from your Friend Smiley Dan from Inside his Lighthouse built by, guarded by and guided by the Spirit of Dr Enloe

mike.wiltermood@enloe.org

v Listen to the link below respond ^

*Media File Attachment*

**ENLOE MEDICAL CENTER**

*Weekly Senior Team Message*

## January 21, 2015

Hello. This is Carol Linscheid, Vice President of Human Resources and today is January 21, 2015.

When we are in strong disagreement with another party and we try to negotiate, do you find that sometimes it gets a bit emotional and even adversarial? Do we have to take strong action against the other party to achieve what we want? How we react to the proposals of others is something we should carefully explore. Consider this story about a radio conversation between a naval ship and another maritime contact:

A naval ship radios to a contact dead ahead in the dark and fog saying, "Please divert your course 15 degrees North to avoid collision."

The maritime contact responds with "Recommend you divert YOUR course 15 degrees South to avoid collision."

The reply from the naval ship is a sharp demand. "This is the captain of the second largest ship in the United States' Atlantic Fleet. We are accompanied by three destroyers and numerous support vessels. I demand that you change your course 15 degrees North, or counter-measures will be undertaken to ensure the safety of this ship."

The maritime contact says simply, "We are a lighthouse; your call."

The story always makes me laugh but it is important to consider what the other party can and cannot change when demands are made and whether or not action taken in response is constructive or helpful to either party. The naval ship tried to gain traction for its demands with threats to take action but the lighthouse quietly knew the facts, including that it couldn't move.

A strike on the lighthouse would have simply created damage for all, even while the navy ship declared it should be accommodated because of its unity and strength in numbers and the value it provided in the world. There are many life situations in which being right isn't enough. Sometimes it's important to take into consideration the total circumstances and be willing to give way just a little, once in a while.

Thank you for listening and have a great day.