# EXHIBIT #01

# EXHIBIT #01



**SEIU-
UHW**
United Healthcare Workers West

UNITED HEALTHCARE
WORKERS WEST
SERVICE EMPLOYEES
INTERNATIONAL
UNION, CLC

**7012 0470 0002 4731 6390**
**Return Receipt Requested**
**U.S. Certified & Regular Mail**

April 27, 2016

Daniel Bailey
1871 Skyway
Chico, CA 95928

**Grievance #:**   2016-02-16-140
**Facility:**   Enloe Medical Center
**Issue:**   Termination-HIPPA

Dear Mr. Bailey,

On behalf of our Union, we would like to express our appreciation for your attendance at the panel hearing.  We understand how difficult the navigation of the grievance and arbitration process can be to our fellow members.

Dave Regan - President
Stan Lyles - Vice President

560 Thomas L. Berkley Way
Oakland, CA 94612
510-251-1250
FAX 510-763-2680

5480 Ferguson Drive
Los Angeles, CA 90022
323-734-8399
FAX 323-721-3538

Our role as panelists is to make decisions on behalf of our Union to advance cases to arbitration in which we believe the Union is likely to prevail.  We don't take this role lightly.  We rely on information provided to us by the Union Stewards, Representatives and most importantly provided by the grievant.

Based on the statements and documents you provided, and the fact that your employer failed to provide just cause for termination, we believe you were unjustly disciplined.

We understand that this has been a challenging situation, but based on all the information presented to us, this panel has determined that your case should advance to arbitration. According to the guidelines of the Executive Board, this decision is final.

We wish you luck in the future.

Sincerely,

SEIU-UHW Appeal Panel

www.SEIU-UHW.org





# SEIU-UHW Arbitration Appeal Panel
## Policies and Procedures

1. The SEIU-UHW Arbitration Appeal Panel (Panel) has authority from the Local Union Executive Board to (a) make sure winnable cases are pursued vigorously, but (b) see that SEIU-UHW members' resources (time and money) are not spent on cases that will not likely be successful at arbitration or final appeal (due to weak evidence; unclear violations; lack of clear, unambiguous contract language; or for cause on disciplinary matters).

2. For each appeal hearing, the Panel will consist of 3 members from various chapters of SEIU-UHW who have been trained to evaluate the merits of grievances and disciplinary appeals. At least one panelist must be from the division where the grievance originated.

3. A non-voting and non-participating facilitator will take notes, time-keep and enforce policy.

4. No Panel member will have direct involvement or interest in the case s/he is hearing.

5. Union staff may attend the appeal hearing as a non-voting observer.

6. Proceedings at the appeal hearing shall be as informal as possible. Electronic recording or taping of the hearing is not allowed. Attorneys, friends and family members are not allowed at the hearing.

7. The appealing worker will have up to twenty (20) consecutive minutes to explain why s/he thinks the Union should pursue his/her case to arbitration or final appeal. Documents (including signed statements from witnesses) that the worker wants fully considered by the panel must be received by the Panel no later than 3:00 p.m. three (3) work days prior to the hearing. The worker may be represented/assisted by a steward.

8. Ideally, the Member Representational Leader (steward) will then have up to (20) consecutive minutes to explain his/her decision not to pursue the case to arbitration or final appeal. If the Member Representational Leader (steward) is not available then the case will be presented by the Union Representative.

9. The Panel will have up to 15 minutes for a Questions and Answers period, to ask questions to the worker, the Member Representative Leaders (steward) or the Union Representative.

10. **ALL TIME LIMITS ABOVE WILL BE STRICTLY ENFORCED! NO PROFANITY! NO INTERRUPTING THE SPEAKER WHO HAS THE FLOOR! VIOLATIONS OF THESE RULES MAY RESULT IN THE TERMINATION OF THE APPEAL HEARING.**

11. The Panel will make their decision by majority vote in closed session. The vote is whether or not to overturn the Union's decision. During their deliberations, the Panel may ask clarifying questions of the Director and/or designee assigned to the Panel but the Director/ designee may not unduly influence the decision of the panel. The decision and discussion of the panel shall be done without any outside input. ONLY THE PANEL MEMBERS HAVE A VOTE.

12. The Panel will notify, in writing, all parties of its decision within 30 days of the hearing. The decision of the Panel will be final.