# EXHIBIT #08

# EXHIBIT #08



**UNITED HEALTHCARE
WORKERS WEST
SERVICE EMPLOYEES
INTERNATIONAL
UNION, CLC**

Dave Regan - President
Stan Lyles - Vice President

560 Thomas L. Berkley Way
Oakland, CA 94612
510-251-1250
FAX 510-763-2680

5480 Ferguson Drive
Los Angeles, CA 90022
323-734-8399
FAX 323-721-3538

www.SEIU-UHW.org



Via Email & Regular Mail

July 19, 2016

Daniel Bailey
1871 Skyway
Chico, CA 95928

**Grievance #:** 2016-02-16-140
**Facility:** Enloe Medical Center
**Issue:** HIPPA Violation

Dear Mr. Dan Bailey,

On behalf of our Union, we would like to express our appreciation for your attendance at the panel hearing. We understand how difficult the navigation of the grievance and arbitration process can be to our fellow members.

Our role as panelists is to make decisions on behalf of our Union to advance cases to arbitration in which we believe the Union is likely to prevail. We don't take this role lightly. We rely on information provided to us by the Union Stewards and Representatives and most importantly provided by the grievant.

During the hearing it was determined that your case lacked merit for continuing through our process. The panel raised high concerns around actions that took place post your termination. Since your termination, the unsanctioned visits to the hospital were inappropriate. The fact that you showed up to the hospital to attempt to raise issues around your case, outside the sanctioned process, causes concern for proceeding with your case. When entering into the facility with a firefighter uniform, when you were not on duty, was completely inappropriate. Accessing the building in the way that you did, coupled by the way you engaged the Human Resources department with your email, causes us to deal with character issues that are easily substantiated by the employer. When the panel members in the room raised concern about your behavior, you also became very defensive and irritable. These types of character concerns will be challenging for us to defend in a hearing. Based on the facts provided, your case is not likely to prevail and the panel has recommended to withdraw your case.

We understand that this has been a challenging situation, but based on all the information presented to us, this panel has determined that your case



**SEIU-UHW**
United Healthcare Workers West

UNITED HEALTHCARE
WORKERS WEST
SERVICE EMPLOYEES
INTERNATIONAL
UNION, CLC

should not be advanced to arbitration. According to the guidelines of the Executive Board, this decision is final.

We wish you luck in the future.

Sincerely,

SEIU-UHW Appeal Panel

mh/eg.seiu-uhw

Dave Regan - President
Stan Lyles - Vice President

560 Thomas L. Berkley Way
Oakland, CA 94612
510-251-1250
FAX 510-763-2680

5480 Ferguson Drive
Los Angeles, CA 90022
323-734-8399
FAX 323-721-3538

www.SEIU-UHW.org