# EXHIBIT #09

# EXHIBIT #09

| | |
|---|---|
| SERVICES EMPLOYEES INTERNATIONAL UNION; DAVID REGAN; ELISEO MEDINA, as Trustees for SEIU United Healthcare Workers-West and fiduciaries of the SEIU United Healthcare Workers-West and Joint Employer Education Fund; SEIU UNITED HEALTHCARE WORKERS-WEST, an unincorporated association and fiduciary of the SEIU United Healthcare Workers-West and Joint Employer Education Fund; REBECCA COLLINS, as a participant in the SEIU United Healthcare Workers-West and Joint Employer Education Fund,<br>*Plaintiffs-Appellees*,<br><br>v.<br><br>NATIONAL UNION OF HEALTHCARE WORKERS; JOHN BORSOS; SAL ROSSELLI; JOHN VELLARDITA; RALPH CORNEJO; MARTI GARZA; GLENN GOLDSTEIN; JASON JOHNSON; MARK KIPFER; GABE KRISTAL; JORGE RODRIGUEZ; FRED SEAVEY; PHYLLIS WILLETT,<br>*Defendants-Appellants*. | No. 10-16549<br><br>D.C. No. 3:09-cv-00404-WHA<br><br>OPINION |