# EXHIBIT #10

# EXHIBIT #10

More  Create Blog  Sign In

# Stern Burger with Fries

## Get Those Ballots In!



## Some links you might wanna check out...

A Workers Guide to Workplace Wellness Programs
SEIU's Tyrone Freeman Convicted on 14 Counts
CNA and SEIU-UHW Battle Over Labor's Future
Unions in CA Split Over Nurse-to-Patient Ratios
On Left Criticism of Unions
NLRB Overturns Kaiser Election
Perez Stern website
Hospital Wkrs Launch Counterattack vs Execs
SEIU's Violations in the Kaiser Election
SEIU Leader Sentenced to Prison for Fraud
The SEIU Stern Leaves Behind

## Welcome!

Welcome to Sternburger with Fries, the tastiest blog about SEIU, NUHW, the struggle in California and the hilarious characters involved in this mess!

Please check out this site and enjoy what we have to share, and share what you know.

Email me at: tastysternburger@gmail.com

If its a tasty enough morsel, you just might find it up on this blog!

## Search This Blog

Friday, October 28, 2016

### Court: SEIU-UHW Officials Must Stand Trial for Failing to Represent Union Member



SEIU-UHW has suffered yet another embarrassing legal judgment for failing to back its own members.

Earlier this week, the Ninth Circuit Court of Appeals in California ordered SEIU-UHW officials to stand trial for denying basic union representation to one of its members, which caused her to lose her job of more than 20 years.

Elsewhere on this blog, Tasty has catalogued countless instances of SEIU-UHW's backroom deals with hospital bosses and its failure to defend workers' rights on the job.

In fact, so many SEIU-UHW members complained that SEIU-UHW President **Dave Regan** -- who deploys disinformation and deception as regular tools against his union's members -- attempted to quiet workers' criticism by creating a so-called "Department of Representational Excellence."

So what happened in the latest case?

According to court records, **Starla Rollins** worked as a Ward Clerk at a Dignity Health's **Community Hospital of San Bernardino** for over 20 years. In 2012, Dignity executives implemented a "reduction in force" and tried to lay off a number of workers including Rollins.

When Rollins asked SEIU-UHW to enforce a seniority agreement that should have allowed her to continue working at the hospital, SEIU-UHW refused. When Rollins prepared a grievance against the hospital, SEIU-UHW ignored it.

So... Rollins tragically lost her job of 20+ years.

Starla Rollins

Rollins, however, is not one to give up.

She sued both her employer and SEIU-UHW for failing to honor the seniority agreement. As far as SEIU-UHW, she sued the union for failing to fulfill its "duty of fair representation" to provide basic representational services to union members.

[Search]

## Blog Archive

- ► 2020 (1)
- ► 2019 (32)
- ► 2018 (51)
- ► 2017 (58)
- ▼ 2016 (69)
  - ► December (5)
  - ► November (5)
  - ▼ October (6)
    - Court: SEIU-UHW Officials Must Stand Trial for Fai...
    - Sources: Dave Regan Is on His Way Out
    - Purple Palace Suffers Self-Inflicted Wound through...
    - President of SEIU Local 73: SEIU Officials Imposed...
    - Dave Regan's Pal at Dignity Health Is a Pioneer in...
    - Wells Fargo Scandal Nabs One of Dave Regan's Pinst...
  - ► September (3)
  - ► August (8)
  - ► July (4)
  - ► June (10)
  - ► May (8)
  - ► April (4)
  - ► March (4)
  - ► February (8)
  - ► January (4)
- ► 2015 (84)
- ► 2014 (88)
- ► 2013 (165)
- ► 2012 (180)
- ► 2011 (191)
- ► 2010 (245)
- ► 2009 (45)

## About Me

 SternBurger

Legal Statement: Sternburgerwithfries.blogspot.com is a labor union related gossip site which publishes rumors, speculation, assumptions, opinions and conjecture in addition to accurately reported facts. Information on this site may or may not be true and sternburgerwithfries.blogspot.com makes no warranty as to the validity of any claims. If you think there is false info on this site, email me and we can see what we can do, otherwise, just enjoy!

View my complete profile

---

After Rollins filed her suit, Regan spent massive amounts of money on lawyers, including on hack attorney **Bruce Harland**, to try to knock Rollins' lawsuit out of court.

Earlier this week, however, the Court of Appeals handed Rollins a giant victory.

The court ruled: "We conclude that… the Hospital has breached the Seniority Agreement and the CBA, and that triable issues of fact exist as to whether the Union breached its duty of fair representation."

In other words, the court has ordered SEIU-UHW officials to now stand trial in front of a jury over allegations that they failed to provide basic representational support to Rollins.


Bruce Harland, SEIU-UHW attorney

In the ruling, the panel of three judges slams SEIU-UHW officials for failing to defend Rollins. They write: "First, the Union never seriously considered Rollins's rights under the Seniority Agreement."

Second, after she was laid off, SEIU-UHW only pretended to help Rollins by lumping her into a group grievance that had nothing to do with her situation and was completely unsuccessful in restoring her job.

Third, when Rollins filed her own grievance against the hospital, SEIU-UHW officials refused to process her grievance for bogus reasons.

In the decision, the judges go on to trash **Marcus Hatcher**, SEIU-UHW's so-called "Director of Representational Excellence." Here's a quote from the ruling:

> The Union's Director of Representational Excellence, Marcus Hatcher, claimed to have reviewed the Seniority Agreement. But he asserted that the Seniority Agreement was "not relevant to the MOU" and unenforceable because "it can't supersede a contract." There are two problems with Hatcher's reasoning…

The judges then execute a take-down on Hatcher.

Congratulations to Starla Rollins!

Here's a link to **a Bloomberg article** on the Rollins case. And immediately below is a copy of the judges' ruling issued October 26, 2016.

**Ninth Circuit Court of Appeals: Starla Rollins vs SEIU-UHW (October 26, 2016)** by **tastysternburger** on Scribd

Case: 14-55971, 10/26/20

F

UNITED ST
FOR T

STARLA ROLLINS,
Plain

v.

COMMUNITY HOSP
BERNARDINO, erro
as Dignity Health,
Health Catholic H
West,

and

SERVICE EMPLOYE
INTERNATIONAL U

Posted by SternBurger at 7:02 PM
Labels: Bruce Harland, Dave Regan, Dignity Health, Marcus Hatcher, SEIU, SEIU-UHW, Starla Rollins

Newer Post                                        Home                                        Older Post