Ronda Baldwin-Kennedy, Esq. (SB #302813)
Law Office of Ronda Baldwin-Kennedy
5627 Kanan Rd., Suite 614
Aqoura Hills, CA 91301
Ph: (951) 268-8977
Email: ronda@lorbk.com

Attorney for PLAINTIFF

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| DANIEL BAILEY, | § | Case No. 2:18-cv-00055-KJM-DMC |
|---|---|---|
| Plaintiff, | § § § | PLAINTIFF'S APPLICATION FOR AN ORDER EXPEDITING RULING ON MOTION TO REOPEN DISCOVERY |
| v. | § § | (*CA R USDCTED Gen L.R. 144*) |
| ENLOE MEDICAL CENTER, and DOES 1 through 50, inclusive, | § § § § | Date:<br>Time:<br>Ctrm: 3, 15th Floor<br>Judge: Honorable Chief District Judge Kimberly J. Mueller |
| Defendants. | § § § § | Courtroom Deputy Clerk: C. Schultz<br>Phone: (916) 930-4193 |

## I. NOTICE OF APPLICATION TO EXPEDITE/SHORTEN TIME

TO Defendant(s) and their Counsel of record, Mr. Douglas L. Ropel, please take NOTICE that Plaintiff through Counsel will bring this application for an order to expedite or shorten the time for ruling on Motion to Reopen Discovery filed on (ECF No. 90) filed July 26, 2021.

## II.   CERTIFICATE OF CONFERENCE

I, Ronda Baldwin-Kennedy as Counsel, certify I conducted the first meet and confer via email regarding the need for an order to shorten the time or expedite a ruling regarding Plaintiff's Motion to Reopen Discovery with Defendant's Counsel Mr. Douglas Ropel on July 29, 2022. At that conference, I discussed our intent to ask the Court to expedite/shorten the time. Defendant's counsel stated that *"Defendant does not intend to file an opposition to the application requesting a shortening of time."*

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF THE APPLICATION FOR AN ORDER, TO EXPEDITE RULING

## III.   INTRODUCTION

1. Plaintiff is Dan P. Bailey; Enloe Medical Center.

2. This action proceeds on Plaintiff's Second Amended Complaint. Plaintiff's original complaint was filed in the Butte County Superior Court on December 11, 2017, and removed to this Court by Defendant based on a federal question jurisdiction. (ECF No. 1-1)

3. Before the Court is a motion to shorten the time for a ruling regarding Plaintiff's motion to reopen discovery. This involves three pleadings:

   a. Plaintiff's Motion to Reopen Discovery filed 07/26/2021, (ECF No. 90)

   b. Defendant's Opposition filed on 8/13/2021, (ECF No. 90), and

   c. Minute Order filed on 8/20/2021 (ECF No. 94) where the Court on its own motion "SUBMITTED" (ECF No. 90) without oral argument.

4. It appears this motion was put on hold or got lost in the COVID-19 disruption and never has been ruled on.

5. One (1) year has passed since Plaintiff filed the motion to reopen discovery.

6. Plaintiff now seeks an order expediting a ruling on Plaintiff's Motion to Reopen Discovery (ECF No. 90) so the plaintiff can move forward with trial preparation.

7. Plaintiff's motion sought additional discovery to prepare for trial on the merits.

8. Regardless of the outcome regarding Plaintiff's motion to dismiss the court has indicatedcated that the first, second, and sixth causes of action survived Defendant's motion to dismiss.

9.

10. Additionally the seventh claim cased on statements to Cal Fire is dismissed with leave to amend.

11. The need for additional discovery regarding the Cal Fire incident was discussed in Plaintiff's Motion to Reopen Discovery. (ECF, 90, pg. 12, Example).

12. The need for an ORDER expediting a ruling on Plaintiff's Motion to Reopen Discovery as supported by the Declaration of Plaintiff's Counsel, Ronda Baldwin-Kennedy.

### IV.   RULE

*Rule 144. Extending and Shortening Time (Fed. R. Civ. P. 6)*

*(e)   Shortening   Time. Applications to shorten time shall set forth by affidavit of counsel the circumstances claimed to justify the issuance of an order shortening time. Ex parte applications to shorten time will not be granted except upon affidavit of counsel showing a satisfactory explanation for the need for the issuance of such an order and for the failure of counsel to obtain a stipulation for the issuance of such an order from other counsel or parties in the action. Stipulations for the issuance of an order shortening time require the approval of the Judge or Magistrate Judge on whose calendar the matter is to be heard before such stipulations are given effect. Any proposed order shortening time shall include blanks for the Court to designate a time and date for the hearing and for the filing of any response to the motion.*

*(CA R USDCTED Gen L.R. 144)*

### V.   CONCLUSION

Plaintiff concludes the request is reasonable under the circumstances and the Court should issue an ORDER expediting a ruling under Rule 144 (Fed. R. Civ. P. 6).

Dated: July 29, 2022.

Respectfully submitted,

_____
By: Ronda Baldwin-Kennedy
Attorney for PLAINTIFF, DANIEL PAUL BAILEY