IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL BAILEY, | § | Case No. 2:18-cv-00055-KJM-DMC |
| | § § | |
| Plaintiff, | § § | |
| v. | § § | [*Proposed*] ORDER |
| ENLOE MEDICAL CENTER, and DOES 1 through 50, inclusive, | § § § | |
| Defendant. | § § | |

    Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's application, to expedite or shorten time ECF No. ___. Good cause therefore appearing, and no opposition to Plaintiff's application has been filed, the application is granted.

_____

_____

_____

    IT IS SO ORDERED.

    Dated: July ___, 2022.

                                        _____
                                        CHIEF UNITED STATES DISTRICT JUDGE

1