**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAN BAILEY, | No.  2:18-CV-0055-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| ENLOE MEDICAL CENTER, | |
| Defendant. | |

    Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is Plaintiff's unopposed motion for a 30-day extension of time to file a response to Defendant's objections to the Court's March 18, 2024, findings and recommendations.  Good cause appearing therefor, the unopposed motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.      Plaintiff's unopposed motion for an extension of time, ECF No. 127, is GRANTED.

2.      Plaintiff may file a response to Defendant's objections to the Courts March 18, 2024, findings and recommendations within 30 days of the date of this order.

Dated:  May 28, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2