IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN BAILEY,<br><br>    Plaintiff,<br><br>    v.<br><br>ENLOE MEDICAL CENTER,<br><br>    Defendant. | No. 2:18-CV-0055-DAD-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. On referral from the assigned District Judge, Defendant's request for a further scheduling conference, ECF No. 132, is granted and the matter is set for a status/scheduling conference before the undersigned on October 16, 2024, at 1:30 p.m., via Zoom. On or before October 9, 2024, the parties shall meet and confer and file with the Court a <u>joint</u> scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

       IT IS SO ORDERED.

Dated: August 28, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1