1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 DAN BAILEY,                                    No.  2:18-cv-0055-DAD-DMC

12         Plaintiff,

13 v.                                            ORDER

14 ENLOE MEDICAL CENTER,

15         Defendant.

16

17        Plaintiff, who is proceeding with retained counsel, brings this civil action.  A

18 scheduling conference was held in this matter on October 16, 2024, at 1:30 p.m. before the

19 undersigned.  Rhonda Baldwin-Kennedy, Esq., appeared for Plaintiff.  Barbara Blackburn, Esq.,

20 and Lauren Orozco, Esq., appeared for Defendant.  Upon discussion with the parties, the Court

21 orders that scheduling in this matter be deferred pending briefing and ruling on a motion to re-

22 open discovery.  Plaintiff's motion must be served and filed by November 5, 2024. Defendant's

23 opposition to Plaintiff's motion is due by December 4, 2024.  Plaintiff may file a reply by

24 December 16, 2024.  Following completion of briefing the matter will stand submitted without

25 / / /

26 / / /

27 / / /

28 / / /

1

oral argument unless the Court determines a hearing would be beneficial, in which case a hearing will be set by separate order.

IT IS SO ORDERED.

Dated:  October 29, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE