Ronda Baldwin-Kennedy, Bar No. 302813
ronda@lorbk.com
LAW OFFICE OF
RONDA BALDWIN-KENNEDY
210 Crooked Tree Drive
Las Vegas, Nevada 89148
Telephone: 805.358.9737

Attorney for Plaintiff
DANIEL BAILEY


Barbara A. Blackburn, Bar No. 253731
bblackburn@littler.com
Douglas L. Ropel, Bar No. 300486
dropel@littler.com
Lauren J. Orozco, Bar No. 332880
lorozco@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828

Attorneys for Defendant
ENLOE MEDICAL CENTER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN BAILEY,<br><br>          Plaintiff,<br><br>     v.<br><br>ENLOE MEDICAL CENTER; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. 2:18-cv-00055-DAD-DMC<br><br>**JOINT REQUEST FOR EXTENSION OF DISCOVERY AND DISPOSITIVE MOTION CUT-OFFS; ORDER**<br><br>Trial Date: None Set<br>Complaint Filed: December 11, 2017<br>3rd Amended Complaint Filed: September 27, 2022 |

1  Plaintiff Dan Bailey ("Plaintiff") and Defendant Enloe Medical Center ("Defendant") hereby
2  jointly request, based on the showing of good cause discussed herein, that the Court modify the Scheduling
3  Order, dated September 22, 2025 ("Scheduling Order"), by extending the deadline for completing
4  discovery relating to Plaintiff's defamation claim from January 16, 2026, to February 20, 2026, and
5  resetting the deadline by which dispositive motions shall be filed from April 10, 2026, to May 8, 2026.

6  WHEREAS, on September 22, 2025, United States Magistrate Judge Dennis M. Cota issued the
7  Scheduling Order setting the deadline for discovery pertaining only to "Plaintiff's defamation claim based
8  on statements made to Cal Fire" to January 16, 2025, and the deadline for filing dispositive motions to
9  April 10, 2026;

10  WHEREAS, on October 16, 2025, Defendant served Plaintiff with discovery relating to his
11  defamation claim, including Defendant's Requests for Production of Documents, Set Two ("RFPs"), and
12  Defendant's Interrogatories, Set Two ("Interrogatories"), both of which had a response deadline of
13  November 17, 2025;

14  WHEREAS, on October 30, 2025, Defendant served Plaintiff with a Notice of Deposition for
15  November 21, 2025 at 9:30 a.m. in Chico, California, at MOA Deposition Reporters, for day three of
16  Plaintiff's continued deposition, after coordinating and confirming the deposition date worked for Plaintiff
17  and his counsel;

18  WHEREAS, Plaintiff did not serve responses to Defendant's RFPs or Interrogatories or request an
19  extension of time by the deadline of November 17, 2025, and to date has not served responses to
20  Defendant's RFPs or Interrogatories;

21  WHEREAS, Plaintiff and his counsel did not appear for the deposition scheduled on November
22  21, 2025, or notify Defendant's counsel that Plaintiff would not be appearing for the deposition;

23  WHEREAS, Defendant's counsel sent meet and confer correspondence to Plaintiff's counsel on
24  November 26, 2025, regarding Plaintiff's failure to serve discovery response and appear at the deposition
25  on November 21, 2025;

26  WHEREAS, on December 1, 2025, Plaintiff's counsel notified Defendant's counsel of the recent
27  and unfortunate passing of Plaintiff's father, which on information and belief occurred on or about
28  November 23, 2025, and Plaintiff's counsel also indicated that she was experiencing difficulties

communicating with Plaintiff and needed additional time to communicate with Plaintiff about the death of his father and the aforementioned discovery issues;

WHEREAS, under the circumstances and in light of the recent passing of Plaintiff's father, as well as the outstanding discovery issues that the parties still need to meet and confer on pursuant to the procedures set forth in the Scheduling Order, good cause exists to modify said Scheduling Order to extend the deadlines mentioned herein to give the parties' additional time to meet and confer and, if necessary, seek Court intervention to resolve the discovery issues;

WHEREAS, the Parties have agreed to and jointly request the discovery cutoff in the Scheduling Order be continued from January 16, 2026, to February 20, 2026, and the dispositive motion filing cutoff be continued from April 10, 2026, to May 8, 2026, or some other date soon thereafter;

WHEREAS, this stipulation is made in good faith and is not made to delay these proceedings for any improper purpose, and shall not operate to create or cause prejudice in any way to the Parties.

Dated:  December __8__, 2025

LAW OFFICES OF
RONDA BALDWIN-KENNEDY

**/s/** Ronda Baldwin-Kennedy
Ronda Baldwin-Kennedy

Attorneys for Plaintiff
DANIEL BAILEY

Dated:  December __8__, 2025

LITTLER MENDELSON, P.C.

/s/ Douglas L. Ropel
Barbara A. Blackburn
Douglas L. Ropel
Lauren J. Orozco

Attorneys for Defendant
ENLOE MEDICAL CENTER

**ORDER**

For good cause appearing herein, the Court finds and orders that the Scheduling Order, dated September 22, 2025, be modified as follows:

1. The deadline for completing discovery relating to Plaintiff's defamation claim, which is currently scheduled for January 16, 2026, shall be continued to February 20, 2026;

2. The deadline for filing dispositive motions, which is currently scheduled for April 10, 2026, shall be continued to May 8, 2026.

IT IS SO ORDERED.

Dated: December 16, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
916.830.7200