IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN BAILEY,<br><br>   Plaintiff,<br><br>   v.<br><br>ENLOE MEDICAL CENTER,<br><br>   Defendant. | No. 2:18-CV-0055-DAD-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. The Court conducted an informal discovery conference on January 7, 2026, via Zoom. Ronda Baldwin-Kennedy, Esq., appeared for Plaintiff. Douglas L. Ropel, Esq., appeared for Defendant. At the conclusion of the conference, the parties reached certain agreements concerning discovery and modification of the schedule for this litigation. For good cause shown, this order shall formalize those agreements.

First, the parties agreed that Plaintiff would provide responses to Defendant's outstanding written discovery, without objections, on or before January 19, 2026.

Second, the parties agreed that Plaintiff's deposition would take place in Chico, California, on or before February 9, 2026.

/ / /

/ / /

1

Third, the parties agreed to modify the litigation schedule as follows: (a) the deadline to complete discovery is extended to April 17, 2026; (b) the deadline to file dispositive motions is extended to June 18, 2026; and (c) the deadline for completion of alternative dispute resolution is vacated.

As to costs associated with Plaintiff's failure to appear at his previously scheduled deposition, the parties shall meet and confer in a final attempt to reach a stipulation on the amount sought by Defendant, such further conference to occur on or before close of business on January 9, 2026. Absent a stipulation, Defendant may file a formal motion for costs, such motion to be noticed and briefed by both sides in accordance with Eastern District of California Local Rule 251(e). The hearing on any such motion which Defendant elects to file shall be held remotely via Zoom.

This matter is set for a status conference on April 21, 2026, at 1:30 p.m., via Zoom. The Court will provide the parties with connection information separately.

IT IS SO ORDERED.

Dated: January 8, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE