**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAN BAILEY, | No.  2:18-cv-0055-DAD-DMC |
| Plaintiff, | |
| v. | ORDER |
| ENLOE MEDICAL CENTER, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pursuant to the parties' stipulation and the Court's order thereon, discovery closed on February 20, 2026, and dispositive motions were due to be filed on or before May 8, 2026.  See ECF No. 149.  To date, no dispositive motions have been filed.  The matter is, therefore, set for a trial-setting conference before the undersigned on June 17, 2026, at 10:00 a.m., via Zoom.  On or before June 10, 2026, the parties shall meet and confer and file with the Court a joint scheduling conference statement proposing dates for a pre-trial conference and commencement of a jury trial in this matter.

IT IS SO ORDERED.

Dated:  May 14, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1