IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAN BAILEY,

      Plaintiff,

      v.

ENLOE MEDICAL CENTER,

      Defendant.

No.  2:18-cv-0055-DAD-DMC

ORDER

Plaintiff, who is proceeding with retained counsel, brings this civil action.  On May 14, 2026, the Court issued an order setting this matter for a trial-setting conference.  See ECF No. 156.  The order incorrectly stated that discovery closed on February 20, 2026, and that dispositive motions were due on or before May 8, 2026.  See id.  Pursuant to the Court's January 9, 2026, order, discovery closed on April 17, 2026, and dispositive motions are not due to be filed until June 18, 2026.  Accordingly, the May 14, 2026, order and June 17, 2026, trial-setting conference are vacated.

      IT IS SO ORDERED.

Dated:  May 15, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1